*Form PL246* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Campisi Construction, Inc. | ) | Case No. 14−12458−amc |
| | ) | |
| | ) | |
| Debtor(s). | ) | Chapter: 7 |
| | ) | |
| | ) | Civil Case Number. 24−6496 |

## CERTIFICATE OF APPEAL FROM
## ORDER OF THE BANKRUPTCY JUDGE DATED 11/21/2024
## AND ENTERED ON THE DOCKET 11/21/2024

I, Timothy B. McGrath, Clerk of the United States Bankruptcy Court, Eastern District of Pennsylvania, herewith electronically transmit the record on appeal filed on 12/05/2024 and certify that the above proceeding was properly before the Honorable Bankruptcy Judge Ashely M. Chan.

Date: January 2, 2025

For The Court

Timothy B. McGrath
Clerk of Court

Parties/Counsel of Record:
Anthony G. Campisi
2106 Bustard Road
Lansdale, PA 19446
Interested Party/Appellant

Campisi Construction, Inc.
Robert J. Birch, Esquire
325 Sentry Parkway
Blue Bell, PA 19422
Counsel for Debtor

Matthew R. Nahrgang, Esquire
35 Evansburg Road
Collegeville, PA 19426
Counsel for Debtor

Terry P. Dershaw, Esquire
Dershaw Law Offices
P.O. Box 556
Warminster, PA 18974−0632
Trustee

Edward J. DiDonato, Esquire
Fox Rothschild LLP
10 Sentry Parkway
Suite 200
Blue Bell, PA 19422
Counsel for Trustee

Kacie Cartwright, Esquire
DOJ−UST

**CONVERTED, SmBus, CLAIMS, CLOSE_ORDER, AWAIT_CLOSING, REOPENED, StopAssignment, APPEAL**

# U.S. Bankruptcy Court
## Eastern District of Pennsylvania (Philadelphia)
### Bankruptcy Petition #: 14−12458−amc

|  |  |
|---|---|
| *Assigned to:* Chief Judge Ashely M. Chan | *Date filed:* 03/31/2014 |
| Chapter 7 | *Date converted:* 06/24/2015 |
| Previous chapter 11 | *Date reopened (2):* 06/07/2024 |
| Original chapter 11 | *341 meeting:* 12/02/2015 |
| Voluntary |  |
| Asset |  |

*Debtor disposition:* Discharge Not Applicable

| | |
|---|---|
| ***Debtor*** | represented by **ROBERT J. BIRCH** |
| **Campisi Construction, Inc.** | Robert J Birch, Esquire |
| 2106 Bustard Road | 325 Sentry Parkway |
| Lansdale, PA 19446 | Blue Bell, Pa 19422 |
| MONTGOMERY−PA | 610−277−9700 |
| Tax ID / EIN: 23−2834588 | Email: robert@robertbirchlaw.com |
| | |
| | **DIMITRI L. KARAPELOU** |
| | Law Offices of Dimitri L. Karapelou, LLC |
| | 212 W. Front Street |
| | Suite 300 |
| | Media, PA 19063 |
| | 215−391−4312 |
| | Email: dlk@mmdlawfirm.com |
| | *TERMINATED: 07/22/2015* |
| | |
| | **REBECCA K. MCDOWELL** |
| | Saldutti Law Group |
| | 1700 Market St., Suite 1005 |
| | Philadelphia, PA 19103 |
| | 610−994−1137 |
| | Email: rmcdowell@slgcollect.com |
| | *TERMINATED: 01/20/2016* |
| | |
| | **MATTHEW R. NAHRGANG** |
| | 35 Evansburg Road |
| | Collegeville, PA 19426 |
| | (610) 489−3041 |
| | Fax : (610) 489−3042 |
| | Email: mnahrgang@verizon.net |
| | |
| ***Trustee*** | represented by **EDWARD J. DIDONATO** |
| **TERRY P. DERSHAW** | Fox Rothschild LLP |
| Dershaw Law Offices | 10 Sentry Parkway |
| P.O. Box 556 | Suite 200 |
| Warminster, PA 18974−0632 | Blue Bell, PA 19422 |
| (484) 897−0341 | 215−299−2817 |
| *TERMINATED: 07/25/2024* | Email: edidonato@foxrothschild.com |

1

*Trustee*
**LYNN E. FELDMAN**
Lynn E. Feldman, Trustee
2310 Walbert Ave
Ste 103
Allentown, PA 18104
610−530−9285

*U.S. Trustee*                                       represented by **KACIE CARTWRIGHT**
**United States Trustee**                                          DOJ−Ust
Office of the U.S. Trustee                                          Robert N.C. Nix Federal Building
Robert N.C. Nix Federal Building                                   900 Market Street
Suite 320                                                          Suite 320
Philadelphia, PA 19107                                             Philadelphia, PA 19107
(215) 597−4411                                                     202−631−5527
                                                                  Email: kacie.cartwright@usdoj.gov

                                                                  **George M Conway, III**
                                                                  DOJ−Ust
                                                                  900 Market Street
                                                                  Robert N Nix Federal Building
                                                                  Suite 320
                                                                  Philadelphia, PA 19107
                                                                  215−597−8418
                                                                  Email: gmconwayiii@gmail.com

*Creditor Committee*                                 represented by **PATRICK DANIEL MCDONNELL**
**Official Committee of Unsecured Creditors**                      Law Offices of Thomas Wolpert, P.C.
                                                                  527 Main Street
                                                                  Royersford, PA 19468
                                                                  610 792 3304
                                                                  Email: pdmcdonnell@thomaswolpert.com

| Filing Date | # | | Docket Text |
|---|---|---|---|
| 03/31/2014 | | 1 | Chapter 11 Voluntary Petition. Fee Amount $1213.00 Filed by Campisi Construction, Inc.. Government Proof of Claim Deadline: 09/27/2014. Matrix List of Creditors due 04/7/2014. Chapter 11 Sm Business Plan due by 01/25/2015. (KARAPELOU, DIMITRI) (Entered: 03/31/2014) |
| 03/31/2014 | | | Receipt of Voluntary Petition (Chapter 11)(14−12458) [misc,volp11a] (1213.00) Filing Fee. Receipt number 14693008. Fee Amount $1213.00. (re: Doc# 1) (U.S. Treasury) (Entered: 03/31/2014) |
| 03/31/2014 | | 2 | Corporate Resolution Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc.. (KARAPELOU, DIMITRI) (Entered: 03/31/2014) |
| 03/31/2014 | | 3 | Statement of Corporate Ownership filed. Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc.. (KARAPELOU, DIMITRI) (Entered: 03/31/2014) |
| 04/01/2014 | | 4 | Order Entered that unless the following missing documents are filed: Matrix List of Creditors due 04/7/2014. Atty Disclosure Statement due 4/14/2014. Schedule A due 4/14/2014. Schedule B due 4/14/2014. Schedule D due 4/14/2014. Schedule E due 4/14/2014. Schedule F due 4/14/2014. Schedule G due 4/14/2014. Schedule H due 4/14/2014. Statement of Financial Affairs due 4/14/2014. Summary of schedules due |

2

| | | | |
|---|---|---|---|
| | | | 4/14/2014. 20 Largest Unsecured Creditors due 4/14/2014. List of Equity Security Holders due 4/14/2014. Small Business Balance Sheet, Statement of Operations, Cash Flow Statement, Federal Income Tax Return or a Statement Pursuant to 11:1116(B) that no such document has been prepared is due by 4/14/2014; It is hereby ORDERED that, if the debtor has not filed the Matrix List of Creditors (as required by L.B.R. 1007.2) or the Certificate of Credit Counseling or a Request for a Waiver from the Credit Counseling Requirement, then those documents are due within seven days of filing of the petition or else this case may be dismissed without additional notice or hearing after that date. It is further ORDERED that all other missing documents are due within 14 days of the date of the filing of the petition, unless an extension for cause, sought prior to the expiration of 14 days, is granted. If not, this case may be dismissed without additional notice or hearing after 14 days after petition date. (S., Antoinette) (Entered: 04/01/2014) |
| 04/01/2014 | | 5 | Notice of Appearance and Request for Notice by GEORGE M. CONWAY Filed by GEORGE M. CONWAY on behalf of United States Trustee. (CONWAY, GEORGE) (Entered: 04/01/2014) |
| 04/01/2014 | | 6 | Motion to Extend time to File Creditor Matrix and Schedules of Assets and Liabilities Filed by Campisi Construction, Inc. Represented by DIMITRI L. KARAPELOU (Counsel). (Attachments: # 1 Proposed Order # 2 Service List) (KARAPELOU, DIMITRI) (Entered: 04/01/2014) |
| 04/01/2014 | | 7 | Application to Employ Dimitri L. Karapelou, Esquire as Counsel to Debtor Filed by Campisi Construction, Inc. Represented by DIMITRI L. KARAPELOU (Counsel). (Attachments: # 1 Affidavit # 2 Proposed Order # 3 Service List) (KARAPELOU, DIMITRI) (Entered: 04/01/2014) |
| 04/03/2014 | | 8 | BNC Certificate of Mailing − Voluntary Petition. Number of Notices Mailed: (related document(s) (Related Doc # 4)). No. of Notices: 1. Notice Date 04/03/2014. (Admin.) (Entered: 04/04/2014) |
| 04/03/2014 | | 9 | Order Granting Motion to Extend Time (Related Doc # 6) Documents Due by 4/28/2014. Incomplete Filings due by 4/28/2014. Atty Disclosure Statement due 4/28/2014. Matrix List of Creditors due 4/14/2014. Schedule A due 4/28/2014. Schedule B due 4/28/2014. Schedule D due 4/28/2014. Schedule E due 4/28/2014. Schedule F due 4/28/2014. Schedule G due 4/28/2014. Schedule H due 4/28/2014. Statement of Financial Affairs due 4/28/2014. Summary of schedules due 4/28/2014. List of Equity Security Holders due 4/28/2014. 20 Largest Unsecured Creditors due 4/28/2014. Small Business Balance Sheet due 4/28/2014, Statement of Operations due 4/28/2014, Cash Flow Statement due 4/28/2014, Federal Income Tax Return due 4/28/2014 . (D., Virginia) (Entered: 04/04/2014) |
| 04/06/2014 | | 10 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 9)). No. of Notices: 1. Notice Date 04/06/2014. (Admin.) (Entered: 04/07/2014) |
| 04/07/2014 | | 11 | Motion to Use Cash Collateral *B) Provide Adequate Protection To Parties With Interest In Cash Collateral; C) Turnover Of Cash Collateral To Debtor; And D) For An Expedited Hearing* Filed by Campisi Construction, Inc. Represented by DIMITRI L. KARAPELOU (Counsel). (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Proposed Order # 4 Service List) (KARAPELOU, DIMITRI) (Entered: 04/07/2014) |
| 04/07/2014 | | 12 | |

| | | | |
|---|---|---|---|
| | | | Amended Motion (related document(s): Motion to Use Cash Collateral *B) Provide Adequate Protection To Parties With Interest In Cash Collateral; C) Turnover Of Cash Collateral To Debtor; And D) For An Expedited Hearing* filed by Debtor Campisi Construction, Inc.) Filed by Campisi Construction, Inc. Represented by DIMITRI L. KARAPELOU (Counsel) (related document(s)11). (Attachments: # 1 Exhibit A # 2 Proposed Order for Expedited Hearing # 3 Proposed Order Granting Use of Cash Collateral) (KARAPELOU, DIMITRI) (Entered: 04/07/2014) |
| 04/07/2014 | | 13 | Certificate of Service Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc. (related document(s)12). (KARAPELOU, DIMITRI) (Entered: 04/07/2014) |
| 04/08/2014 | | 14 | Order entered scheduling EXPEDITED Hearing re:11 Motion to Use Cash Collateral *B) Provide Adequate Protection To Parties With Interest In Cash Collateral; C) Turnover Of Cash Collateral To Debtor; And D) For An Expedited Hearing* Filed by Campisi Construction, Inc. Represented by DIMITRI L. KARAPELOU (Counsel). 12 Amended Motion (related document(s): Motion to Use Cash Collateral *B) Provide Adequate Protection To Parties With Interest In Cash Collateral; C) Turnover Of Cash Collateral To Debtor; And D) For An Expedited Hearing* filed by Debtor Campisi Construction, Inc.) Filed by Campisi Construction, Inc. Represented by DIMITRI L. KARAPELOU (Counsel) (related document(s)11). The debtor shall serve this order and a copy of the Motion if not previously served, upon ECI, LLC; Lukoil North America LLC and the Office of the US Trustee via electronic mail, facsimile or overnight mail on or before close of business April 8, 2014 and by regular mail on the twenty largest creditors. Hearing scheduled 4/9/2014 at 10:30 AM at nix3 − Courtroom #3. (D., Virginia) Modified on 4/8/2014 (D., Virginia). (Entered: 04/08/2014) |
| 04/08/2014 | | | Corrective Entry re: added to the text: " close of business" on April 8, 2014 (related document(s)14). (D., Virginia) (Entered: 04/08/2014) |
| 04/08/2014 | | 15 | Notice of (related document(s): 12 Amended Motion (related document(s): Motion to Use Cash Collateral *B) Provide Adequate Protection To Parties With Interest In Cash Collateral; C) Turnover Of Cash Collateral To Debtor; And D) For An Expedited Hearing* filed by Debtor Campisi Construction, Inc.. Filed by Campisi Construction, Inc.. Hearing scheduled 4/9/2014 at 10:30 AM at nix3 − Courtroom #3. (Attachments: # 1 Certificate of Service) (KARAPELOU, DIMITRI) (Entered: 04/08/2014) |
| 04/08/2014 | | 16 | Response to Amended Motion filed by Debtor Campisi Construction, Inc. Filed by ECI, LLC (related document(s)12). (THOMPSON, GARY) (Entered: 04/08/2014) |
| 04/09/2014 | | 17 | Hearing Continued on 11 Motion to Use Cash Collateral *B) Provide Adequate Protection To Parties With Interest In Cash Collateral; C) Turnover Of Cash Collateral To Debtor; And D) For An Expedited Hearing* Filed by Campisi Construction, Inc. Represented by DIMITRI L. KARAPELOU (Counsel). 12 Amended Motion (related document(s): Motion to Use Cash Collateral *B) Provide Adequate Protection To Parties With Interest In Cash Collateral; C) Turnover Of Cash Collateral To Debtor; And D) For An Expedited Hearing* filed by Debtor Campisi Construction, Inc.) Filed by Campisi Construction, Inc. Represented by DIMITRI L. KARAPELOU (Counsel) (related document(s)11). Revised order to be submitted. Hearing scheduled 4/23/2014 at 08:30 AM at nix3 − Courtroom #3. (D., Virginia) (Entered: 04/09/2014) |
| 04/09/2014 | | 18 | |

| | | |
|---|---|---|
| | | Notice of Appearance and Request for Notice by REBECCA K. MCDOWELL Filed by REBECCA K. MCDOWELL on behalf of Campisi Construction, Inc.. (Attachments: # 1 Service List) (MCDOWELL, REBECCA) (Entered: 04/09/2014) |
| 04/09/2014 | 19 | Proposed Order Re: *AUTHORIZING USE OF CASH COLLATERAL; PROVIDING ADEQUATE PROTECTION TO PARTIES WITH INTEREST IN CASH COLLATERAL* Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc. (related document(s)12). (KARAPELOU, DIMITRI) (Entered: 04/09/2014) |
| 04/09/2014 | 20 | Disclosure of Compensation of Attorney for Debtor in the amount of Debtor Campisi Construction, Inc. Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc.. (KARAPELOU, DIMITRI) (Entered: 04/09/2014) |
| 04/10/2014 | 21 | Order Authorizing Use of Cash Collateral, Providing Adequate Protection to Parties with Interest in Cash Collateral and Scheduling Hearing re:11 Motion to Use Cash Collateral *B) Provide Adequate Protection To Parties With Interest In Cash Collateral; C) Turnover Of Cash Collateral To Debtor; And D) For An Expedited Hearing* Filed by Campisi Construction, Inc. Represented by DIMITRI L. KARAPELOU (Counsel). 12 Amended Motion (related document(s): Motion to Use Cash Collateral *B) Provide Adequate Protection To Parties With Interest In Cash Collateral; C) Turnover Of Cash Collateral To Debtor; And D) For An Expedited Hearing* filed by Debtor Campisi Construction, Inc.) Filed by Campisi Construction, Inc. Represented by DIMITRI L. KARAPELOU (Counsel) (related document(s)11). Hearing scheduled 4/23/2014 at 08:30 AM at nix3 − Courtroom #3. (D., Virginia) (Entered: 04/10/2014) |
| 04/10/2014 | 22 | Motion *for Order Authorizing Debtor to Pay Certain Pre−Petition Wages* Filed by Campisi Construction, Inc. Represented by DIMITRI L. KARAPELOU (Counsel). (Attachments: # 1 Proposed Order) (KARAPELOU, DIMITRI) (Entered: 04/10/2014) |
| 04/10/2014 | 23 | Notice of (related document(s): 22 Motion *for Order Authorizing Debtor to Pay Certain Pre−Petition Wages*) Filed by Campisi Construction, Inc.. Hearing scheduled 4/23/2014 at 08:30 AM at nix3 − Courtroom #3. (KARAPELOU, DIMITRI) (Entered: 04/10/2014) |
| 04/10/2014 | 24 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 14)). No. of Notices: 1. Notice Date 04/10/2014. (Admin.) (Entered: 04/11/2014) |
| 04/11/2014 | 25 | Certificate of Service *for Debtors Motion for Order Authorizing Debtor to Pay Certain Pre−Petition Wages with Notice of Motion and Hearing Date* Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc. (related document(s)22). (KARAPELOU, DIMITRI) (Entered: 04/11/2014) |
| 04/11/2014 | 26 | Matrix Filed. Number of pages filed: 8, Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc.. (KARAPELOU, DIMITRI) (Entered: 04/11/2014) |
| 04/11/2014 | 27 | Document in re: *Notice of Officer Compensation* Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc.. (Attachments: # 1 Service List) (KARAPELOU, DIMITRI) (Entered: 04/11/2014) |
| 04/11/2014 | 28 | |

| | | | |
|---|---|---|---|
| | | | Amended Application to Employ Dimitri L. Karapelou, Esquire as Counsel to Debtor Filed by Campisi Construction, Inc. Represented by DIMITRI L. KARAPELOU (Counsel). (Attachments: # 1 Affidavit # 2 Proposed Order # 3 Service List) (KARAPELOU, DIMITRI) (Entered: 04/11/2014) |
| 04/12/2014 | | 29 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 21)). No. of Notices: 1. Notice Date 04/12/2014. (Admin.) (Entered: 04/13/2014) |
| 04/14/2014 | | 30 | Meeting of Creditors . 341(a) meeting to be held on 5/8/2014 at 02:00 PM at 833 Chestnut Street, Suite 501, Philadelphia, PA. (P., Cathy) (Entered: 04/14/2014) |
| 04/14/2014 | | 31 | Summary of Schedules Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc.. (KARAPELOU, DIMITRI) (Entered: 04/14/2014) |
| 04/14/2014 | | 32 | Schedule A Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc.. (KARAPELOU, DIMITRI) (Entered: 04/14/2014) |
| 04/14/2014 | | 33 | Schedule B Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc.. (KARAPELOU, DIMITRI) (Entered: 04/14/2014) |
| 04/14/2014 | | 34 | Schedule D − Creditors Holding Secured Claims, Schedule E − Creditors Holding Unsecured Priority Claims, Schedule F − Creditors Holding Unsecured Nonpriority Claims, Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc.. (KARAPELOU, DIMITRI) (Entered: 04/14/2014) |
| 04/14/2014 | | 35 | Schedule G Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc.. (KARAPELOU, DIMITRI) (Entered: 04/14/2014) |
| 04/14/2014 | | 36 | Schedule H Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc.. (KARAPELOU, DIMITRI) (Entered: 04/14/2014) |
| 04/14/2014 | | 37 | Declaration re: *Debtor's Schedules* Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc. (related document(s)34, 36, 31, 33, 35, 32). (KARAPELOU, DIMITRI) (Entered: 04/14/2014) |
| 04/14/2014 | | 38 | Statement of Financial Affairs Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc.. (KARAPELOU, DIMITRI) (Entered: 04/14/2014) |
| 04/16/2014 | | 39 | 20 Largest Unsecured Creditors Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc.. (KARAPELOU, DIMITRI) (Entered: 04/16/2014) |
| 04/16/2014 | | 40 | Equity Security Holders Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc.. (KARAPELOU, DIMITRI) (Entered: 04/16/2014) |
| 04/16/2014 | | 41 | Small Business Balance Sheet Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc.. (KARAPELOU, DIMITRI) (Entered: 04/16/2014) |
| 04/16/2014 | | 42 | |

| | | | |
|---|---|---|---|
| | | | Cash Flow Statement for Small Business Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc.. (KARAPELOU, DIMITRI) (Entered: 04/16/2014) |
| 04/16/2014 | | 43 | Tax Documents for the Year for 2013 Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc.. (KARAPELOU, DIMITRI) (Entered: 04/16/2014) |
| 04/16/2014 | | 44 | Amendment to List of Creditors. Fee Amount $30 Number of Pages Filed: 6, Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc.. (KARAPELOU, DIMITRI) (Entered: 04/16/2014) |
| 04/16/2014 | | 45 | Amended Schedule(s), Schedule F − Creditors Holding Unsecured Nonpriority Claims, Fee Amount $30 Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc.. (KARAPELOU, DIMITRI) (Entered: 04/16/2014) |
| 04/16/2014 | | | Receipt of Amended List of Creditors (Fee)(14−12458−jkf) [misc,amdcm] ( 30.00) Filing Fee. Receipt number 14757461. Fee Amount $ 30.00. (re: Doc# 44) (U.S. Treasury) (Entered: 04/16/2014) |
| 04/16/2014 | | | Receipt of Schedules D,E,F − (for initial filing of individual schedules and amendments)(14−12458−jkf) [misc,schnew2] ( 30.00) Filing Fee. Receipt number 14757461. Fee Amount $ 30.00. (re: Doc# 45) (U.S. Treasury) (Entered: 04/16/2014) |
| 04/16/2014 | | 46 | BNC Certificate of Mailing − Meeting of Creditors. Number of Notices Mailed: (related document(s) (Related Doc # 30)). No. of Notices: 63. Notice Date 04/16/2014. (Admin.) (Entered: 04/17/2014) |
| 04/23/2014 | | 47 | Hearing Held on 12 Amended Motion (related document(s): Motion to Use Cash Collateral *B) Provide Adequate Protection To Parties With Interest In Cash Collateral; C) Turnover Of Cash Collateral To Debtor; And D) For An Expedited Hearing* filed by Debtor Campisi Construction, Inc.) Revised order to be submitted. (D., Virginia) (Entered: 04/23/2014) |
| 04/23/2014 | | 48 | Certificate of No Response to *Amended Application to Employ* Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc. (related document(s)28). (Attachments: # 1 Exhibit # 2 Service List) (KARAPELOU, DIMITRI) (Entered: 04/23/2014) |
| 04/23/2014 | | 50 | Hearing Held on 22 Motion *for Order Authorizing Debtor to Pay Certain Pre−Petition Wages* Filed by Campisi Construction, Inc. Represented by DIMITRI L. KARAPELOU (Counsel). Order entered. (D., Virginia) (Entered: 04/24/2014) |
| 04/23/2014 | | 51 | Order entered Authorizing debtor to pay certain pre−petition wages to its employees i the amount of $6,242.50 as follows: a. $382.50 shall be paid to laborer Miguel Santiago; b. $1,360.00 shall be paid to office manager Angela Reber; c. $4,5000.00 shall be paid to laborer John Ludlow. (Related Doc # 22) (D., Virginia) (Entered: 04/24/2014) |
| 04/24/2014 | | 49 | Proposed Order Re: Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc. (related document(s)12). (Attachments: # 1 Budget) (KARAPELOU, DIMITRI) (Entered: 04/24/2014) |
| 04/25/2014 | | 52 | Order Granting Amended Application to Employ Dimitri L. Karapelou LLC as counsel to the debtor(Related Doc # 28). (D., Virginia) (Entered: |

| | | | |
|---|---|---|---|
| | | | 04/25/2014) |
| 04/26/2014 | | 53 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 51)). No. of Notices: 1. Notice Date 04/26/2014. (Admin.) (Entered: 04/27/2014) |
| 04/27/2014 | | 54 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 52)). No. of Notices: 1. Notice Date 04/27/2014. (Admin.) (Entered: 04/28/2014) |
| 04/28/2014 | | 55 | Second Interim Order Authorizing Use of Cash Collateral; Providing Adequate Protection to Parties with Interest in Cash Collateral and and Scheduling Hearing re:11 Motion to Use Cash Collateral *B) Provide Adequate Protection To Parties With Interest In Cash Collateral; C) Turnover Of Cash Collateral To Debtor; And D) For An Expedited Hearing* Filed by Campisi Construction, Inc. . Hearing scheduled 5/22/2014 at 09:00 AM at nix3 − Courtroom #3. (D., Virginia) (Entered: 04/28/2014) |
| 04/29/2014 | | 56 | Motion to Impose Automatic Stay *and for Sanctions* Filed by Campisi Construction, Inc. Represented by DIMITRI L. KARAPELOU (Counsel). (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Proof of Service) (KARAPELOU, DIMITRI) (Entered: 04/29/2014) |
| 04/29/2014 | | 57 | Notice of (related document(s): 56 Motion to Impose Automatic Stay *and for Sanctions*) Filed by Campisi Construction, Inc.. Hearing scheduled 6/4/2014 at 09:30 AM at nix3 − Courtroom #3. (Attachments: # 1 Proof of Service) (KARAPELOU, DIMITRI) (Entered: 04/29/2014) |
| 04/30/2014 | | 58 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 55)). No. of Notices: 1. Notice Date 04/30/2014. (Admin.) (Entered: 05/01/2014) |
| 05/02/2014 | | 59 | ***Incorrect entry***Document in re: *Small Business Statement of Operations* Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc.. (KARAPELOU, DIMITRI) Modified on 5/2/2014 incorrect event code used; see corrected entry #60(D., Virginia). (Entered: 05/02/2014) |
| 05/02/2014 | | 60 | Statement of Operations for Small Business Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc. . (D., Virginia) (Entered: 05/02/2014) |
| 05/02/2014 | | | Corrective Entry re: wrong event; see corrected entry #60 code used (related document(s)59). (D., Virginia) (Entered: 05/02/2014) |
| 05/06/2014 | | 61 | Notice of Appearance and Request for Notice by BERNADETTE A. KEARNEY Filed by BERNADETTE A. KEARNEY on behalf of Hamburg, Rubin, Mullin, Maxwell & Lupin. (Attachments: # 1 Service List) (KEARNEY, BERNADETTE) (Entered: 05/06/2014) |
| 05/07/2014 | | 62 | Document in re: *Proposed Consensual Scheduling Order* Filed by GEORGE M. CONWAY on behalf of United States Trustee. (CONWAY, GEORGE) (Entered: 05/07/2014) |
| 05/07/2014 | | 63 | Notice of Appearance and Request for Notice by DENISE A. KUHN Filed by DENISE A. KUHN on behalf of Commonwealth of PA, Dept of Revenue, Bur. (Attachments: # 1 Certificate of Service) (KUHN, |

| | | | |
|---|---|---|---|
| | | | DENISE) (Entered: 05/07/2014) |
| 05/07/2014 | | 64 | Monthly Operating Report for Filing Period April 2014 Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc.. (KARAPELOU, DIMITRI) (Entered: 05/07/2014) |
| 05/08/2014 | | 65 | Notice of Appearance and Request for Notice by DAVID A. PECKMAN Filed by DAVID A. PECKMAN on behalf of ECI, LLC. (PECKMAN, DAVID) (Entered: 05/08/2014) |
| 05/08/2014 | | | Meeting of Creditors Held and Concluded on: 5/8/2014. (CONWAY, GEORGE) (Entered: 05/08/2014) |
| 05/13/2014 | | 66 | Answer an Objection to Motion to Impose Automatic Stay filed by Debtor Campisi Construction, Inc. Filed by ECI, LLC (related document(s)56). (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Proposed Order # 6 Service List) (PECKMAN, DAVID) Modified on 5/14/2014 (D., Virginia). (Entered: 05/13/2014) |
| 05/14/2014 | | | Corrective Entry re: added "Answer" to the objection (related document(s)66). (D., Virginia) (Entered: 05/14/2014) |
| 05/21/2014 | | 67 | Supplemental Objection to Motion to Use Cash Collateral filed by Debtor Campisi Construction, Inc. Filed by ECI, LLC (related document(s)11). (Attachments: # 1 Exhibit Exhibit A # 2 Exhibit Exhibit B # 3 Exhibit Exhibit C # 4 Service List Proof of Service) (PECKMAN, DAVID) (Entered: 05/21/2014) |
| 05/21/2014 | | 68 | Expedited Motion *to Strike Supplemental Objection to Cash Collateral Motion* Filed by Campisi Construction, Inc. Represented by DIMITRI L. KARAPELOU (Counsel). (Attachments: # 1 Proposed Order # 2 Proposed Order for Expedited Hearing # 3 Certificate of Service) (KARAPELOU, DIMITRI) (Entered: 05/21/2014) |
| 05/22/2014 | | 69 | Proposed Order Re: *Striking Pleadings* Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc. (related document(s)68). (KARAPELOU, DIMITRI) (Entered: 05/22/2014) |
| 05/22/2014 | | 70 | Hearing Held on 11 Motion to Use Cash Collateral *B) Provide Adequate Protection To Parties With Interest In Cash Collateral; C) Turnover Of Cash Collateral To Debtor; And D) For An Expedited Hearing* Filed by Campisi Construction, Inc. Represented by DIMITRI L. KARAPELOU (Counsel) (related document(s),11). ORDER TO BE SUBMITTED (L., Linda) (Entered: 05/23/2014) |
| 05/28/2014 | | 71 | Order Granting Motion to Strike Supplemental Objection to Cash Collateral Motion is STRICKEN from the record.(Related Doc 68) (G., Jennifer). Related document(s) 67 68 Modified on 5/29/2014 (G., Jennifer). (Entered: 05/29/2014) |
| 05/31/2014 | | 72 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 71)). No. of Notices: 74. Notice Date 05/31/2014. (Admin.) (Entered: 06/01/2014) |
| 06/02/2014 | | 73 | Certificate of No Response to *Notice of Officer Compensation* Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc. (related document(s)27). (Attachments: # 1 Exhibit A # 2 Proposed Order # 3 Certificate of Service) (KARAPELOU, DIMITRI) (Entered: |

| | | | |
|---|---|---|---|
| | | | 06/02/2014) |
| 06/02/2014 | | 74 | Affidavit Re: *Motion to Impose Stay and for Sanctions* Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc. (related document(s)56). (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Certificate of Service) (KARAPELOU, DIMITRI) (Entered: 06/02/2014) |
| 06/04/2014 | | 75 | Order entered granting Debtor Campisi Construction, Inc.'s Notice of Officer Compensation (related document(s)27). Debtor may compensate its principal, Anthony G. Campisi, a salary in the amount of $1,000 per week beginning April 14, 2014. (D., Virginia) (Entered: 06/04/2014) |
| 06/04/2014 | | 76 | Hearing Continued on 56 Motion to Impose Automatic Stay *and for Sanctions* Filed by Campisi Construction, Inc. Represented by DIMITRI L. KARAPELOU (Counsel). (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Proof of Service) filed by Debtor Campisi Construction, Inc.. Hearing scheduled 7/8/2014 at 10:30 AM to 11:30 at nix3 − Courtroom #3. (D., Virginia) (Entered: 06/06/2014) |
| 06/06/2014 | | 77 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 75)). No. of Notices: 1. Notice Date 06/06/2014. (Admin.) (Entered: 06/07/2014) |
| 06/10/2014 | | 78 | Objection to Claim Number 9 by Claimant Cougar Development Group, LLC. Filed by Campisi Construction, Inc.. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Certificate of Service # 4 Proposed Order)(KARAPELOU, DIMITRI) (Entered: 06/10/2014) |
| 06/10/2014 | | 79 | Notice of Objection to claim Filed by Campisi Construction, Inc. (related document(s)78). Hearing scheduled 7/30/2014 at 09:30 AM at nix3 − Courtroom #3. (Attachments: # 1 Certificate of Service) (KARAPELOU, DIMITRI) (Entered: 06/10/2014) |
| 06/12/2014 | | 80 | Objection to Claim Number 7,8,11 by Claimant ECI, LLC. Filed by Campisi Construction, Inc.. (Attachments: # 1 Exhibit A # 2 Proposed Order # 3 Certificate of Service)(KARAPELOU, DIMITRI) (Entered: 06/12/2014) |
| 06/12/2014 | | 81 | Notice of Objection to claim Filed by Campisi Construction, Inc. (related document(s)80). Hearing scheduled 7/30/2014 at 09:30 AM at nix3 − Courtroom #3. (Attachments: # 1 Certificate of Service) (KARAPELOU, DIMITRI) (Entered: 06/12/2014) |
| 06/18/2014 | | 82 | Exhibit − *Supplemental: Affidavit of Lukoil* Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc. (related document(s)12). (KARAPELOU, DIMITRI) (Entered: 06/18/2014) |
| 06/20/2014 | | 83 | Hearing Set 11 Motion to Use Cash Collateral *B) Provide Adequate Protection To Parties With Interest In Cash Collateral; C) Turnover Of Cash Collateral To Debtor; And D) For An Expedited Hearing* Filed by Campisi Construction, Inc. Represented by DIMITRI L. KARAPELOU (Counsel). Hearing scheduled 7/9/2014 at 08:30 AM at nix3 − Courtroom #3. (R., Joan) (Entered: 06/20/2014) |
| 06/20/2014 | | 84 | Third Interim Order Authorizing use of Cash Collateral; Providing Adequate Protection to Parties with interest in cash collateral and Scheduling Hearing re:11 Motion to Use Cash Collateral *B) Provide* |

| | | | |
|---|---|---|---|
| | | | *Adequate Protection To Parties With Interest In Cash Collateral; C) Turnover Of Cash Collateral To Debtor; And D) For An Expedited Hearing* Filed by Campisi Construction, Inc. Represented by DIMITRI L. KARAPELOU (Counsel). Hearing scheduled 7/9/2014 at 08:30 AM at nix3 − Courtroom #3. (D., Virginia) (Entered: 06/20/2014) |
| 06/20/2014 | | 85 | Monthly Operating Report for Filing Period May 2014 Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc.. (KARAPELOU, DIMITRI) (Entered: 06/20/2014) |
| 06/22/2014 | | 86 | BNC Certificate of Mailing − Hearing Set. Number of Notices Mailed: (related document(s) (Related Doc # 83)). No. of Notices: 12. Notice Date 06/22/2014. (Admin.) (Entered: 06/23/2014) |
| 06/22/2014 | | 87 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 84)). No. of Notices: 1. Notice Date 06/22/2014. (Admin.) (Entered: 06/23/2014) |
| 06/23/2014 | | 88 | First Application for Compensation for DIMITRI L. KARAPELOU, Debtor's Attorney, Period: 3/31/2014 to 6/23/2014, Fee: $17168.00, Expenses: $155.20. Filed by DIMITRI L. KARAPELOU Represented by Self(Counsel). (Attachments: # 1 Affidavit # 2 Proposed Order # 3 Certificate of Service # 4 Exhibit A) (KARAPELOU, DIMITRI) (Entered: 06/23/2014) |
| 06/23/2014 | | 89 | Notice of (related document(s): 88 First Application for Compensation for DIMITRI L. KARAPELOU, Debtor's Attorney, Period: 3/31/2014 to 6/23/2014, Fee: $17168.00, Expenses: $155.20.) Filed by Campisi Construction, Inc.. (Attachments: # 1 Certificate of Service) (KARAPELOU, DIMITRI) (Entered: 06/23/2014) |
| 06/25/2014 | | 90 | Notice of Appointment of Creditors' Committee Filed by United States Trustee. (CONWAY, GEORGE) (Entered: 06/25/2014) |
| 06/26/2014 | | 91 | Objection to Amended Motion filed by Debtor Campisi Construction, Inc. Filed by ECI, LLC (related document(s)12). (THOMPSON, GARY) (Entered: 06/26/2014) |
| 07/03/2014 | | 92 | Application to Employ Patrick D. McDonnell as Attorney *for the Official Committee of Unsecured Creditors* Filed by Official Committee of Unsecured Creditors Represented by PATRICK DANIEL MCDONNELL (Counsel). (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Service List) (MCDONNELL, PATRICK) (Entered: 07/03/2014) |
| 07/08/2014 | | 93 | Hearing Continued on 56 Motion to Impose Automatic Stay *and for Sanctions* Filed by Campisi Construction, Inc. Represented by DIMITRI L. KARAPELOU (Counsel). Hearing scheduled 7/30/2014 at 08:30 AM at nix3 − Courtroom #3. (D., Virginia) (Entered: 07/08/2014) |
| 07/09/2014 | | 94 | Hearing Continued on 11 Motion to Use Cash Collateral *B) Provide Adequate Protection To Parties With Interest In Cash Collateral; C) Turnover Of Cash Collateral To Debtor; And D) For An Expedited Hearing* Filed by Campisi Construction, Inc. Represented by DIMITRI L. KARAPELOU (Counsel).: Motion to Use Cash Collateral *B) Provide Adequate Protection To Parties With Interest In Cash Collateral; C) Turnover Of Cash Collateral To Debtor; And D) For An Expedited Hearing* filed by Debtor Campisi Construction, Inc.) Filed by Campisi Construction, Inc. Represented by DIMITRI L. KARAPELOU (Counsel) (related document(s)11). (Attachments: # 1 Exhibit A # 2 Proposed Order |

| | | | |
|---|---|---|---|
| | | | for Expedited Hearing # 3 Proposed Order Granting Use of Cash Collateral) filed by Debtor Campisi Construction, Inc.. Hearing scheduled 7/30/2014 at 08:30 AM at nix3 − Courtroom #3. (D., Virginia) (Entered: 07/09/2014) |
| 07/09/2014 | | 95 | Document in re: *Notice of Application to Employ Counsel* Filed by PATRICK DANIEL MCDONNELL on behalf of Official Committee of Unsecured Creditors (related document(s)92). (Attachments: # 1 Service List) (MCDONNELL, PATRICK) (Entered: 07/09/2014) |
| 07/14/2014 | | 96 | Certificate of No Response to *First Fee Application* Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc. (related document(s)88). (Attachments: # 1 Certificate of Service # 2 Exhibit A) (KARAPELOU, DIMITRI) (Entered: 07/14/2014) |
| 07/14/2014 | | 97 | Withdrawal of Appearance of Gary E. Thompson and entry of appearance of Michael Kaliner Filed by GARY E. THOMPSON on behalf of ECI, LLC. (THOMPSON, GARY) (Entered: 07/14/2014) |
| 07/18/2014 | | 98 | Certificate of No Response to *Notice of Application to Employ Counsel* Filed by PATRICK DANIEL MCDONNELL on behalf of Official Committee of Unsecured Creditors (related document(s)92). (MCDONNELL, PATRICK) (Entered: 07/18/2014) |
| 07/21/2014 | | 99 | Monthly Operating Report for Filing Period June 2014 Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc.. (KARAPELOU, DIMITRI) (Entered: 07/21/2014) |
| 07/23/2014 | | 100 | Motion to Set Last Day to File Proofs of Claim Filed by Campisi Construction, Inc. Represented by DIMITRI L. KARAPELOU (Counsel). (Attachments: # 1 Application # 2 Certificate Of Service Granting Application # 3 Notice # 4 Order) (KARAPELOU, DIMITRI) (Entered: 07/23/2014) |
| 07/23/2014 | | 101 | Order entered Granting Application to Employ Wolpert Schreiber PC as counsel for the Official Committee of Unsecured Creditors (Related Doc # 92). (D., Virginia) (Entered: 07/24/2014) |
| 07/23/2014 | | 102 | Order Granting Application For Compensation (Related Doc # 88) Granting for DIMITRI L. KARAPELOU, $17318.32 for services rendered, Period: 3/31/2014 to 6/23/2014. (D., Virginia) (Entered: 07/24/2014) |
| 07/26/2014 | | 103 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 101)). No. of Notices: 2. Notice Date 07/26/2014. (Admin.) (Entered: 07/27/2014) |
| 07/26/2014 | | 104 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 102)). No. of Notices: 1. Notice Date 07/26/2014. (Admin.) (Entered: 07/27/2014) |
| 07/29/2014 | | 105 | Order Granting Motion To Set Last Day To File Proofs of Claim (Related Doc # 100) Proofs of Claims due by 8/31/2014. Government Proof of Claim Deadline: 8/31/2014. (D., Virginia) (Entered: 07/30/2014) |
| 07/30/2014 | | 106 | Hearing Continued on 11 Motion to Use Cash Collateral *B) Provide Adequate Protection To Parties With Interest In Cash Collateral; C) Turnover Of Cash Collateral To Debtor; And D) For An Expedited* |

| | | | |
|---|---|---|---|
| | | | *Hearing* Filed by Campisi Construction, Inc. Represented by DIMITRI L. KARAPELOU (Counsel). , 12 Amended Motion . Order/Revised order to be submitted. Hearing scheduled 8/19/2014 at 08:30 AM at nix3 − Courtroom #3. (D., Virginia) (Entered: 07/30/2014) |
| 07/30/2014 | | 107 | Hearing Continued on 78 Objection to Claim Number 9 by Claimant Cougar Development Group, LLC. Filed by Campisi Construction, Inc.. Hearing scheduled 8/26/2014 at 09:30 AM at nix3 − Courtroom #3. (D., Virginia) (Entered: 07/30/2014) |
| 07/30/2014 | | 108 | Hearing Continued on 80 Objection to Claim Number 7,8,11 by Claimant ECI, LLC. Filed by Campisi Construction, Inc.. Hearing scheduled 8/26/2014 at 09:30 AM at nix3 − Courtroom #3. (D., Virginia) (Entered: 07/30/2014) |
| 07/30/2014 | | 109 | Hearing Continued on 56 Motion to Impose Automatic Stay *and for Sanctions* Filed by Campisi Construction, Inc. Represented by DIMITRI L. KARAPELOU (Counsel). Hearing scheduled 8/20/2014 at 09:30 AM at nix3 − Courtroom #3. (D., Virginia) (Entered: 07/30/2014) |
| 07/30/2014 | | 110 | Certificate of Service *For Order Granting Motion to Set Last Day to File Proofs of Claim* Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc. (related document(s)105). (KARAPELOU, DIMITRI) (Entered: 07/30/2014) |
| 08/01/2014 | | 111 | Proposed Order Re: *Cash Collateral* Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc. (related document(s)12). (Attachments: # 1 Exhibit) (KARAPELOU, DIMITRI) (Entered: 08/01/2014) |
| 08/01/2014 | | 112 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 105)). No. of Notices: 77. Notice Date 08/01/2014. (Admin.) (Entered: 08/02/2014) |
| 08/04/2014 | | 113 | Proposed Order Re: *Motion to Use Cash Collateral* Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc. (related document(s)12). (Attachments: # 1 Exhibit A) (KARAPELOU, DIMITRI) (Entered: 08/04/2014) |
| 08/05/2014 | | 114 | Fourth Interim Order Authorizing Use of Cash Collateral 12 Motion (related document(s): Motion to Use Cash Collateral *B) Provide Adequate Protection To Parties With Interest In Cash Collateral;and scheduling a hearing Filed by Campisi Construction, Inc. Represented by DIMITRI L. KARAPELOU (Counsel) Hearing scheduled 8/19/2014 at 08:30 AM at nix3 − Courtroom #3. (D., Virginia) (Entered: 08/05/2014)* |
| 08/07/2014 | | 115 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 114)). No. of Notices: 1. Notice Date 08/07/2014. (Admin.) (Entered: 08/08/2014) |
| 08/11/2014 | | 116 | Monthly Operating Report for Filing Period July 2014 Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc.. (Attachments: # 1 Bank Statement # 2 Check Register # 3 Profit Loss # 4 Balance Sheet) (KARAPELOU, DIMITRI) (Entered: 08/11/2014) |
| 08/19/2014 | | 117 | Hearing Continued on 11 Motion to Use Cash Collateral *B) Provide Adequate Protection To Parties With Interest In Cash Collateral; C) Turnover Of Cash Collateral To Debtor; And D) For An Expedited* |

| | | | |
|---|---|---|---|
| | | | *Hearing* Filed by Campisi Construction, Inc. Represented by DIMITRI L. KARAPELOU (Counsel). Hearing scheduled 8/26/2014 at 09:30 AM at nix3 − Courtroom #3. (D., Virginia) (Entered: 08/19/2014) |
| 08/20/2014 | | 118 | Hearing Continued on 56 Motion to Impose Automatic Stay *and for Sanctions* Filed by Campisi Construction, Inc. Represented by DIMITRI L. KARAPELOU (Counsel). Hearing scheduled 8/26/2014 at 09:30 AM at nix3 − Courtroom #3. (D., Virginia) (Entered: 08/20/2014) |
| 08/21/2014 | | 119 | Objection to Claim Number 9 by Claimant Cougar Development Group, LLC. − *AMENDED* Filed by Campisi Construction, Inc. (related document(s)78, 79). (Attachments: # 1 Exhibit A # 2 Proposed Order # 3 Certificate of Service)(KARAPELOU, DIMITRI) (Entered: 08/21/2014) |
| 08/22/2014 | | 120 | Objection to Amended Motion filed by Debtor Campisi Construction, Inc. *for use of Cash Collateral* Filed by Official Committee of Unsecured Creditors (related document(s)12). (Attachments: # 1 Service List) (MCDONNELL, PATRICK) (Entered: 08/22/2014) |
| 08/25/2014 | | 121 | Motion for 2004 Examination *of Mr. Anthony G. Campisi* Filed by Official Committee of Unsecured Creditors Represented by PATRICK DANIEL MCDONNELL (Counsel). (Attachments: # 1 Proposed Order) (MCDONNELL, PATRICK) (Entered: 08/25/2014) |
| 08/26/2014 | | 122 | Hearing Continued to a date to be determined on 119 Objection to Claim Number 9 by Claimant Cougar Development Group, LLC. − *AMENDED* Filed by Campisi Construction, Inc. (D., Virginia) (Entered: 08/26/2014) |
| 08/26/2014 | | 123 | Hearing Continued to a date to be determined on 80 Objection to Claim Number 7,8,11 by Claimant ECI, LLC. Filed by Campisi Construction, Inc.. . (D., Virginia) (Entered: 08/26/2014) |
| 08/26/2014 | | 124 | Hearing Held on 56 Motion to Impose Automatic Stay *and for Sanctions* Filed by Campisi Construction, Inc. Represented by DIMITRI L. KARAPELOU (Counsel). Revised order to be submitted. (D., Virginia) (Entered: 08/27/2014) |
| 08/26/2014 | | 125 | Hearing Held on 11 Motion to Use Cash Collateral *B) Provide Adequate Protection To Parties With Interest In Cash Collateral; C) Turnover Of Cash Collateral To Debtor; And D) For An Expedited Hearing* Filed by Campisi Construction, Inc. Represented by DIMITRI L. KARAPELOU (Counsel). Revised order to be submitted. (D., Virginia) (Entered: 08/27/2014) |
| 08/27/2014 | | 126 | Proposed Order Re: *Use of Cash Collateral* Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc. (related document(s)11). (Attachments: # 1 Exhibit A) (KARAPELOU, DIMITRI) (Entered: 08/27/2014) |
| 08/27/2014 | | 127 | Order entered Granting Motion for 2004 Examination and that the debtor shall appear for the examination by movant at 527 Main Street, Royersford PA 19468 at 9:30 AM on 9/11/2014 or at a mutually agreed time and place (Related Doc # 121). (D., Virginia) (Entered: 08/28/2014) |
| 08/29/2014 | | 128 | Fifth Interim Order Scheduling Hearing re: 11 Motion to Use Cash Collateral *B) Provide Adequate Protection To Parties With Interest In Cash Collateral; C) Turnover Of Cash Collateral To Debtor; And D) For An Expedited Hearing* Filed by Campisi Construction, Inc. Represented |

| | | | |
|---|---|---|---|
| | | | by DIMITRI L. KARAPELOU (Counsel). (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Proposed Order # 4 Service List) filed by Debtor Campisi Construction, Inc.. Hearing scheduled 10/29/2014 at 11:30 AM at nix3 − Courtroom #3. (D., Virginia) (Entered: 08/29/2014) |
| 08/29/2014 | | 129 | Debtor's Second Amended *Objection to Claim No. 9* Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc. (related document(s)78, 119). (Attachments: # 1 Proposed Order # 2 Exhibit A # 3 Exhibit B # 4 Exhibit C # 5 Certificate of Service) (KARAPELOU, DIMITRI) Modified on 9/2/2014 (D., Virginia). (Entered: 08/29/2014) |
| 08/30/2014 | | 130 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 127)). No. of Notices: 1. Notice Date 08/30/2014. (Admin.) (Entered: 08/31/2014) |
| 08/31/2014 | | 131 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 128)). No. of Notices: 1. Notice Date 08/31/2014. (Admin.) (Entered: 09/01/2014) |
| 09/02/2014 | | | Corrective Entry re: corrected the text from "document" to Second Amended (related document(s)129). (D., Virginia) (Entered: 09/02/2014) |
| 09/03/2014 | | 132 | Objection to Order Granting Motion for Rule 2004 Examination Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc. (related document(s)127). (Attachments: # 1 Certificate of Service) (KARAPELOU, DIMITRI) Modified on 9/4/2014 (D., Virginia). (Entered: 09/03/2014) |
| 09/03/2014 | | 133 | Proposed Order Re: *Motion to Impose Stay* Filed by MICHAEL H. KALINER on behalf of ECI, LLC (related document(s)56). (KALINER, MICHAEL) (Entered: 09/03/2014) |
| 09/04/2014 | | 134 | Hearing Set on Proposed Order re:56 Motion to Impose Automatic Stay *and for Sanctions* Filed by Campisi Construction, Inc. Hearing scheduled 9/9/2014 at 11:30 AM at nix3 − Courtroom #3. (R., Joan) (Entered: 09/04/2014) |
| 09/04/2014 | | | Corrective Entry re: removed "document from the text (related document(s)132). (D., Virginia) (Entered: 09/04/2014) |
| 09/04/2014 | | 135 | Application to Employ Breznicky Associates, PC as Accountant Filed by Campisi Construction, Inc. Represented by DIMITRI L. KARAPELOU (Counsel). (Attachments: # 1 Certificate of Service # 2 Exhibit Exhibit A # 3 Proposed Order) (KARAPELOU, DIMITRI) (Entered: 09/04/2014) |
| 09/05/2014 | | 136 | Notice of Appearance and Request for Notice by PAMELA ELCHERT THURMOND Filed by PAMELA ELCHERT THURMOND on behalf of City of Philadelphia Law Department. (THURMOND, PAMELA) (Entered: 09/05/2014) |
| 09/06/2014 | | 137 | BNC Certificate of Mailing − Hearing Set. Number of Notices Mailed: (related document(s) (Related Doc # 134)). No. of Notices: 22. Notice Date 09/06/2014. (Admin.) (Entered: 09/07/2014) |
| 09/08/2014 | | 138 | Response to objection filed by Debtor Campisi Construction, Inc. *Committee's Response to Debtor's Objection to Order Granting 2004 Examination of Mr. Anthony Campisi* Filed by Official Committee of Unsecured Creditors (related document(s)132). (Attachments: # 1 Service |

| | | | |
|---|---|---|---|
| | | | List # 2 Proposed Order) (MCDONNELL, PATRICK) Modified on 9/9/2014 (D., Virginia). (Entered: 09/08/2014) |
| 09/09/2014 | | | Corrective Entry re: changed "document" to "response" (related document(s)138). (D., Virginia) (Entered: 09/09/2014) |
| 09/09/2014 | | 141 | Hearing Held on 56 Motion to Impose Automatic Stay *and for Sanctions* Filed by Campisi Construction, Inc. Represented by DIMITRI L. KARAPELOU (Counsel). Order entered. (D., Virginia) (Entered: 09/10/2014) |
| 09/09/2014 | | 142 | Order entered Granting Motion To Impose and Enforce Automatic Stay and for Sanctions against creditor ECI, LLC (Related Doc # 56) . (D., Virginia) (Entered: 09/10/2014) |
| 09/10/2014 | | 139 | Order entered Vacating Order granting motion for examination (related document(s)127). Movant shall schedule a hearing on it's Motion for an Order Directing Rule 2004 Examination of Mr. Anthony Campisi and serve and file a Notice of Motion of the hearing date. (D., Virginia) (Entered: 09/10/2014) |
| 09/10/2014 | | 140 | Objection to Application to Employ filed by Debtor Campisi Construction, Inc. Filed by United States Trustee (related document(s)135). (Attachments: # 1 Service List) (CONWAY, GEORGE) (Entered: 09/10/2014) |
| 09/10/2014 | | 143 | Declaration re: *In Support of Application to Employ Breznicky & Associates, P.C. as Accountants* Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc. (related document(s)135). (KARAPELOU, DIMITRI) (Entered: 09/10/2014) |
| 09/11/2014 | | 144 | Notice of *Motion for 2004 Examination [121[ of Mr. Anthony Campisi* Filed by Official Committee of Unsecured Creditors. Hearing scheduled 10/15/2014 at 09:30 AM at nix3 − Courtroom #3. (Attachments: # 1 Service List) (MCDONNELL, PATRICK). Related document(s) 121 Motion for 2004 Examination *of Mr. Anthony G. Campisi* filed by Creditor Committee Official Committee of Unsecured Creditors. Modified on 9/12/2014 (D., Virginia). (Entered: 09/11/2014) |
| 09/11/2014 | | 145 | Amended Document *Declaration of Accountant in Support of Application to Employ* Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc. (related document(s)143). (KARAPELOU, DIMITRI) Additional attachment(s) added on 9/12/2014 (D., Virginia). (Entered: 09/11/2014) |
| 09/12/2014 | | | Corrective Entry re: created the linkage 121 to the motion for 2004 examination (related document(s)144). (D., Virginia) (Entered: 09/12/2014) |
| 09/12/2014 | | 146 | Hearing Set 135 Application to Employ Breznicky Associates, PC as Accountant Filed by Campisi Construction, Inc. Represented by DIMITRI L. KARAPELOU (Counsel). 140 Objection to Application to Employ filed by Debtor Campisi Construction, Inc. Filed by United States Trustee (related document(s)135). Hearing scheduled 10/15/2014 at 09:30 AM at nix3 − Courtroom #3. (D., Virginia) (Entered: 09/12/2014) |
| 09/12/2014 | | | Corrective Entry re: attached the amended declaration (related document(s)145). (D., Virginia) (Entered: 09/12/2014) |

| | | | |
|---|---|---|---|
| 09/12/2014 | | <u>147</u> | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # <u>139</u>)). No. of Notices: 1. Notice Date 09/12/2014. (Admin.) (Entered: 09/13/2014) |
| 09/12/2014 | | <u>148</u> | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # <u>142</u>)). No. of Notices: 1. Notice Date 09/12/2014. (Admin.) (Entered: 09/13/2014) |
| 09/14/2014 | | <u>149</u> | BNC Certificate of Mailing − Hearing Set. Number of Notices Mailed: (related document(s) (Related Doc # <u>146</u>)). No. of Notices: 81. Notice Date 09/14/2014. (Admin.) (Entered: 09/15/2014) |
| 09/15/2014 | | <u>150</u> | Praecipe to Withdraw *Objection to Application to Employ Accountant* Filed by GEORGE M. CONWAY on behalf of United States Trustee (related document(s)<u>140</u>). (Attachments: # <u>1</u> Service List) (CONWAY, GEORGE) (Entered: 09/15/2014) |
| 09/15/2014 | | <u>151</u> | Certificate of No Response to Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc. (related document(s)<u>135</u>). (Attachments: # <u>1</u> Certificate of Service # <u>2</u> Exhibit A) (KARAPELOU, DIMITRI) (Entered: 09/15/2014) |
| 09/17/2014 | | <u>152</u> | Monthly Operating Report for Filing Period August 2014 Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc.. (Attachments: # <u>1</u> August Profit And Loss # <u>2</u> Bank Statement # <u>3</u> Check Detail # <u>4</u> Balance Sheet) (KARAPELOU, DIMITRI) (Entered: 09/17/2014) |
| 09/23/2014 | | <u>153</u> | Order Granting Application to Employ Breznicky Associates PC as accountant(Related Doc # <u>135</u>). (D., Virginia) (Entered: 09/24/2014) |
| 09/25/2014 | | <u>154</u> | Response to Motion for Examination filed by Creditor Committee Official Committee of Unsecured Creditors Filed by Campisi Construction, Inc. (related document(s)<u>121</u>). (Attachments: # <u>1</u> Certificate of Service) (KARAPELOU, DIMITRI) (Entered: 09/25/2014) |
| 09/26/2014 | | <u>155</u> | Expedited Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement Filed by Campisi Construction, Inc. Represented by DIMITRI L. KARAPELOU (Counsel). (Attachments: # <u>1</u> Proposed Order # <u>2</u> Proposed Order for Expedited Hearing # <u>3</u> Proposed Order − Bridge Order # <u>4</u> Certificate of Service) (KARAPELOU, DIMITRI) (Entered: 09/26/2014) |
| 09/26/2014 | | <u>156</u> | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # <u>153</u>)). No. of Notices: 2. Notice Date 09/26/2014. (Admin.) (Entered: 09/27/2014) |
| 09/29/2014 | | <u>157</u> | Bridge Order Granting Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement (Related Doc # <u>155</u>). Time for exclusivity to file a chapter 11 plan is entered generally until such time as the Court may conduct a hearing and/or enter an Order on the Exclusivity Motion and it is ordered that the period during which debtor shall have the exclusive right to solicit acceptances of plan shall likewise be extended generally until such time as the Court can conduct a hearing and/or enter an order on the Exclusivity Motion and it is ordered that this Order shall be without prejudice to the debtor's right to seek further extensions of the period within which debtor shall have exclusive right to file a plan and solicit acceptances pursuant to 11 USC Section 1121(d). (D., Virginia) (Entered: 09/29/2014) |

| | | | |
|---|---|---|---|
| 09/29/2014 | | 158 | Order Scheduling TELEPHONIC Hearing re:155 Expedited Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement Filed by Campisi Construction, Inc. Represented by DIMITRI L. KARAPELOU (Counsel). Debtor shall serve this order and a copy of th emotion , if not previously served upon ECI, LLC; the unsecured creditors' committee ; and the office of the Trustee via electronic mail or facsimile by 5:00 PM on 9/29/2014. Counsel for the movant shall set up the telephonic hearing and include the dial−in information with notice of the expedited hearing. . Hearing scheduled 10/1/2014 at 10:00 AM at nix3 − Courtroom #3. (D., Virginia) (Entered: 09/29/2014) |
| 09/29/2014 | | 159 | Certificate of Service Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc. (related document(s)158). (KARAPELOU, DIMITRI) (Entered: 09/29/2014) |
| 10/01/2014 | | 160 | Hearing Held on 155 Expedited Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement Filed by Campisi Construction, Inc − temporary extension given until affidavit and stipulation are filed as set forth in open court. (related document(s),155). (R., Joan) (Entered: 10/01/2014) |
| 10/01/2014 | | 161 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 157)). No. of Notices: 1. Notice Date 10/01/2014. (Admin.) (Entered: 10/02/2014) |
| 10/01/2014 | | 162 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 158)). No. of Notices: 1. Notice Date 10/01/2014. (Admin.) (Entered: 10/02/2014) |
| 10/06/2014 | | 163 | Affidavit Re: *Anthony G. Campisi* Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc. (related document(s)155). (KARAPELOU, DIMITRI) (Entered: 10/06/2014) |
| 10/06/2014 | | 164 | Affidavit Re: *George Campisi* Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc. (related document(s)155). (KARAPELOU, DIMITRI) (Entered: 10/06/2014) |
| 10/06/2014 | | 165 | Motion *Pursuant to 11 U.S.C. § 105(a) for Injunction against David Spause and to Remove Cougar Development Group, LLC from the Unsecured Creditors Committee* Filed by Campisi Construction, Inc. Represented by DIMITRI L. KARAPELOU (Counsel). (Attachments: # 1 Proposed Order # 2 Certificate of Service) (KARAPELOU, DIMITRI) (Entered: 10/06/2014) |
| 10/06/2014 | | 166 | Notice of (related document(s): 165 Motion *Pursuant to 11 U.S.C. § 105(a) for Injunction against David Spause and to Remove Cougar Development Group, LLC from the Unsecured Creditors Committee*) Filed by Campisi Construction, Inc.. Hearing scheduled 11/12/2014 at 09:30 AM at nix3 − Courtroom #3. (Attachments: # 1 Certificate of Service) (KARAPELOU, DIMITRI) (Entered: 10/06/2014) |
| 10/13/2014 | | 167 | Motion to Allow Claims *Temporarily for Voting Purposes Only* Filed by Campisi Construction, Inc. Represented by DIMITRI L. KARAPELOU (Counsel). (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) (KARAPELOU, DIMITRI) (Entered: 10/13/2014) |
| 10/13/2014 | | 168 | Notice of (related document(s): 167 Motion to Allow Claims *Temporarily for Voting Purposes Only*) Filed by Campisi Construction, Inc.. Hearing scheduled 11/19/2014 at 09:30 AM at nix3 − Courtroom #3. |

| | | | |
|---|---|---|---|
| | | | (Attachments: # 1 Certificate of Service for Notice of Motion) (KARAPELOU, DIMITRI) (Entered: 10/13/2014) |
| 10/14/2014 | | 169 | First Application for Compensation for PATRICK DANIEL MCDONNELL, Creditor Comm. Aty, Period: 7/3/2014 to 10/13/2014, Fee: $7,180.00, Expenses: $. Filed by PATRICK DANIEL MCDONNELL Represented by Self(Counsel). (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Service List) (MCDONNELL, PATRICK) (Entered: 10/14/2014) |
| 10/14/2014 | | 170 | Document in re: *Notice of Application for Compensation* Filed by PATRICK DANIEL MCDONNELL on behalf of Official Committee of Unsecured Creditors (related document(s)169). (Attachments: # 1 Service List) (MCDONNELL, PATRICK) (Entered: 10/14/2014) |
| 10/15/2014 | | 171 | Monthly Operating Report for Filing Period September 2014 Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc.. (Attachments: # 1 Bank Statement # 2 Balance Sheet # 3 Check Detail # 4 Profit and Loss) (KARAPELOU, DIMITRI) (Entered: 10/15/2014) |
| 10/15/2014 | | 172 | Objection to Claim Number 19 by Claimant Adelphia Mechanical Services, Inc.. Filed by Campisi Construction, Inc.. (Attachments: # 1 Proposed Order # 2 Certificate of Service)(KARAPELOU, DIMITRI) (Entered: 10/15/2014) |
| 10/15/2014 | | 173 | Notice of Objection to claim *#19* Filed by Campisi Construction, Inc. (related document(s)172). Hearing scheduled 11/19/2014 at 09:30 AM at nix3 − Courtroom #3. (Attachments: # 1 Certificate of Service) (KARAPELOU, DIMITRI) (Entered: 10/15/2014) |
| 10/15/2014 | | 174 | Motion For Sanctions for Violation of the Automatic Stay *Against ECI, LLC* Filed by Campisi Construction, Inc. Represented by DIMITRI L. KARAPELOU (Counsel). (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Proposed Order # 5 Certificate of Service) (KARAPELOU, DIMITRI) (Entered: 10/15/2014) |
| 10/15/2014 | | 175 | Notice of (related document(s): 174 Motion For Sanctions for Violation of the Automatic Stay *Against ECI, LLC*) Filed by Campisi Construction, Inc.. Hearing scheduled 11/19/2014 at 09:30 AM at nix3 − Courtroom #3. (Attachments: # 1 Certificate of Service) (KARAPELOU, DIMITRI) (Entered: 10/15/2014) |
| 10/15/2014 | | 176 | Hearing Continued on 121 Motion for 2004 Examination *of Mr. Anthony G. Campisi* Filed by Official Committee of Unsecured Creditors Represented by PATRICK DANIEL MCDONNELL (Counsel). Hearing scheduled 11/5/2014 at 09:30 AM at nix3 − Courtroom #3. (S., Antoinette) (Entered: 10/16/2014) |
| 10/16/2014 | | 177 | Objection to Claim Number 21 by Claimant Alex McConnell. Filed by Campisi Construction, Inc.. (Attachments: # 1 Certificate of Service # 2 Proposed Order # 3 Exhibit Exhibit A)(KARAPELOU, DIMITRI) (Entered: 10/16/2014) |
| 10/16/2014 | | 178 | Notice of Objection to claim Filed by Campisi Construction, Inc. (related document(s)177). Hearing scheduled 11/19/2014 at 09:30 AM at nix3 − Courtroom #3. (KARAPELOU, DIMITRI) (Entered: 10/16/2014) |
| 10/16/2014 | | 179 | |

| | | | |
|---|---|---|---|
| | | | Objection to Claim Number 4 by Claimant TBF Financial, LLC. Filed by Campisi Construction, Inc.. (Attachments: # 1 Proposed Order # 2 Certificate of Service # 3 Exhibit Exhibit A # 4 Exhibit Exhibit B)(KARAPELOU, DIMITRI) (Entered: 10/16/2014) |
| 10/16/2014 | | 180 | Notice of Objection to claim Filed by Campisi Construction, Inc. (related document(s)179). Hearing scheduled 11/19/2014 at 09:30 AM at nix3 − Courtroom #3. (KARAPELOU, DIMITRI) (Entered: 10/16/2014) |
| 10/16/2014 | | 181 | Amended Certificate of Service Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc. (related document(s)172). (KARAPELOU, DIMITRI) (Entered: 10/16/2014) |
| 10/16/2014 | | 183 | Order entered temporarily Granting Motion To Allow Claim(s) 9 for voting purposes only (Related Doc # 167). (D., Virginia) (Entered: 10/17/2014) |
| 10/17/2014 | | 182 | Amended Schedule(s), Schedule F − Creditors Holding Unsecured Nonpriority Claims, Fee Amount $30 Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc.. (Attachments: # 1 Certificate of Service) (KARAPELOU, DIMITRI) (Entered: 10/17/2014) |
| 10/17/2014 | | | Receipt of Schedules D,E,F − (for initial filing of individual schedules and amendments)(14−12458−jkf) [misc,schnew2] ( 30.00) Filing Fee. Receipt number 15444253. Fee Amount $ 30.00. (re: Doc# 182) (U.S. Treasury) (Entered: 10/17/2014) |
| 10/19/2014 | | 184 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 183)). No. of Notices: 1. Notice Date 10/19/2014. (Admin.) (Entered: 10/20/2014) |
| 10/20/2014 | | 185 | Objection to Generic Motion filed by Debtor Campisi Construction, Inc. Filed by Official Committee of Unsecured Creditors (related document(s)165). (Attachments: # 1 Service List) (MCDONNELL, PATRICK) (Entered: 10/20/2014) |
| 10/21/2014 | | 186 | Monthly Operating Report for Filing Period July 2014 − Amended Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc.. (Attachments: # 1 Balance Sheet # 2 Bank Statement # 3 Check Register # 4 Profit & Loss) (KARAPELOU, DIMITRI) (Entered: 10/21/2014) |
| 10/21/2014 | | 187 | Monthly Operating Report for Filing Period August 2014 − Amended Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc.. (Attachments: # 1 Bank Statement # 2 Balance Sheet # 3 Check Detail # 4 Profit & Loss) (KARAPELOU, DIMITRI) (Entered: 10/21/2014) |
| 10/21/2014 | | 188 | Monthly Operating Report for Filing Period September 2014 − Amended Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc.. (Attachments: # 1 Bank Statement # 2 Balance Sheet # 3 Check Detail # 4 Profit & Loss) (KARAPELOU, DIMITRI) (Entered: 10/21/2014) |
| 10/22/2014 | | 189 | Application for Compensation for DIMITRI L. KARAPELOU, Debtor's Attorney, Period: 6/23/2014 to 10/21/2014, Fee: $26,593.00, Expenses: $363.34. Filed by DIMITRI L. KARAPELOU Represented by Self(Counsel). (Attachments: # 1 Affidavit # 2 Certificate of Service # 3 Certificate of Service for Notice of Application # 4 Exhibit A # 5 Notice # |

| | | | |
|---|---|---|---|
| | | | <u>6</u> Proposed Order # <u>7</u> Summary of Invoices) (KARAPELOU, DIMITRI) (Entered: 10/22/2014) |
| 10/23/2014 | | <u>190</u> | Notice of (related document(s): <u>189</u> Application for Compensation for DIMITRI L. KARAPELOU, Debtor's Attorney, Period: 6/23/2014 to 10/21/2014, Fee: $26,593.00, Expenses: $363.34.) Filed by Campisi Construction, Inc.. (KARAPELOU, DIMITRI) (Entered: 10/23/2014) |
| 10/27/2014 | | <u>191</u> | Motion to Reconsider (related documents Motion to Allow Claims) *Order of October 17, 2014* Filed by Cougar Development Group, LLC Represented by MICHAEL H. KALINER (Counsel) (related document(s)<u>167</u>). (KALINER, MICHAEL) (Entered: 10/27/2014) |
| 10/27/2014 | | <u>192</u> | Response to Motion for Sanctions for Violation of the Automatic Stay filed by Debtor Campisi Construction, Inc. Filed by ECI, LLC (related document(s)<u>174</u>). (KALINER, MICHAEL) (Entered: 10/27/2014) |
| 10/28/2014 | | <u>193</u> | Proposed Order Re: *Motion to Reconsider* Filed by MICHAEL H. KALINER on behalf of Cougar Development Group, LLC (related document(s)<u>191</u>). (KALINER, MICHAEL) (Entered: 10/28/2014) |
| 10/28/2014 | | <u>194</u> | Notice of (related document(s): <u>191</u> Motion to Reconsider (related documents Motion to Allow Claims) *Order of October 17, 2014* Filed by Cougar Development Group, LLC. Hearing scheduled 12/3/2014 at 09:30 AM at nix3 − Courtroom #3. (Attachments: # <u>1</u> Certificate of Service) (KALINER, MICHAEL) (Entered: 10/28/2014) |
| 10/28/2014 | | <u>195</u> | Objection to Generic Motion filed by Debtor Campisi Construction, Inc. Filed by United States Trustee (related document(s)<u>165</u>). (Attachments: # <u>1</u> Service List) (CONWAY, GEORGE) (Entered: 10/28/2014) |
| 10/28/2014 | | <u>196</u> | Disclosure Statement Filed by Campisi Construction, Inc.. (Attachments: # <u>1</u> Certificate of Service # <u>2</u> Proposed Order # <u>3</u> Disclosure Statement # <u>4</u> Exhibit A to Disclosure Statement # <u>5</u> Exhibit C to Disclosure Statement # <u>6</u> Exhibit D to Disclosure Statement)(KARAPELOU, DIMITRI) (Entered: 10/28/2014) |
| 10/28/2014 | | <u>197</u> | Chapter 11 Plan of Reorganization Filed by Campisi Construction, Inc.. (Attachments: # <u>1</u> Exhibit A to Plan # <u>2</u> Exhibit B to Plan)(KARAPELOU, DIMITRI) (Entered: 10/28/2014) |
| 10/28/2014 | | <u>198</u> | Motion to Approve Disclosure Statement . Filed by Campisi Construction, Inc. Represented by DIMITRI L. KARAPELOU (Counsel). (Attachments: # <u>1</u> Proposed Order) (KARAPELOU, DIMITRI) (Entered: 10/28/2014) |
| 10/28/2014 | | <u>199</u> | Notice of (related document(s): <u>198</u> Motion to Approve Disclosure Statement .) Filed by Campisi Construction, Inc.. Hearing scheduled 12/3/2014 at 09:30 AM at nix3 − Courtroom #3. (KARAPELOU, DIMITRI) (Entered: 10/28/2014) |
| 10/29/2014 | | 200 | Hearing Held on <u>11</u> Motion to Use Cash Collateral *B) Provide Adequate Protection To Parties With Interest In Cash Collateral; C) Turnover Of Cash Collateral To Debtor; And D) For An Expedited Hearing* Filed by Campisi Construction, Inc. Represented by DIMITRI L. KARAPELOU (Counsel).Motion withdrawn. (D., Virginia) (Entered: 10/29/2014) |
| 10/29/2014 | | <u>201</u> | |

| | | | |
|---|---|---|---|
| | | | Response to Objection to Claim filed by Debtor Campisi Construction, Inc. Filed by TBF Financial, LLC (related document(s)179). (Attachments: # 1 Service List Certificate of Service # 2 Proposed Order) (LESSA, MICHAEL) Modified on 10/30/2014 (D., Virginia). (Entered: 10/29/2014) |
| 10/30/2014 | | | Corrective Entry re: removed "Proposed" from the text (related document(s)201). (D., Virginia) (Entered: 10/30/2014) |
| 11/04/2014 | | 202 | Praecipe to Withdraw *Motion for Order for 2004 Examination* Filed by PATRICK DANIEL MCDONNELL on behalf of Official Committee of Unsecured Creditors (related document(s)121). (MCDONNELL, PATRICK) (Entered: 11/04/2014) |
| 11/05/2014 | | 203 | Hearing Held on 121−Motion for 2004 examination. Motion withdrawn without prejudice. (D., Virginia) (Entered: 11/05/2014) |
| 11/05/2014 | | 204 | Adversary case 14−00616. Complaint by REBECCA K. MCDOWELL, DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc. against ECI, LLC, Cornerstone Consulting Engineers & Architectural, Inc.. Fee Amount $0.00 . (11 (Recovery of money/property − 542 turnover of property)) (KARAPELOU, DIMITRI) (Entered: 11/05/2014) |
| 11/05/2014 | | 205 | Certificate of No Response to *Application for Compensation* Filed by PATRICK DANIEL MCDONNELL on behalf of Official Committee of Unsecured Creditors (related document(s)169). (MCDONNELL, PATRICK) (Entered: 11/05/2014) |
| 11/10/2014 | | 206 | Objection to Claim Number 22 by Claimant George Campisi. Filed by Official Committee of Unsecured Creditors. (Attachments: # 1 Exhibit Proof of Claim # 2 Proposed Order # 3 Service List)(MCDONNELL, PATRICK) (Entered: 11/10/2014) |
| 11/10/2014 | | 207 | Notice of Objection to claim Filed by Official Committee of Unsecured Creditors (related document(s)206). Hearing scheduled 12/17/2014 at 09:30 AM at nix3 − Courtroom #3. (MCDONNELL, PATRICK) (Entered: 11/10/2014) |
| 11/11/2014 | | 208 | Stipulation By Campisi Construction, Inc. and Between Creditor TBF Financial *Resolving Debtor's Objection to Claim #4.* Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc. (related document(s)179, 201). (KARAPELOU, DIMITRI) (Entered: 11/11/2014) |
| 11/12/2014 | | 209 | Hearing Continued on 165 Motion *Pursuant to 11 U.S.C. § 105(a) for Injunction against David Spause and to Remove Cougar Development Group, LLC from the Unsecured Creditors Committee* Filed by Campisi Construction, Inc. Represented by DIMITRI L. KARAPELOU (Counsel).Hearing scheduled 11/19/2014 at 09:30 AM at nix3 − Courtroom #3. (D., Virginia) (Entered: 11/13/2014) |
| 11/12/2014 | | 212 | Order Granting Application For Compensation (Related Doc # 169) Granting for PATRICK DANIEL MCDONNELL, fees awarded: $7180.00 (L., Eleanor) (Entered: 11/14/2014) |
| 11/13/2014 | | 210 | Certificate of No Response to Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc. (related document(s)189). (Attachments: # 1 Certificate of Service # 2 Exhibit A) (KARAPELOU, DIMITRI) (Entered: 11/13/2014) |

| | | | |
|---|---|---|---|
| 11/13/2014 | | 211 | Notice of Appearance and Request for Notice by MICHAEL W. GALLAGHER Filed by MICHAEL W. GALLAGHER on behalf of Adelphia Mechanical Services, Inc.. (Attachments: # 1 Service List) (GALLAGHER, MICHAEL) (Entered: 11/13/2014) |
| 11/14/2014 | | 213 | Motion *to Disband Creditors' Committee* Filed by Campisi Construction, Inc. Represented by DIMITRI L. KARAPELOU (Counsel). (Attachments: # 1 Proposed Order # 2 Certificate of Service) (KARAPELOU, DIMITRI) (Entered: 11/14/2014) |
| 11/14/2014 | | 214 | Notice of (related document(s): 213 Motion *to Disband Creditors' Committee*) Filed by Campisi Construction, Inc.. Hearing scheduled 12/17/2014 at 09:30 AM at nix3 − Courtroom #3. (KARAPELOU, DIMITRI) (Entered: 11/14/2014) |
| 11/16/2014 | | 215 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 212)). No. of Notices: 2. Notice Date 11/16/2014. (Admin.) (Entered: 11/17/2014) |
| 11/17/2014 | | 216 | Exhibit *D* Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc. (related document(s)174). (Attachments: # 1 Certificate of Service) (KARAPELOU, DIMITRI) (Entered: 11/17/2014) |
| 11/17/2014 | | 217 | Praecipe to Withdraw *in Part Motion to Remove Cougar Development Group, LLC from the Creditors' Committee; Motion for Injunction Not Withdrawn* Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc. (related document(s)165). (Attachments: # 1 Certificate of Service) (KARAPELOU, DIMITRI) (Entered: 11/17/2014) |
| 11/18/2014 | | 219 | Order re: Stipulation By Campisi Construction, Inc. and Between Creditor TBF Financial Resolving Debtor's Objection to Claim #4.(related document(s)179, 208). (G., Jeanette) (Entered: 11/20/2014) |
| 11/18/2014 | | 222 | Order Granting Application For Compensation (Related Doc # 189) Granting for DIMITRI L. KARAPELOU, fees awarded: $26956.34, expenses awarded: $ (G., Jeanette) (Entered: 11/20/2014) |
| 11/19/2014 | | 218 | Objection to Objection to Claim filed by Creditor Committee Official Committee of Unsecured Creditors Filed by Campisi Construction, Inc. (related document(s)206). (KARAPELOU, DIMITRI) (Entered: 11/19/2014) |
| 11/19/2014 | | 224 | Hearing Held on 179 Objection to Claim Number 4 by Claimant TBF Financial, LLC. Filed by Campisi Construction, Inc.. (related document(s),179). OBJECTION SETTLED STIPULATION FILED (L., Linda) (Entered: 11/20/2014) |
| 11/19/2014 | | 225 | Hearing Continued on 174 Motion For Sanctions for Violation of the Automatic Stay *Against ECI, LLC* Filed by Campisi Construction, Inc. Represented by DIMITRI L. KARAPELOU (Counsel). Hearing scheduled 12/3/2014 at 09:30 AM at nix3 − Courtroom #3. (L., Linda) (Entered: 11/20/2014) |
| 11/19/2014 | | 226 | Hearing Continued on 177 Objection to Claim Number 21 by Claimant Alex McConnell. Filed by Campisi Construction, Inc.. Hearing scheduled 12/17/2014 at 09:30 AM at nix3 − Courtroom #3. (L., Linda) (Entered: 11/20/2014) |

| | | | |
|---|---|---|---|
| 11/19/2014 | | 227 | Hearing Continued on 172 Objection to Claim Number 19 by Claimant Adelphia Mechanical Services, Inc.. Filed by Campisi Construction, Inc.. Hearing scheduled 1/7/2015 at 01:30 PM at nix3 − Courtroom #3. (L., Linda) (Entered: 11/20/2014) |
| 11/19/2014 | | 228 | Hearing Held on 165 Motion *Pursuant to 11 U.S.C. § 105(a) for Injunction against David Spause and to Remove Cougar Development Group, LLC from the Unsecured Creditors Committee* Filed by Campisi Construction, Inc. Represented by DIMITRI L. KARAPELOU (Counsel). (related document(s),165). MOTION DENIED (L., Linda) (Entered: 11/20/2014) |
| 11/20/2014 | | 220 | Proposed Order Re: *Objection to Unsecured Creditors' Committee's Objection to Claim* Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc. (related document(s)218). (KARAPELOU, DIMITRI) (Entered: 11/20/2014) |
| 11/20/2014 | | 221 | Certificate of Service *for Objection to Unsecured Creditors' Committee's Objection to Claim* Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc. (related document(s)218). (KARAPELOU, DIMITRI) (Entered: 11/20/2014) |
| 11/20/2014 | | 223 | Monthly Operating Report for Filing Period October 2014 Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc.. (Attachments: # 1 Bank Statement # 2 Balance Sheet # 3 Check Detail # 4 Profit & Loss Statement) (KARAPELOU, DIMITRI) (Entered: 11/20/2014) |
| 11/21/2014 | | 229 | Joinder to *Debtor's Motion for Sanctions Against ECI, LLC for Violation of the Automatic Stay* Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc. (related document(s)174). (Attachments: # 1 Exhibit A) (KARAPELOU, DIMITRI) (Entered: 11/21/2014) |
| 11/22/2014 | | 230 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 219)). No. of Notices: 8. Notice Date 11/22/2014. (Admin.) (Entered: 11/23/2014) |
| 11/22/2014 | | 231 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 222)). No. of Notices: 8. Notice Date 11/22/2014. (Admin.) (Entered: 11/23/2014) |
| 11/25/2014 | | 232 | Objection to Generic Motion filed by Debtor Campisi Construction, Inc. Filed by United States Trustee (related document(s)213). (Attachments: # 1 Breif in Opposition # 2 Service List) (CONWAY, GEORGE) (Entered: 11/25/2014) |
| 11/25/2014 | | 233 | Objection to Approve Disclosure Statement filed by Debtor Campisi Construction, Inc. Filed by Commonwealth of PA, Dept of Revenue, Bur (related document(s)198). (Attachments: # 1 Certificate of Service) (KUHN, DENISE) (Entered: 11/25/2014) |
| 11/25/2014 | | 234 | Joinder to *Debtor's Motion for Sanctions Against ECI, LLC for Violation of the Automatic Stay* Filed by DIMITRI L. KARAPELOU on behalf of TBF Financial, LLC (related document(s)174). (KARAPELOU, DIMITRI) (Entered: 11/25/2014) |
| 11/26/2014 | | 235 | Objection to Approve Disclosure Statement filed by Debtor Campisi Construction, Inc. Filed by Official Committee of Unsecured Creditors |

| | | | |
|---|---|---|---|
| | | | (related document(s)198). (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Service List) (MCDONNELL, PATRICK) (Entered: 11/26/2014) |
| 11/26/2014 | | 236 | Praecipe to Withdraw *Objection to George Campisi's Proof of Claim without prejudice* Filed by PATRICK DANIEL MCDONNELL on behalf of Official Committee of Unsecured Creditors (related document(s)206). (MCDONNELL, PATRICK) (Entered: 11/26/2014) |
| 11/26/2014 | | 237 | Motion *Motion for Permission to Object to the Proof of Claim of George Campisi, and Permission to Pursue a 547 Action to Avoid the Security Interest Granted to George Campisi* Filed by Official Committee of Unsecured Creditors Represented by PATRICK DANIEL MCDONNELL (Counsel). (Attachments: # 1 Exhibit # 2 Exhibit # 3 Proposed Order # 4 Service List) (MCDONNELL, PATRICK) (Entered: 11/26/2014) |
| 12/02/2014 | | 238 | Amended Disclosure Statement Filed by Campisi Construction, Inc. (related document(s)196). (Attachments: # 1 Exhibit A # 2 Exhibit C # 3 Exhibit D # 4 Redlined Copy # 5 Certificate of Service)(KARAPELOU, DIMITRI) (Entered: 12/02/2014) |
| 12/02/2014 | | 239 | Amended Chapter 11 Plan Filed by Campisi Construction, Inc. (related document(s)197). (Attachments: # 1 Exhibit A # 2 Exhibit B)(KARAPELOU, DIMITRI) (Entered: 12/02/2014) |
| 12/02/2014 | | 240 | Praecipe to Withdraw *Objection to Disclosure Statement* Filed by PATRICK DANIEL MCDONNELL on behalf of Official Committee of Unsecured Creditors (related document(s)235). (MCDONNELL, PATRICK) (Entered: 12/02/2014) |
| 12/03/2014 | | 241 | Hearing Held on 198 Motion to Approve Disclosure Statement . Filed by Campisi Construction, Inc. Represented by DIMITRI L. KARAPELOU (Counsel). Revised order to be submitted. Order entered. (D., Virginia) (Entered: 12/03/2014) |
| 12/03/2014 | | 242 | Praecipe to Withdraw *Motion to Disband Unsecured Creditors' Committee* Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc. (related document(s)213). (Attachments: # 1 Certificate of Service) (KARAPELOU, DIMITRI) (Entered: 12/03/2014) |
| 12/03/2014 | | 243 | Hearing Held on 174 Motion For Sanctions for Violation of the Automatic Stay *Against ECI, LLC* Filed by Campisi Construction, Inc. Represented by DIMITRI L. KARAPELOU (Counsel); continued to date of trial on adversary.(related document(s),174). (R., Joan) (Entered: 12/04/2014) |
| 12/03/2014 | | 244 | Hearing Continued on 167 Motion to Reconsider (related documents Motion to Allow Claims) *Order of October 17, 2014* Filed by Cougar Development Group, LLC Represented by MICHAEL H. KALINER (Counsel) (related document(s)167). Hearing scheduled 1/21/2015 at 09:30 AM at nix3 − Courtroom #3. Order entered. (D., Virginia). Related document(s) 167 Motion to Allow Claims *Temporarily for Voting Purposes Only* filed by Debtor Campisi Construction, Inc.. Modified on 12/4/2014 (D., Virginia). (Entered: 12/04/2014) |
| 12/03/2014 | | 245 | Order Vacating Order (related document(s)183). (D., Virginia) (Entered: 12/04/2014) |
| 12/03/2014 | | 246 | |

| | | | |
|---|---|---|---|
| | | | Order Scheduling Hearing re:167 Motion to Allow Claims *Temporarily for Voting Purposes Only* Filed by Campisi Construction, Inc. Represented by DIMITRI L. KARAPELOU (Counsel). Hearing scheduled 1/21/2015 at 09:30 AM at nix3 − Courtroom #3. (D., Virginia) (Entered: 12/04/2014) |
| 12/04/2014 | | | Corrective Entry re: changed the linkage to read: 167 (related document(s) 244 ). (D., Virginia) (Entered: 12/04/2014) |
| 12/06/2014 | | 247 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 245)). No. of Notices: 1. Notice Date 12/06/2014. (Admin.) (Entered: 12/07/2014) |
| 12/06/2014 | | 248 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 246)). No. of Notices: 1. Notice Date 12/06/2014. (Admin.) (Entered: 12/07/2014) |
| 12/08/2014 | | 249 | Motion to Dismiss Adversary Proceeding *with brief* Filed by ECI, LLC Represented by DAVID A. PECKMAN (Counsel). (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Proposed Order # 4 Service List) (PECKMAN, DAVID) (Entered: 12/08/2014) |
| 12/09/2014 | | 250 | Proposed Order Re: Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc. (related document(s)239, 238). (KARAPELOU, DIMITRI) (Entered: 12/09/2014) |
| 12/09/2014 | | 251 | Praecipe to Withdraw *Misfiled Document* Filed by DAVID A. PECKMAN on behalf of ECI, LLC (related document(s)249). (PECKMAN, DAVID) (Entered: 12/09/2014) |
| 12/09/2014 | | 252 | Praecipe to Amend *Address of Counsel* Filed by MICHAEL W. GALLAGHER on behalf of Adelphia Mechanical Services, Inc.. (Attachments: # 1 Service List) (GALLAGHER, MICHAEL) (Entered: 12/09/2014) |
| 12/09/2014 | | 253 | Memorandum in Opposition to *Objection of Debtor to Proof of Claim 19* Filed by MICHAEL W. GALLAGHER on behalf of Adelphia Mechanical Services, Inc. (related document(s)172). (Attachments: # 1 Service List) (GALLAGHER, MICHAEL) (Entered: 12/09/2014) |
| 12/09/2014 | | 254 | Notice of Appearance and Request for Notice by MICHAEL W. GALLAGHER Filed by MICHAEL W. GALLAGHER on behalf of Alex McConnell. (Attachments: # 1 Service List) (GALLAGHER, MICHAEL) (Entered: 12/09/2014) |
| 12/09/2014 | | 255 | Order Scheduling Status Hearing re:80 Objection to Claim Number 7,1, 8,11 by Claimant ECI, LLC. Filed by Campisi Construction, Inc.. (Attachments: # 1 Exhibit A # 2 Proposed Order # 3 Certificate of Service) filed by Debtor Campisi Construction, Inc., 119 Objection to Claim Number 9 by Claimant Cougar Development Group, LLC. − *AMENDED* Filed by Campisi Construction, Inc. (related document(s)78, 79). Hearing scheduled 1/20/2015 at 02:00 PM at nix3 − Courtroom #3. (D., Virginia) (Entered: 12/10/2014) |
| 12/12/2014 | | 256 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 255)). No. of Notices: 1. Notice Date 12/12/2014. (Admin.) (Entered: 12/13/2014) |

| | | | |
|---|---|---|---|
| 12/15/2014 | | <u>257</u> | Motion to Withdraw as Attorney Filed by Campisi Construction, Inc. Represented by DIMITRI L. KARAPELOU (Counsel). (Attachments: # <u>1</u> Certificate of Service # <u>2</u> Proposed Order) (KARAPELOU, DIMITRI) (Entered: 12/15/2014) |
| 12/15/2014 | | <u>258</u> | Notice of (related document(s): <u>257</u> Motion to Withdraw as Attorney ) Filed by Campisi Construction, Inc.. Hearing scheduled 1/21/2015 at 09:30 AM at nix3 − Courtroom #3. (KARAPELOU, DIMITRI) (Entered: 12/15/2014) |
| 12/17/2014 | | <u>259</u> | Praecipe to Withdraw *Motion to Withdraw as Counsel* Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc. (related document(s)<u>257</u>). (KARAPELOU, DIMITRI) (Entered: 12/17/2014) |
| 12/17/2014 | | 260 | Hearing Continued on <u>177</u> Objection to Claim Number 21 by Claimant Alex McConnell. Filed by Campisi Construction, Inc.. Hearing scheduled 1/7/2015 at 09:30 AM at nix3 − Courtroom #3. (L., Linda) (Entered: 12/19/2014) |
| 12/17/2014 | | 261 | Hearing Held on <u>213</u>−Motion to disband . Motion withdrawn. (D., Virginia) (Entered: 12/19/2014) |
| 12/17/2014 | | 263 | Hearing Held on #206−Objection to claim #22.objection withdrawn. (D., Virginia) Modified on 12/19/2014 (D., Virginia). Modified on 12/19/2014 (D., Virginia). Corrected spelling of objection (Entered: 12/19/2014) |
| 12/17/2014 | | <u>264</u> | Order Approving Disclosure Statement and Setting Hearing on Confirmation. Confirmation Hearing scheduled 2/25/2015 at 09:30 AM at nix3 − Courtroom #3. Last day to Object to Confirmation 2/20/2015. Proofs of Claims due by 3/17/2015. (D., Virginia) (Entered: 12/19/2014) |
| 12/19/2014 | | <u>262</u> | Notice of (related document(s): <u>237</u> Motion *Motion for Permission to Object to the Proof of Claim of George Campisi, and Permission to Pursue a 547 Action to Avoid the Security Interest Granted to George Campisi*) Filed by Official Committee of Unsecured Creditors. Hearing scheduled 1/21/2015 at 09:30 AM at nix3 − Courtroom #3. (Attachments: # <u>1</u> Service List) (MCDONNELL, PATRICK) (Entered: 12/19/2014) |
| 12/19/2014 | | | Disposition of Adversary 2:14−ap−616 dismissed (related document(s)<u>1</u>). (D., Virginia) (Entered: 12/19/2014) |
| 12/19/2014 | | <u>265</u> | Reply to Memorandum in Opposition filed by Creditor Adelphia Mechanical Services, Inc. Filed by Campisi Construction, Inc. (related document(s)<u>253</u>). (Attachments: # <u>1</u> Exhibit A # <u>2</u> Exhibit B # <u>3</u> Certificate of Service) (KARAPELOU, DIMITRI) (Entered: 12/19/2014) |
| 12/21/2014 | | <u>266</u> | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # <u>264</u>)). No. of Notices: 1. Notice Date 12/21/2014. (Admin.) (Entered: 12/22/2014) |
| 12/22/2014 | | <u>267</u> | Monthly Operating Report for Filing Period November 2014 Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc.. (Attachments: # <u>1</u> Balance Sheet # <u>2</u> Bank Statement # <u>3</u> Check Detail # <u>4</u> Profit and Loss) (KARAPELOU, DIMITRI) (Entered: 12/22/2014) |
| 01/07/2015 | | 268 | Hearing Continued on <u>172</u> Objection to Claim Number 19 by Claimant Adelphia Mechanical Services, Inc.. Filed by Campisi Construction, Inc.. Hearing scheduled 2/17/2015 at 10:30 AM at nix3 − Courtroom #3. (D., |

| | | | |
|---|---|---|---|
| | | | Virginia) (Entered: 01/07/2015) |
| 01/07/2015 | | 269 | Hearing Held on 177 Objection to Claim Number 21 by Claimant Alex McConnell. Filed by Campisi Construction, Inc. Objection withdrawn. (D., Virginia) (Entered: 01/07/2015) |
| 01/07/2015 | | 270 | Praecipe to Withdraw *Objection to Claim #21* Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc. (related document(s)177). (KARAPELOU, DIMITRI) (Entered: 01/07/2015) |
| 01/09/2015 | | 271 | Motion *to Temporarily Disallow Unsecured Claim #11 of ECI, LLC For Voting Purposes* Filed by Campisi Construction, Inc. Represented by DIMITRI L. KARAPELOU (Counsel). (Attachments: # 1 Exhibit A # 2 Certificate of Service # 3 Proposed Order) (KARAPELOU, DIMITRI) (Entered: 01/09/2015) |
| 01/09/2015 | | 272 | Notice of (related document(s): 271 Motion *to Temporarily Disallow Unsecured Claim #11 of ECI, LLC For Voting Purposes*) Filed by Campisi Construction, Inc.. Hearing scheduled 2/18/2015 at 09:30 AM at nix3 − Courtroom #3. (Attachments: # 1 Certificate of Service for Notice of Motion) (KARAPELOU, DIMITRI) (Entered: 01/09/2015) |
| 01/14/2015 | | 273 | Certificate of Service Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc. (related document(s)239, 238, 264). (KARAPELOU, DIMITRI) (Entered: 01/14/2015) |
| 01/20/2015 | | 274 | Hearing Continued on 119 Objection to Claim Number 9 by Claimant Cougar Development Group, LLC. − *AMENDED* Filed by Campisi Construction, Inc. (related document(s)78, 79). (Attachments: # 1 Exhibit A # 2 Proposed Order # 3 Certificate of Service) filed by Debtor Campisi Construction, Inc., 129 Debtor's Second Amended *Objection to Claim No. 9* Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc. (related document(s)78, 119). . Hearing scheduled 2/10/2015 at 02:00 PM at nix3 − Courtroom #3. (D., Virginia) (Entered: 01/21/2015) |
| 01/20/2015 | | 275 | Hearing Continued on 80 Objection to Claim Number 7,8,11 by Claimant ECI, LLC. Filed by Campisi Construction, Inc.. Hearing scheduled 2/10/2015 at 02:00 PM at nix3 − Courtroom #3. (D., Virginia) (Entered: 01/21/2015) |
| 01/21/2015 | | 276 | Hearing Continued on 167 Motion to Allow Claims *Temporarily for Voting Purposes Only* Filed by Campisi Construction, Inc. Represented by DIMITRI L. KARAPELOU (Counsel). Hearing scheduled 2/10/2015 at 02:00 PM at nix3 − Courtroom #3. (D., Virginia) (Entered: 01/21/2015) |
| 01/21/2015 | | 277 | Hearing Continued on 237 Motion *Motion for Permission to Object to the Proof of Claim of George Campisi, and Permission to Pursue a 547 Action to Avoid the Security Interest Granted to George Campisi* Filed by Official Committee of Unsecured Creditors Represented by PATRICK DANIEL MCDONNELL (Counsel). . Hearing scheduled 2/25/2015 at 09:30 AM at nix3 − Courtroom #3. (D., Virginia) (Entered: 01/21/2015) |
| 01/27/2015 | | 278 | Motion to Compel *Deposition of David Spause* Filed by Campisi Construction, Inc. Represented by DIMITRI L. KARAPELOU (Counsel). (Attachments: # 1 Certificate of Service # 2 Proposed Order) (KARAPELOU, DIMITRI) (Entered: 01/27/2015) |

| | | | |
|---|---|---|---|
| 01/27/2015 | | 279 | Notice of (related document(s): 278 Motion to Compel *Deposition of David Spause*) Filed by Campisi Construction, Inc.. Hearing scheduled 3/4/2015 at 09:30 AM at nix3 − Courtroom #3. (Attachments: # 1 Certificate of Service) (KARAPELOU, DIMITRI) (Entered: 01/27/2015) |
| 01/28/2015 | | 280 | Motion to Expedite Hearing (related documents Motion to Compel) Filed by Campisi Construction, Inc. Represented by DIMITRI L. KARAPELOU (Counsel) (related document(s)278). (Attachments: # 1 Certificate of Service # 2 Proposed Order) (KARAPELOU, DIMITRI) (Entered: 01/28/2015) |
| 01/28/2015 | | 281 | Order Granting Motion Expedite Hearing (Related Doc # 280) In Re: (278 Motion to Compel) Hearing scheduled 2/3/2015 at 02:30 PM at nix3 − Courtroom #3. Debtor shall serve this order and a copy of the motion, if not previously served, upon ECI, LLC; the Office of the US Trustee and the Unsecured Creditors Committee via electronic mail, facsimile or overnight mail on or before 1/29/2015. (D., Virginia) (Entered: 01/29/2015) |
| 01/29/2015 | | 282 | Certificate of Service *of Order Granting Expedited Consideration* Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc. (related document(s)281). (KARAPELOU, DIMITRI) (Entered: 01/29/2015) |
| 01/31/2015 | | 283 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 281)). No. of Notices: 1. Notice Date 01/31/2015. (Admin.) (Entered: 02/01/2015) |
| 02/04/2015 | | 284 | Monthly Operating Report for Filing Period December 2014 Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc.. (Attachments: # 1 Bank Statement # 2 Check Detail) (KARAPELOU, DIMITRI) (Entered: 02/04/2015) |
| 02/04/2015 | | 285 | Hearing Held on 278 Motion to Compel *Deposition of David Spause* Filed by Campisi Construction, Inc. Represented by DIMITRI L. KARAPELOU (Counsel). Order entered. (D., Virginia) (Entered: 02/05/2015) |
| 02/04/2015 | | 286 | Order entered Granting Motion To Compel Deposition of David Spause (Related Doc # 278). David Spause shall submit a deposition on or before noon on 2/20/2015. (D., Virginia) (Entered: 02/05/2015) |
| 02/05/2015 | | 287 | Certificate of No Response to Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc. (related document(s)167). (Attachments: # 1 Exhibit A # 2 Certificate of Service) (KARAPELOU, DIMITRI) (Entered: 02/05/2015) |
| 02/06/2015 | | 288 | Motion to Convert Case to Chapter 7 . Fee Amount $15.00 Filed by Official Committee of Unsecured Creditors Represented by PATRICK DANIEL MCDONNELL (Counsel). (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Service List) (MCDONNELL, PATRICK) (Entered: 02/06/2015) |
| 02/06/2015 | | | Receipt of Motion to Convert Case to Chapter 7(14−12458−jkf) [motion,mcnv7] ( 15.00) Filing Fee. Receipt number 15837441. Fee Amount $ 15.00. (re: Doc# 288) (U.S. Treasury) (Entered: 02/06/2015) |
| 02/06/2015 | | 289 | |

| | | | |
|---|---|---|---|
| | | | Notice of (related document(s): <u>288</u> Motion to Convert Case to Chapter 7. Fee Amount $15.00) Filed by Official Committee of Unsecured Creditors. Hearing scheduled 3/11/2015 at 09:30 AM at nix3 − Courtroom #3. (Attachments: # <u>1</u> Service List) (MCDONNELL, PATRICK) (Entered: 02/06/2015) |
| 02/07/2015 | | <u>290</u> | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # <u>286</u>)). No. of Notices: 1. Notice Date 02/07/2015. (Admin.) (Entered: 02/08/2015) |
| 02/09/2015 | | <u>291</u> | Memorandum in Support of *Debtor's Position for Status Conference* Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc. (related document(s) 275 ). (Attachments: # <u>1</u> Certificate of Service) (KARAPELOU, DIMITRI) (Entered: 02/09/2015) |
| 02/09/2015 | | <u>292</u> | Certificate of No Response to Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc. (related document(s)<u>271</u>). (Attachments: # <u>1</u> Certificate of Service # <u>2</u> Exhibit A) (KARAPELOU, DIMITRI) (Entered: 02/09/2015) |
| 02/10/2015 | | 293 | Status Hearing Continued on <u>80</u> Objection to Claim Number 7,8,11 by Claimant ECI, LLC. Filed by Campisi Construction, Inc.. Hearing scheduled 3/10/2015 at 02:00 PM at nix3 − Courtroom #3. (D., Virginia) (Entered: 02/10/2015) |
| 02/10/2015 | | 294 | Status Hearing Continued on <u>129</u> Debtor's Second Amended *Objection to Claim No. 9* Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc. (related document(s)<u>78</u>, <u>119</u>).. Hearing scheduled 3/10/2015 at 02:00 PM at nix3 − Courtroom #3. (D., Virginia) (Entered: 02/10/2015) |
| 02/10/2015 | | 295 | Hearing Held on <u>167</u> Motion to Allow Claims *Temporarily for Voting Purposes Only* Filed by Campisi Construction, Inc. Represented by DIMITRI L. KARAPELOU (Counsel). Order entered. (D., Virginia) (Entered: 02/10/2015) |
| 02/10/2015 | | <u>296</u> | Order Granting Motion To Allow Claim of Cougar Development Group LLC for voting purposes only. Claim(s) 9 is allowed in the amount of $25,000.00 (Related Doc # <u>167</u>). (D., Virginia) (Entered: 02/10/2015) |
| 02/12/2015 | | <u>297</u> | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # <u>296</u>)). No. of Notices: 1. Notice Date 02/12/2015. (Admin.) (Entered: 02/13/2015) |
| 02/17/2015 | | 298 | Hearing Continued on <u>172</u> Objection to Claim Number 19 by Claimant Adelphia Mechanical Services, Inc.. Filed by Campisi Construction, Inc.. Objection not held and Hearing scheduled 3/4/2015 at 11:30 AM at nix3 − Courtroom #3. (D., Virginia) (Entered: 02/18/2015) |
| 02/18/2015 | | 299 | Hearing Held on <u>271</u> Motion *to Temporarily Disallow Unsecured Claim #11 of ECI, LLC For Voting Purposes* Filed by Campisi Construction, Inc. Represented by DIMITRI L. KARAPELOU (Counsel). Certificate of no objection filed. Order entered. (D., Virginia) (Entered: 02/18/2015) |
| 02/18/2015 | | <u>300</u> | Order entered Granting Motion to temporarily disallow unsecured claim #11 of ECI, LLC for voting purposes only (Related Doc # <u>271</u>). (D., Virginia) (Entered: 02/18/2015) |

| | | | |
|---|---|---|---|
| 02/19/2015 | | 301 | Monthly Operating Report for Filing Period January 2015 Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc.. (Attachments: # 1 Balance Sheet # 2 Check Detail # 3 Bank Statement # 4 Profit and Loss # 5 Schedule of Accounts Payable # 6 Schedule of Accounts Receivable) (KARAPELOU, DIMITRI) (Entered: 02/19/2015) |
| 02/20/2015 | | 302 | Objection to Confirmation of Plan Filed by MICHAEL W. GALLAGHER on behalf of Adelphia Mechanical Services, Inc.. (Attachments: # 1 Proposed Order # 2 Service List) (GALLAGHER, MICHAEL) (Entered: 02/20/2015) |
| 02/20/2015 | | 303 | Objection to Confirmation of Plan Filed by MICHAEL W. GALLAGHER on behalf of Alex McConnell. (Attachments: # 1 Proposed Order # 2 Service List) (GALLAGHER, MICHAEL) (Entered: 02/20/2015) |
| 02/20/2015 | | 304 | Objection to Confirmation of Plan Filed by PATRICK DANIEL MCDONNELL on behalf of Official Committee of Unsecured Creditors. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Service List) (MCDONNELL, PATRICK) (Entered: 02/20/2015) |
| 02/20/2015 | | 305 | Report of Plan Voting Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc.. (Attachments: # 1 Exhibit A # 2 Certificate of Service) (KARAPELOU, DIMITRI) (Entered: 02/20/2015) |
| 02/20/2015 | | 306 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 300)). No. of Notices: 1. Notice Date 02/20/2015. (Admin.) (Entered: 02/21/2015) |
| 02/23/2015 | | 307 | Hearing Continued on Confirmation of Chapter 11 Plan, 237 Motion *for Permission to Object to the Proof of Claim of George Campisi, and Permission to Pursue a 547 Action to Avoid the Security Interest Granted to George Campisi* Filed by Official Committee of Unsecured Creditors Represented by PATRICK DANIEL MCDONNELL (Counsel)and 288 Motion to Convert Case to Chapter 7 . Filed by Official Committee of Unsecured Creditors Represented by PATRICK DANIEL MCDONNELL (Counsel). Hearings scheduled 3/25/2015 at 11:30 AM at nix3 − Courtroom #3. (R., Joan) (Entered: 02/23/2015) |
| 02/25/2015 | | 308 | Hearing Continued on 237 Motion *Motion for Permission to Object to the Proof of Claim of George Campisi, and Permission to Pursue a 547 Action to Avoid the Security Interest Granted to George Campisi* Filed by Official Committee of Unsecured Creditors Represented by PATRICK DANIEL MCDONNELL (Counsel). Hearing scheduled 3/25/2015 at 11:30 AM at nix3 − Courtroom #3. (D., Virginia) (Entered: 02/25/2015) |
| 02/25/2015 | | 309 | Chapter 11 confirmation hearing. Confirmation Hearing scheduled 3/25/2015 at 11:30 AM at nix3 − Courtroom #3. (D., Virginia) (Entered: 02/25/2015) |
| 02/27/2015 | | 310 | Third Application for Compensation for DIMITRI L. KARAPELOU, Debtor's Attorney, Period: 10/21/2014 to 2/26/2015, Fee: $20740.00, Expenses: $1556.01. Filed by DIMITRI L. KARAPELOU Represented by Self(Counsel). (Attachments: # 1 Summary of Invoices # 2 Proposed Order # 3 Exhibit A # 4 Certificate of Service # 5 Affidavit) (KARAPELOU, DIMITRI) (Entered: 02/27/2015) |
| 02/27/2015 | | 311 | Notice of (related document(s): 310 Third Application for Compensation for DIMITRI L. KARAPELOU, Debtor's Attorney, Period: 10/21/2014 to |

| | | | |
|---|---|---|---|
| | | | 2/26/2015, Fee: $20740.00, Expenses: $1556.01.) Filed by Campisi Construction, Inc.. (Attachments: # 1 Certificate of Service for Notice of Application) (KARAPELOU, DIMITRI) (Entered: 02/27/2015) |
| 02/27/2015 | | 312 | Amended Document *Monthly Operating Report for Period of December 2014* Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc. (related document(s)284). (Attachments: # 1 Exhibit Check Detail # 2 Exhibit Internal Balance Sheet # 3 Exhibit Internal Profit and Loss # 4 Exhibit Profit and Loss # 5 Exhibit Schedule of Accounts Receivable # 6 Exhibit Schedules of Accounts Payable) (KARAPELOU, DIMITRI) (Entered: 02/27/2015) |
| 02/27/2015 | | 313 | Second Application for Compensation for PATRICK DANIEL MCDONNELL, attorney, Period: 10/14/2014 to 2/26/2015, Fee: $8,330.00, Expenses: $36.00. Filed by PATRICK DANIEL MCDONNELL Represented by Self(Counsel). (Attachments: # 1 Exhibit A − Timesheets # 2 Notice # 3 Proposed Order # 4 Service List) (MCDONNELL, PATRICK) (Entered: 02/27/2015) |
| 03/02/2015 | | 314 | Objection to Motion to Convert Case to Chapter 7 filed by Creditor Committee Official Committee of Unsecured Creditors Filed by Campisi Construction, Inc. (related document(s)288). (Attachments: # 1 Certificate of Service) (KARAPELOU, DIMITRI) (Entered: 03/02/2015) |
| 03/06/2015 | | 315 | Notice of Appearance and Request for Notice *ECI LLC* by THOMAS P. MULDOON Jr. Filed by THOMAS P. MULDOON Jr. on behalf of ECI, LLC. (MULDOON, THOMAS) (Entered: 03/06/2015) |
| 03/06/2015 | | 316 | Notice of Appearance and Request for Notice *Cougar Development* by THOMAS P. MULDOON Jr. Filed by THOMAS P. MULDOON Jr. on behalf of Cougar Development Group, LLC. (MULDOON, THOMAS) (Entered: 03/06/2015) |
| 03/09/2015 | | 317 | Response to Objection to Claim filed by Debtor Campisi Construction, Inc. Filed by ECI, LLC (related document(s)80). (MULDOON, THOMAS) (Entered: 03/09/2015) |
| 03/10/2015 | | 318 | Monthly Operating Report for Filing Period January 2015 *Amended* Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc.. (Attachments: # 1 Exhibit A − Balance Sheet # 2 Exhibit B − Bank Statement # 3 Exhibit C − Check Detail # 4 Exhibit E − Internal Profit and Loss # 5 Exhibit D − Reconciliation Summary and Detail # 6 Exhibit F − Schedule of Accounts Payable # 7 Exhibit G − Schedule of Accounts Receivable) (KARAPELOU, DIMITRI) (Entered: 03/10/2015) |
| 03/10/2015 | | 319 | Hearing Held on 129 Debtor's Second Amended *Objection to Claim No. 9* Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc. (related document(s)78, 119). Pretrial order to be entered. (D., Virginia) (Entered: 03/11/2015) |
| 03/10/2015 | | 320 | Status Hearing Held on 80 Objection to Claim Number 7,8,11 by Claimant ECI, LLC. Filed by Campisi Construction, Inc. Pretrial order to be entered. (D., Virginia) (Entered: 03/11/2015) |
| 03/11/2015 | | 321 | Hearing Continued on 288 Motion to Convert Case to Chapter 7 . Fee Amount $15.00 Filed by Official Committee of Unsecured Creditors Represented by PATRICK DANIEL MCDONNELL (Counsel). Hearing scheduled 3/25/2015 at 11:30 AM at nix3 − Courtroom #3. (D., Virginia) (Entered: 03/12/2015) |

| | | | |
|---|---|---|---|
| 03/11/2015 | | 322 | Copy or Order Re: debtor having filed an objection to the proofs of claim nos. 7, 8 and 11 filed by ECI, LLC (ECI) in debtor's bankruptcy case, Case No. 14−12458; and debtor having filed a motion in its bankruptcy case on October 15, 2014 for sanctions against ECI for violation of the automatic stay and the court opting to consolidate these matters (the adversary proceeding, the claim litigation and the motion for sanctions against ECI) for the purposes of resolving them . Original order located on adversary no. 14−616. (D., Virginia) (Entered: 03/13/2015) |
| 03/15/2015 | | 323 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 322)). No. of Notices: 1. Notice Date 03/15/2015. (Admin.) (Entered: 03/16/2015) |
| 03/19/2015 | | 324 | Monthly Operating Report for Filing Period February 2015 Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc.. (Attachments: # 1 Exhibit Balance Sheet # 2 Exhibit Bank Statement # 3 Exhibit Check Detail # 4 Exhibit Internal Profit and Loss # 5 Exhibit Profit and Loss # 6 Exhibit Reconciliation Summary and Detail # 7 Exhibit Schedule of Accounts Payable # 8 Exhibit Schedule of Accounts Receivable) (KARAPELOU, DIMITRI) (Entered: 03/19/2015) |
| 03/23/2015 | | 325 | Certificate of No Response to Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc. (related document(s)310). (Attachments: # 1 Certificate of Service # 2 Exhibit A − COS) (KARAPELOU, DIMITRI) (Entered: 03/23/2015) |
| 03/23/2015 | | 326 | Document in re: *Debtor's Request for Determination Pursuant to Fed. R, Bankr. P. 1020(c)* Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc.. (Attachments: # 1 Certificate of Service) (KARAPELOU, DIMITRI) (Entered: 03/23/2015) |
| 03/24/2015 | | 327 | Certificate of No Response to *Second Application for Compensation* Filed by PATRICK DANIEL MCDONNELL on behalf of Official Committee of Unsecured Creditors (related document(s)313). (MCDONNELL, PATRICK) (Entered: 03/24/2015) |
| 03/25/2015 | | 328 | Hearing Continued on 288 Motion to Convert Case to Chapter 7 . Fee Amount $15.00 Filed by Official Committee of Unsecured Creditors Represented by PATRICK DANIEL MCDONNELL (Counsel). . Hearing scheduled 4/21/2015 at 11:30 AM at nix3 − Courtroom #3. (D., Virginia) (Entered: 03/25/2015) |
| 03/25/2015 | | 329 | Hearing Continued on 172 Objection to Claim Number 19 by Claimant Adelphia Mechanical Services, Inc.. Filed by Campisi Construction, Inc. Hearing scheduled 4/21/2015 at 11:30 AM at nix3 − Courtroom #3. (D., Virginia) (Entered: 03/25/2015) |
| 03/25/2015 | | 330 | Order Granting Application For Compensation (Related Doc # 310) Granting for DIMITRI L. KARAPELOU, fees awarded: $22296.01, expenses awarded: $0.00. (D., Virginia) (Entered: 03/25/2015) |
| 03/25/2015 | | 331 | Hearing Continued on 237 Motion *Motion for Permission to Object to the Proof of Claim of George Campisi, and Permission to Pursue a 547 Action to Avoid the Security Interest Granted to George Campisi* Filed by Official Committee of Unsecured Creditors Represented by PATRICK DANIEL MCDONNELL (Counsel). Hearing scheduled 4/21/2015 at 11:30 AM at nix3 − Courtroom #3. (D., Virginia) (Entered: 03/25/2015) |
| 03/25/2015 | | 332 | |

| | | | |
|---|---|---|---|
| | | | Chapter 11 confirmation hearing. Confirmation Hearing scheduled 4/21/2015 at 11:30 AM at nix3 − Courtroom #3. (D., Virginia) (Entered: 03/25/2015) |
| 03/26/2015 | | 333 | Amended Document *Debtor's Request for Determination Pursuant to Fed. R, Bankr. P. 1020(c)* Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc. (related document(s)326). (Attachments: # 1 Certificate of Service) (KARAPELOU, DIMITRI) (Entered: 03/26/2015) |
| 03/26/2015 | | 334 | Notice of *Debtor's Amended Request for Determination Pursuant to Fed. R, Bankr. P. 1020(c)* Filed by Campisi Construction, Inc.. Hearing scheduled 4/29/2015 at 09:30 AM at nix3 − Courtroom #3. (Attachments: # 1 Certificate of Service) (KARAPELOU, DIMITRI) (Entered: 03/26/2015) |
| 03/26/2015 | | 335 | Order Granting Application For Compensation (Related Doc # 313) Granting for PATRICK DANIEL MCDONNELL, fees awarded: $8366.00, expenses awarded: for the period October 14, 2014 through February 26, 2015. (D., Virginia) (Entered: 03/27/2015) |
| 03/27/2015 | | 336 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 330)). No. of Notices: 1. Notice Date 03/27/2015. (Admin.) (Entered: 03/28/2015) |
| 03/29/2015 | | 337 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 335)). No. of Notices: 1. Notice Date 03/29/2015. (Admin.) (Entered: 03/30/2015) |
| 04/10/2015 | | 338 | Motion for 2004 Examination *of Anthony Campisi for Documents Relating to TS Environmental Contractors, Inc.* Filed by Official Committee of Unsecured Creditors Represented by PATRICK DANIEL MCDONNELL (Counsel). (Attachments: # 1 Proposed Order) (MCDONNELL, PATRICK) (Entered: 04/10/2015) |
| 04/10/2015 | | 339 | Notice of (related document(s): 338 Motion for 2004 Examination *of Anthony Campisi for Documents Relating to TS Environmental Contractors, Inc.*) Filed by Official Committee of Unsecured Creditors. Hearing scheduled 5/27/2015 at 09:30 AM at nix3 − Courtroom #3. (Attachments: # 1 Service List) (MCDONNELL, PATRICK) (Entered: 04/10/2015) |
| 04/13/2015 | | 340 | Certificate of No Response to Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc. (related document(s)333). (Attachments: # 1 Certificate of Service # 2 Exhibit A − COS) (KARAPELOU, DIMITRI) (Entered: 04/13/2015) |
| 04/13/2015 | | 341 | Objection to Amended Document filed by Debtor Campisi Construction, Inc. Filed by Official Committee of Unsecured Creditors (related document(s)333). (Attachments: # 1 Proposed Order # 2 Service List) (MCDONNELL, PATRICK) (Entered: 04/13/2015) |
| 04/15/2015 | | 342 | Motion For Summary Judgment *as to Debtor's Objection to Claim #9* Filed by Campisi Construction, Inc. Represented by DIMITRI L. KARAPELOU (Counsel). (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Proposed Order # 7 Certificate of Service) (KARAPELOU, DIMITRI) (Entered: 04/15/2015) |

| | | | |
|---|---|---|---|
| 04/15/2015 | | 343 | Notice of (related document(s): 342 Motion For Summary Judgment *as to Debtor's Objection to Claim #9*) Filed by Campisi Construction, Inc.. Hearing scheduled 5/27/2015 at 09:30 AM at nix3 − Courtroom #3. (Attachments: # 1 Certificate of Service) (KARAPELOU, DIMITRI) Modified on 4/16/2015 (D., Virginia). (Entered: 04/15/2015) |
| 04/16/2015 | | | Corrective Entry re:corrected the time from 9:00AM to 9:30 AM (related document(s)343). (D., Virginia) (Entered: 04/16/2015) |
| 04/21/2015 | | 344 | Hearing Continued on 288 Motion to Convert Case to Chapter 7 . Fee Amount $15.00 Filed by Official Committee of Unsecured Creditors Represented by PATRICK DANIEL MCDONNELL (Counsel). Continued to a date to be determined. (D., Virginia) (Entered: 04/21/2015) |
| 04/21/2015 | | 345 | Hearing Continued on 237 Motion *Motion for Permission to Object to the Proof of Claim of George Campisi, and Permission to Pursue a 547 Action to Avoid the Security Interest Granted to George Campisi* Filed by Official Committee of Unsecured Creditors Represented by PATRICK DANIEL MCDONNELL (Counsel). Continued to a date to be determined . (D., Virginia) (Entered: 04/21/2015) |
| 04/21/2015 | | 346 | Confirmation Hearing Continued on 238 . Continued to a date to be determined. (D., Virginia) (Entered: 04/21/2015) |
| 04/21/2015 | | 347 | Hearing Continued on 172 Objection to Claim Number 19 by Claimant Adelphia Mechanical Services, Inc.. Filed by Campisi Construction, Inc.. Continued to a date to be determined . (D., Virginia) (Entered: 04/21/2015) |
| 04/24/2015 | | 348 | Objection to Motion for Examination filed by Creditor Committee Official Committee of Unsecured Creditors Filed by Campisi Construction, Inc. (related document(s)338). (Attachments: # 1 Certificate of Service) (KARAPELOU, DIMITRI) (Entered: 04/24/2015) |
| 04/27/2015 | | 349 | Monthly Operating Report for Filing Period March 2015 Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc.. (Attachments: # 1 Exhibit Balance Sheet # 2 Exhibit Bank Statement # 3 Exhibit Check Detail # 4 Exhibit Profit and Loss # 5 Exhibit Profit and Loss Per Bank Statement # 6 Exhibit Reconciliation Summary and Detail # 7 Exhibit Schedule of Accounts Payable # 8 Exhibit Schedule of Accounts Receivable) (KARAPELOU, DIMITRI) (Entered: 04/27/2015) |
| 04/28/2015 | | 350 | Response to Motion for Summary Judgment filed by Debtor Campisi Construction, Inc. Filed by Cougar Development Group, LLC (related document(s)342). (Attachments: # 1 Exhibit Ex A − Campisi dep − 3−20−15 # 2 Exhibit Ex B − Cougar Assignment # 3 Exhibit Ex C − Campisi email and Letter # 4 Proposed Order Cougar Proposed Order # 5 Service List Cert of Service) (MULDOON, THOMAS) (Entered: 04/28/2015) |
| 04/29/2015 | | 351 | Hearing Continued on 333 Amended Document *Debtor's Request for Determination Pursuant to Fed. R, Bankr. P. 1020(c)* Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc. (related document(s)326). Hearing scheduled 5/27/2015 at 09:30 AM at nix3 − Courtroom #3. (D., Virginia) (Entered: 04/29/2015) |
| 05/06/2015 | | 352 | Motion to Convert Case to Chapter 7 . Fee Amount $0.00, or in the alternative Motion to Appoint Trustee Filed by United States Trustee Represented by GEORGE M. CONWAY (Counsel). (Attachments: # 1 |

| | | | |
|---|---|---|---|
| | | | Service List # 2 Proposed Order Converting Case) (CONWAY, GEORGE) (Entered: 05/06/2015) |
| 05/06/2015 | | 353 | Notice of Motion to Convert Case to Chapter 7352 Filed by United States Trustee. Hearing scheduled 6/17/2015 at 09:30 AM at nix3 − Courtroom #3. (CONWAY, GEORGE) (Entered: 05/06/2015) |
| 05/09/2015 | | 354 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 353)). No. of Notices: 81. Notice Date 05/09/2015. (Admin.) (Entered: 05/10/2015) |
| 05/13/2015 | | 355 | Order Scheduling Hearing re:237 Motion *Motion for Permission to Object to the Proof of Claim of George Campisi, and Permission to Pursue a 547 Action to Avoid the Security Interest Granted to George Campisi* Filed by Official Committee of Unsecured Creditors Represented by PATRICK DANIEL MCDONNELL (Counsel). Responses to the Motion are due on or before Friday June 5, 2015. Hearing scheduled 6/24/2015 at 01:30 PM at nix3 − Courtroom #3. (D., Virginia) (Entered: 05/13/2015) |
| 05/13/2015 | | 356 | Order Scheduling Hearing re:1 Chapter 11 Voluntary Petition. Fee Amount $1213.00 Filed by Campisi Construction, Inc. Hearing scheduled 6/24/2015 at 01:00 PM at nix3 − Courtroom #3. (D., Virginia) (Entered: 05/13/2015) |
| 05/13/2015 | | 357 | Court's Certificate of Mailing. Number of notices: 1 copy mailed to Michael W. Gallagher Esq. (related document(s)356). (D., Virginia) (Entered: 05/13/2015) |
| 05/14/2015 | | 358 | Reply to Response filed by Creditor Cougar Development Group, LLC Filed by Campisi Construction, Inc. (related document(s)350). (Attachments: # 1 Certificate of Service) (KARAPELOU, DIMITRI) (Entered: 05/14/2015) |
| 05/15/2015 | | 359 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 355)). No. of Notices: 2. Notice Date 05/15/2015. (Admin.) (Entered: 05/16/2015) |
| 05/15/2015 | | 360 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 356)). No. of Notices: 1. Notice Date 05/15/2015. (Admin.) (Entered: 05/16/2015) |
| 05/19/2015 | | 361 | Motion to Annul Automatic Stay *for Lukoil Receivables*. Fee Amount $176.00, Filed by ECI, LLC Represented by THOMAS P. MULDOON Jr.(Counsel). Objections due by 6/3/2015. (Attachments: # 1 Exhibit Ex A − Judgment on Award of Arb # 2 Exhibit Ex B − ECI Complaint # 3 Exhibit Ex C − Debtor Answer to ECI Compl # 4 Exhibit Ex D − Arb Award # 5 Exhibit Ex E − Interest Calculation # 6 Exhibit Ex G − Interest Award # 7 Exhibit Ex H − Judge Page Order # 8 Exhibit Ex H − NJ Judgment # 9 Exhibit Ex I − Levy Report # 10 Exhibit Ex J − Order Denying Motion to Vacate # 11 Exhibit Ex K − CCI 3−15 MoR A/R # 12 Proposed Order Proposed Order # 13 Service List Service List) (MULDOON, THOMAS) (Entered: 05/19/2015) |
| 05/19/2015 | | | Receipt of Motion to Annul Automatic Stay(14−12458−jkf) [motion,mannsty] ( 176.00) Filing Fee. Receipt number 16201202. Fee Amount $ 176.00. (re: Doc# 361) (U.S. Treasury) (Entered: 05/19/2015) |
| 05/20/2015 | | 362 | |

| | | | |
|---|---|---|---|
| | | | Notice of (related document(s): 361 Motion to Annul Automatic Stay *for Lukoil Receivables*. Fee Amount $176.00,) Filed by ECI, LLC. Hearing scheduled 6/17/2015 at 09:30 AM at nix3 − Courtroom #3. (Attachments: # 1 Service List Service of Motion Notice # 2 Service List Notice of Motion) (MULDOON, THOMAS) (Entered: 05/20/2015) |
| 05/21/2015 | | 363 | Motion to Expedite Hearing (related documents Motion to Convert Case to Chapter 7, Motion to Appoint Trustee) Filed by United States Trustee Represented by GEORGE M. CONWAY (Counsel) (related document(s)352). (Attachments: # 1 Proposed Order for Expedited hearing) (CONWAY, GEORGE) (Entered: 05/21/2015) |
| 05/21/2015 | | 364 | Order entered Scheduling EXPEDITED Hearing re:363 Motion to Expedite Hearing (related documents Motion to Convert Case to Chapter 7, Motion to Appoint Trustee)352 Filed by United States Trustee Represented by GEORGE M. CONWAY (Counsel) . Written objections or other responsive pleadings to the Motion may be filed up to the time of the hearing and all will be considered at the hearing and it is further; ORDERED that Movant shall provide notice of this Order and Motion to Campisi Construction Inc., next business day delivery and to debtor's counsel, Dimitri L. Karapelou, Esq., and Committee counsel Patrick Daniel McDonnell and to any other person who has entered a Notice of Appearance by e−mail and/or electronic delivery, on or before May 21, 2015. Hearing scheduled 5/26/2015 at 01:30 PM at nix3 − Courtroom #3. (D., Virginia) (Entered: 05/21/2015) |
| 05/21/2015 | | 365 | Certificate of Service *of Expedited Motion and Order Setting Expedited Hearing* Filed by GEORGE M. CONWAY on behalf of United States Trustee (related document(s)364, 352, 363). (CONWAY, GEORGE) (Entered: 05/21/2015) |
| 05/21/2015 | | 366 | Response to Motion to Convert Case to Chapter 7 filed by U.S. Trustee United States Trustee, Motion to Appoint Trustee Filed by Campisi Construction, Inc. (related document(s)352). (Attachments: # 1 Exhibit A − G and T Affidavits # 2 Certificate of Service) (KARAPELOU, DIMITRI) (Entered: 05/21/2015) |
| 05/23/2015 | | 367 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 364)). No. of Notices: 1. Notice Date 05/23/2015. (Admin.) (Entered: 05/24/2015) |
| 05/26/2015 | | 368 | Monthly Operating Report for Filing Period April 2015 Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc.. (Attachments: # 1 Exhibit Bank Statement # 2 Exhibit Check Detail # 3 Exhibit Internal Balance Sheet # 4 Exhibit Internal Profit and Loss # 5 Exhibit Profit and Loss Per Bank Statement # 6 Exhibit Reconciliation Summary and Detail # 7 Exhibit Schedule of Accounts Payable # 8 Exhibit Schedule of Accounts Receivable) (KARAPELOU, DIMITRI) (Entered: 05/26/2015) |
| 05/26/2015 | | 369 | Hearing Continued on 352 Motion to Convert Case to Chapter 7 . Fee Amount $0.00, or in the alternative Motion to Appoint Trustee Filed by United States Trustee Represented by GEORGE M. CONWAY (Counsel). Hearing scheduled 6/17/2015 at 09:30 AM at nix3 − Courtroom #3. (D., Virginia) (Entered: 05/26/2015) |
| 05/27/2015 | | 370 | Praecipe to Withdraw *Motion for 2004 Directed to Anthony Campisi Without Prejudice* Filed by PATRICK DANIEL MCDONNELL on behalf of Official Committee of Unsecured Creditors (related |

| | | | |
|---|---|---|---|
| | | | document(s)338). (MCDONNELL, PATRICK) (Entered: 05/27/2015) |
| 05/27/2015 | | 371 | Hearing Held on 338 Motion for 2004 Examination *of Anthony Campisi for Documents Relating to TS Environmental Contractors, Inc.* Filed by Official Committee of Unsecured Creditors Represented by PATRICK DANIEL MCDONNELL (Counsel). Motion withdrawn. (D., Virginia) (Entered: 05/28/2015) |
| 05/27/2015 | | 372 | Hearing Continued to a date to be determined on 333 Amended Document *Debtor's Request for Determination Pursuant to Fed. R, Bankr. P. 1020(c)* Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc. (D., Virginia) (Entered: 05/28/2015) |
| 05/27/2015 | | 373 | Hearing Continued to a date to be determined on 342 Motion For Summary Judgment *as to Debtor's Objection to Claim #9* Filed by Campisi Construction, Inc. Represented by DIMITRI L. KARAPELOU (Counsel). (D., Virginia) (Entered: 05/28/2015) |
| 05/29/2015 | | 374 | Document in re: *Debtor's Statement Regarding ECI Proof of Claim Litigation* Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc. (related document(s)356). (KARAPELOU, DIMITRI) (Entered: 05/29/2015) |
| 05/29/2015 | | 375 | Document in re: *Joint Statement of Facts for Cougar Proof of Claim Litigation* Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc. (related document(s)356). (KARAPELOU, DIMITRI) (Entered: 05/29/2015) |
| 05/29/2015 | | 376 | Document in re: *Debtor's Statement of Discovery for Cougar Proof of Claim Litigation* Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc. (related document(s)356). (KARAPELOU, DIMITRI) (Entered: 05/29/2015) |
| 05/29/2015 | | 377 | Document in re: *Joint Statement of Facts for Adelphia Proof of Claim Litigation* Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc. (related document(s)356). (KARAPELOU, DIMITRI) (Entered: 05/29/2015) |
| 05/29/2015 | | 378 | Document in re: *Debtor's Statement of Discovery for Adelphia Proof of Claim Litigation* Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc. (related document(s)356). (KARAPELOU, DIMITRI) (Entered: 05/29/2015) |
| 05/29/2015 | | 379 | Document in re: *STATEMENT OF DISCOVERY FOR ADELPHIA PROOF OF CLAIM LITIGATION* Filed by MICHAEL W. GALLAGHER on behalf of Adelphia Mechanical Services, Inc.. (Attachments: # 1 Service List) (GALLAGHER, MICHAEL) (Entered: 05/29/2015) |
| 05/29/2015 | | 380 | Document in re: *Statement of Discovery* Filed by THOMAS P. MULDOON Jr. on behalf of Cougar Development Group, LLC (related document(s)356). (MULDOON, THOMAS) (Entered: 05/29/2015) |
| 05/29/2015 | | 381 | Document in re: *Statement in re: ECI Proof of Claim Litigation* Filed by THOMAS P. MULDOON Jr. on behalf of ECI, LLC (related document(s)356). (MULDOON, THOMAS) (Entered: 05/29/2015) |
| 05/29/2015 | | 382 | |

| | | | |
|---|---|---|---|
| | | | Creditor, ECI, LLC's proof of claims per the court's scheduling order (doc.#356) re: *ECI Judgment Exhibits − MontCo Action* Filed by THOMAS P. MULDOON Jr. on behalf of ECI, LLC (related document(s)356). (Attachments: # 1 Exhibit Ex A − ECI v CCi Complaint # 2 Exhibit Ex B − Debtor Answer to Complaint # 3 Exhibit Ex C − Arbitration Award # 4 Exhibit Ex D − Judgment on Arb Award # 5 Exhibit Ex E − Judge Page's Order # 6 Exhibit Ex F − Order denying CCI Mot to Vacate # 7 Exhibit Ex G − Montco Docket) (MULDOON, THOMAS)*This entry was Modified on 6/1/2015 −to modify docket text to read as PDF caption states*(K., Marie). (Entered: 05/29/2015) |
| 05/29/2015 | | 383 | Notice of Appearance and Request for Notice *in Adversary Action 14−0616* by THOMAS P. MULDOON Jr. Filed by THOMAS P. MULDOON Jr. on behalf of ECI, LLC. (MULDOON, THOMAS) (Entered: 05/29/2015) |
| 06/08/2015 | | 384 | Notice of Appearance and Request for Notice by BRIAN WILLIAM BISIGNANI Filed by BRIAN WILLIAM BISIGNANI on behalf of Lukoil North America, LLC. (BISIGNANI, BRIAN) (Entered: 06/08/2015) |
| 06/08/2015 | | 385 | Objection to Motion to Annul Automatic Stay filed by Creditor ECI, LLC *for Order for Relief From the Automatic Stay for Cause* Filed by Lukoil North America, LLC (related document(s)361). (Attachments: # 1 Exhibit A) (BISIGNANI, BRIAN) (Entered: 06/08/2015) |
| 06/09/2015 | | 386 | Certificate of Service *of Objection of Lukoil North America LLC to Motion of ECI, LLC for Relief From the Automatic Stay for Cause* Filed by BRIAN WILLIAM BISIGNANI on behalf of Lukoil North America, LLC (related document(s)361). (Attachments: # 1 Exhibit A) (BISIGNANI, BRIAN) (Entered: 06/09/2015) |
| 06/10/2015 | | 387 | Hearing Set 342 Motion For Summary Judgment *as to Debtor's Objection to Claim #9* Filed by Campisi Construction, Inc. Represented by DIMITRI L. KARAPELOU (Counsel) . Hearing scheduled 7/22/2015 at 11:30 AM at nix3 − Courtroom #3. (R., Joan) (Entered: 06/10/2015) |
| 06/12/2015 | | 388 | BNC Certificate of Mailing − Hearing Set. Number of Notices Mailed: (related document(s) (Related Doc # 387)). No. of Notices: 9. Notice Date 06/12/2015. (Admin.) (Entered: 06/13/2015) |
| 06/17/2015 | | 389 | Hearing Continued on 352 Motion to Convert Case to Chapter 7 . Fee Amount $0.00, or in the alternative Motion to Appoint Trustee Filed by United States Trustee Represented by GEORGE M. CONWAY (Counsel). Hearing scheduled 6/24/2015 at 01:00 PM at nix3 − courtroom #3. (D., Virginia) Modified on 6/17/2015 (D., Virginia). (Entered: 06/17/2015) |
| 06/17/2015 | | | Corrective Entry re: corrected he courtroom to read from Courtroom #1 to Courtroom #3 (related document(s) 389 ). (D., Virginia) (Entered: 06/17/2015) |
| 06/17/2015 | | 390 | Hearing Continued on 352 Motion to Convert Case to Chapter 7 . Fee Amount $0.00, or in the alternative Motion to Appoint Trustee Filed by United States Trustee Represented by GEORGE M. CONWAY (Counsel). Hearing scheduled 6/24/2015 at 01:00 PM at nix3 − Courtroom #3. (D., Virginia) (Entered: 06/17/2015) |
| 06/17/2015 | | 391 | |

| | | | |
|---|---|---|---|
| | | | Hearing Continued TO A DATE TO BE DETERMINED 361 Motion to Annul Automatic Stay *for Lukoil Receivables*. Fee Amount $176.00, Filed by ECI, LLC Represented by THOMAS P. MULDOON Jr.(Counsel). . (D., Virginia) (Entered: 06/17/2015) |
| 06/18/2015 | | 392 | Motion to Withdraw as Attorney Filed by Campisi Construction, Inc. Represented by DIMITRI L. KARAPELOU (Counsel). (Attachments: # 1 Proposed Order) (KARAPELOU, DIMITRI) (Entered: 06/18/2015) |
| 06/18/2015 | | 393 | Notice of (related document(s): 392 Motion to Withdraw as Attorney ) Filed by Campisi Construction, Inc.. Hearing scheduled 7/22/2015 at 09:30 AM at nix3 − Courtroom #3. (Attachments: # 1 Certificate of Service for Notice of Motion) (KARAPELOU, DIMITRI) (Entered: 06/18/2015) |
| 06/18/2015 | | 394 | Monthly Operating Report for Filing Period May 2015 Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc.. (Attachments: # 1 Exhibit Balance Sheet # 2 Exhibit Bank Statement # 3 Exhibit Profit and Loss # 4 Exhibit Reconciliation Summary and Check Detail # 5 Exhibit Schedule of Accts Payable # 6 Exhibit Schedule of Accts Receivable) (KARAPELOU, DIMITRI) (Entered: 06/18/2015) |
| 06/24/2015 | | 395 | Status Hearing adjourned to 7/22/2015 at 11:30 AM at nix3 − Courtroom #3. (G., Jeanette) (Entered: 06/25/2015) |
| 06/24/2015 | | 396 | Hearing Held on 352 Motion to Convert Case to Chapter 7 . Fee Amount $0.00, or in the alternative Motion to Appoint Trustee filed by U.S. Trustee United States Trustee (related document(s),352). Order entered (G., Jeanette) (Entered: 06/25/2015) |
| 06/24/2015 | | 397 | Hearing Held on 237 Motion *Motion for Permission to Object to the Proof of Claim of George Campisi, and Permission to Pursue a 547 Action to Avoid the Security Interest Granted to George Campisi filed by Creditor Committee Official Committee of Unsecured Creditors (related document(s),237). Motion moot− Case Converted (G., Jeanette) (Entered: 06/25/2015)* |
| 06/24/2015 | | 398 | Order Converting Case to Chapter 7. . (G., Jeanette) (Entered: 06/25/2015) |
| 06/25/2015 | | 399 | Notice of Appointment of Trustee . TERRY P. DERSHAW added to the case.. (ROSEBORO, DEBORAH) (Entered: 06/25/2015) |
| 06/26/2015 | | 400 | Hearing Re−Set 392 Motion to Withdraw as Attorney Filed by Campisi Construction, Inc. Represented by DIMITRI L. KARAPELOU (Counsel). Hearing rescheduled 7/22/2015 at **11:30 AM** at nix3 − Courtroom #3. (R., Joan) (Entered: 06/26/2015) |
| 06/27/2015 | | 401 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 398)). No. of Notices: 81. Notice Date 06/27/2015. (Admin.) (Entered: 06/28/2015) |
| 06/28/2015 | | 402 | BNC Certificate of Mailing − Hearing Set. Number of Notices Mailed: (related document(s) (Related Doc # 400)). No. of Notices: 81. Notice Date 06/28/2015. (Admin.) (Entered: 06/29/2015) |
| 06/29/2015 | | 403 | Application to Employ Fox Rothschild LLP as Trustee's Counsel Filed by TERRY P. DERSHAW Represented by EDWARD J. DIDONATO |

| | | | |
|---|---|---|---|
| | | | (Counsel). (Attachments: # 1 Affidavit # 2 Proposed Order # 3 Notice # 4 Service List) (DIDONATO, EDWARD) (Entered: 06/29/2015) |
| 06/29/2015 | | 404 | Fourth Application for Compensation for DIMITRI L. KARAPELOU, Debtor's Attorney, Period: 2/27/2015 to 6/24/2015, Fee: $14,136.00, Expenses: $112.18. Filed by DIMITRI L. KARAPELOU Represented by Self(Counsel). (Attachments: # 1 Affidavit # 2 Certificate of Service # 3 Exhibit A − Invoice # 4 Proposed Order # 5 Summary of Invoices) (KARAPELOU, DIMITRI) (Entered: 06/29/2015) |
| 06/29/2015 | | 405 | Notice of (related document(s): 404 Fourth Application for Compensation for DIMITRI L. KARAPELOU, Debtor's Attorney, Period: 2/27/2015 to 6/24/2015, Fee: $14,136.00, Expenses: $112.18.) Filed by Campisi Construction, Inc.. (Attachments: # 1 Certificate of Service) (KARAPELOU, DIMITRI) (Entered: 06/29/2015) |
| 06/30/2015 | | 406 | Meeting of Creditors . 341(a) meeting to be held on 7/29/2015 at 04:00 PM at 833 Chestnut Street, Suite 501, Philadelphia. (H., Lisa) (Entered: 06/30/2015) |
| 07/02/2015 | | 407 | BNC Certificate of Mailing − Meeting of Creditors. Number of Notices Mailed: (related document(s) (Related Doc # 406)). No. of Notices: 88. Notice Date 07/02/2015. (Admin.) (Entered: 07/03/2015) |
| 07/07/2015 | | 408 | Order entered Denying Campisi's Motion For Summary Judgment (Related Doc # 342) (D., Virginia) (Entered: 07/07/2015) |
| 07/09/2015 | | 409 | Application to Employ Bederson LLP as Trustee's Accountant Filed by TERRY P. DERSHAW Represented by EDWARD J. DIDONATO (Counsel). (Attachments: # 1 Exhibit Verified Statement of Charles N. Persing # 2 Proposed Order) (DIDONATO, EDWARD) (Entered: 07/09/2015) |
| 07/09/2015 | | 410 | Notice of (related document(s): 409 Application to Employ Bederson LLP as Trustee's Accountant ) Filed by TERRY P. DERSHAW. (Attachments: # 1 Certification of Service) (DIDONATO, EDWARD) (Entered: 07/09/2015) |
| 07/09/2015 | | 411 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 408)). No. of Notices: 1. Notice Date 07/09/2015. (Admin.) (Entered: 07/10/2015) |
| 07/13/2015 | | 412 | Certificate of No Response to *Application of Trustee to Employ Counsel* Filed by EDWARD J. DIDONATO on behalf of TERRY P. DERSHAW (related document(s)403). (DIDONATO, EDWARD) (Entered: 07/13/2015) |
| 07/14/2015 | | 413 | Notice of Appearance and Request for Notice Filed by Linda Mitten. (Office of Unemployment Compensation Tax Services) (Entered: 07/14/2015) |
| 07/15/2015 | | 414 | Order Granting Application of the Trustee to Appoint Counsel . Ordered that Fox Rothschild LLP is appointed as counsel to the Trustee. (Related Doc # 403) (K., Marie) (Entered: 07/16/2015) |
| 07/18/2015 | | 418 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 414)). No. of Notices: 1. Notice Date 07/18/2015. (Admin.) (Entered: 07/22/2015) |

| | | | |
|---|---|---|---|
| 07/21/2015 | | 415 | Final Application for Compensation for Breznicky Associates PC, Accountant, Period: 9/30/2014 to 3/31/2015, Fee: $12417.50, Expenses: $0.00. Filed by Breznicky Associates PC Represented by Self(Counsel). (Attachments: # 1 Certificate of Service for Notice of Application # 2 Proposed Order) (KARAPELOU, DIMITRI) (Entered: 07/21/2015) |
| 07/21/2015 | | 416 | Final Application for Compensation for PATRICK DANIEL MCDONNELL, Creditor Comm. Aty, Period: 2/27/2015 to 6/26/2015, Fee: $6,100.00, Expenses: $66.00. Filed by PATRICK DANIEL MCDONNELL Represented by Self(Counsel). (Attachments: # 1 Exhibit # 2 Service List # 3 Proposed Order) (MCDONNELL, PATRICK) (Entered: 07/21/2015) |
| 07/21/2015 | | 417 | Document in re: *Notice of Final Application for Compensation* Filed by PATRICK DANIEL MCDONNELL on behalf of Wolpert Schreiber PC (related document(s)416). (MCDONNELL, PATRICK) (Entered: 07/21/2015) |
| 07/22/2015 | | 419 | Certificate of No Response to *Fourth and Final Fee Application* Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc. (related document(s)404). (Attachments: # 1 Certificate of Service # 2 Exhibit A − COS for Fourth and Final Fee Application) (KARAPELOU, DIMITRI) (Entered: 07/22/2015) |
| 07/22/2015 | | 420 | Certificate of No Response to *Application of Trustee to Employ Accountant* Filed by EDWARD J. DIDONATO on behalf of TERRY P. DERSHAW (related document(s)409). (DIDONATO, EDWARD) (Entered: 07/22/2015) |
| 07/22/2015 | | 421 | Hearing Held on 342−Motion for summary Judgment as to debtor's objection to claim #9. Order entered on 7/7/2015. (D., Virginia) (Entered: 07/23/2015) |
| 07/22/2015 | | 422 | Status Hearing Continued on 395 . Hearing scheduled 8/12/2015 at 11:30 AM at nix3 − Courtroom #3. (D., Virginia) (Entered: 07/23/2015) |
| 07/22/2015 | | 423 | Hearing Held on 392 Motion to Withdraw as Attorney Filed by Campisi Construction, Inc. Represented by DIMITRI L. KARAPELOU (Counsel). order entered. (D., Virginia) (Entered: 07/23/2015) |
| 07/22/2015 | | 424 | Order Granting Motion To Withdraw Dimitri L. Karapelou, LLC As Attorney (Related Doc # 392) (D., Virginia) (Entered: 07/23/2015) |
| 07/23/2015 | | 425 | Document in re: *Notice of Continued First Meeting of Creditors* Filed by EDWARD J. DIDONATO on behalf of TERRY P. DERSHAW (related document(s)406). (Attachments: # 1 Service List) (DIDONATO, EDWARD) (Entered: 07/23/2015) |
| 07/23/2015 | | 426 | Meeting of Creditors Continued. 341(a) meeting to be held on 8/25/2015 at 03:00 PM at 833 − Chestnut Street. (D., Virginia) (Entered: 07/24/2015) |
| 07/25/2015 | | 427 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 424)). No. of Notices: 1. Notice Date 07/25/2015. (Admin.) (Entered: 07/26/2015) |
| 07/28/2015 | | 428 | Order entered Granting Application to Employ Bederson LLP as accountant(Related Doc # 409). (D., Virginia) (Entered: 07/29/2015) |

| | | | |
|---|---|---|---|
| 07/31/2015 | | <u>429</u> | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # <u>428</u>)). No. of Notices: 1. Notice Date 07/31/2015. (Admin.) (Entered: 08/01/2015) |
| 08/11/2015 | | <u>430</u> | Objection to Application for Compensation filed by Accountant Breznicky Associates PC Filed by United States Trustee (related document(s)<u>415</u>). (Attachments: # <u>1</u> Service List) (CONWAY, GEORGE) (Entered: 08/11/2015) |
| 08/12/2015 | | <u>431</u> | Certificate of No Response to *3rd and Final Application for Compensation* Filed by PATRICK DANIEL MCDONNELL on behalf of Wolpert Schreiber PC (related document(s)<u>416</u>). (MCDONNELL, PATRICK) (Entered: 08/12/2015) |
| 08/12/2015 | | 432 | Status Hearing Continued on 395 . Hearing scheduled 9/22/2015 at 02:00 PM at nix3 − Courtroom #3. (D., Virginia) (Entered: 08/13/2015) |
| 08/12/2015 | | <u>433</u> | Order Granting Application For Compensation (Related Doc # <u>404</u>) Granting for DIMITRI L. KARAPELOU, $14248.18 for services rendered as counsel for the debtor from 2/27/2015 through June 26, 2015. (D., Virginia) (Entered: 08/13/2015) |
| 08/15/2015 | | <u>434</u> | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # <u>433</u>)). No. of Notices: 1. Notice Date 08/15/2015. (Admin.) (Entered: 08/16/2015) |
| 08/18/2015 | | <u>436</u> | Order Granting Application For Compensation (Related Doc # <u>416</u>) Granting for PATRICK DANIEL MCDONNELL, fees awarded: $6166.00 for the period 2/27/2015 through 6/26/2015. (D., Virginia) (Entered: 08/19/2015) |
| 08/19/2015 | | <u>435</u> | Hearing Set <u>415</u> Final Application for Compensation for Breznicky Associates PC, Accountant, Period: 9/30/2014 to 3/31/2015, Fee: $12417.50, Expenses: $0.00. Filed by Breznicky Associates PC Represented by Self(Counsel). <u>430</u> Objection to Application for Compensation filed by Accountant Breznicky Associates PC Filed by United States Trustee (related document(s)<u>415</u>). . Hearing scheduled 9/30/2015 at 09:30 AM at nix3 − Courtroom #3. (D., Virginia) (Entered: 08/19/2015) |
| 08/21/2015 | | <u>437</u> | BNC Certificate of Mailing − Hearing Set. Number of Notices Mailed: (related document(s) (Related Doc # <u>435</u>)). No. of Notices: 1. Notice Date 08/21/2015. (Admin.) (Entered: 08/22/2015) |
| 08/21/2015 | | <u>438</u> | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # <u>436</u>)). No. of Notices: 1. Notice Date 08/21/2015. (Admin.) (Entered: 08/22/2015) |
| 08/24/2015 | | <u>439</u> | Hearings Re−Set [129, 80, 432] Status re: Bankruptcy Case, Status re: Debtor's Second Amended *Objection to Claim No. 9* and Status Re: Objection to Claim Number 7,8,11 by Claimant ECI LLC. Hearings rescheduled 10/27/2015 at 02:00 PM at nix3 − Courtroom #3. (R., Joan) (Entered: 08/24/2015) |
| 08/26/2015 | | <u>440</u> | BNC Certificate of Mailing − Hearing Set. Number of Notices Mailed: (related document(s) (Related Doc # <u>439</u>)). No. of Notices: 11. Notice Date 08/26/2015. (Admin.) (Entered: 08/27/2015) |

| | | | |
|---|---|---|---|
| 08/27/2015 | | 441 | Meeting of Creditors Continued. Reason for continuance: Debtor failed to appear at first scheduled meeting... 341(a) meeting to be held on 10/27/2015 at 02:00 PM at 833 − Chestnut Street. (DERSHAW, TERRY) (Entered: 08/27/2015) |
| 08/31/2015 | | 442 | Unopposed Motion to Compel *Debtor to Attend the Meeting of Creditors* Filed by TERRY P. DERSHAW Represented by EDWARD J. DIDONATO (Counsel). (Attachments: # 1 Proposed Order Consent Order # 2 Service List) (DIDONATO, EDWARD) *this entry was Modified on 9/1/2015 to modify docket text wording from "agreed" TO "Unopposed" as PDF states* (K., Marie). (Entered: 08/31/2015) |
| 08/31/2015 | | 443 | Notice of (related document(s): 442 Agreed Motion to Compel *Debtor to Attend the Meeting of Creditors) Unopposed* Filed by TERRY P. DERSHAW. Hearing scheduled 9/30/2015 at 09:30 AM at nix3 − Courtroom #3. (DIDONATO, EDWARD) (Entered: 08/31/2015) |
| 09/01/2015 | | 444 | Consent Order Re: Unopposed Motion to Compel Debtor to Attend the Meeting of Creditors(related document(s)442). Ordered that Anthony Campisi must appear for and testify at a Meeting of Creditors pursuant to section 341(a) of the Bankruptcy Code on October 27, 2015 at 2:00 p.m. (G., Jeanette) (Entered: 09/02/2015) |
| 09/04/2015 | | 445 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 444)). No. of Notices: 83. Notice Date 09/04/2015. (Admin.) (Entered: 09/05/2015) |
| 09/30/2015 | | 446 | Hearing Held on 415 Final Application for Compensation for Breznicky Associates PC, Accountant, Period: 9/30/2014 to 3/31/2015, Fee: $12417.50, Expenses: $0.00. Filed by Breznicky Associates PC Represented by Self(Counsel). , 430 Objection to Application for Compensation filed by Accountant Breznicky Associates PC Filed by United States Trustee (related document(s)415). (Attachments: # 1 Service List) . Revised order to be submitted . (D., Virginia) (Entered: 10/01/2014) |
| 10/06/2015 | | 447 | Status Hearing Set 174 Motion For Sanctions for Violation of the Automatic Stay *Against ECI, LLC* Filed by Campisi Construction, Inc. Represented by DIMITRI L. KARAPELOU (Counsel). Hearing scheduled 10/27/2015 at 02:00 PM at nix3 − Courtroom #3. (R., Joan) (Entered: 10/06/2015) |
| 10/08/2015 | | 448 | BNC Certificate of Mailing − Hearing Set. Number of Notices Mailed: (related document(s) (Related Doc # 447)). No. of Notices: 11. Notice Date 10/08/2015. (Admin.) (Entered: 10/09/2015) |
| 10/27/2015 | | 449 | Status Hearing Continued on 129 Debtor's Second Amended *Objection to Claim No. 9* Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc. (related document(s)78, 119). Hearing scheduled 11/17/2015 at 02:00 PM at nix3 − Courtroom #3. (D., Virginia) (Entered: 10/27/2015) |
| 10/27/2015 | | 450 | Status Hearing Continued on8−objection to claim numbers 7,8, and 11 . Hearing scheduled 11/17/2015 at 02:00 PM at nix3 − Courtroom #3. (D., Virginia) (Entered: 10/27/2015) |
| 10/27/2015 | | 451 | Status Hearing Continued on 174 Motion For Sanctions for Violation of the Automatic Stay *Against ECI, LLC* Filed by Campisi Construction, Inc. Represented by DIMITRI L. KARAPELOU (Counsel). . Hearing |

| | | | |
|---|---|---|---|
| | | | scheduled 11/17/2015 at 02:00 PM at nix3 − Courtroom #3. (D., Virginia) (Entered: 10/27/2015) |
| 10/27/2015 | | 452 | Status Hearing Continued . Hearing scheduled 11/17/2015 at 02:00 PM at nix3 − Courtroom #3. (D., Virginia) (Entered: 10/27/2015) |
| 11/02/2015 | | 453 | Meeting of Creditors Continued. Reason for continuance: Debtor to provide all documents requested at meeting of creditors, including but not limited to listing of vehicles/equipment listed in insurance policies with current location, copies of titles to all vehicles/equipment, Anthony Campisi 1040 for 2011− 2014, documentation supporting Proof of Claim of George Campisi. Provide a listing and support for all accounts receivable including but not limited to monies owed by Torres, LukOil and Cornerstone. Documents due by 11/9/15... 341(a) meeting to be held on 11/18/2015 at 04:00 PM at 833 − Chestnut Street. (DERSHAW, TERRY) (Entered: 11/02/2015) |
| 11/16/2015 | | 454 | Status Hearing Set 361 Motion to Annul Automatic Stay *for Lukoil Receivables*. Filed by ECI, LLC Represented by THOMAS P. MULDOON Jr.(Counsel). Status Hearing scheduled 12/2/2015 at 11:30 AM at nix3 − Courtroom #3. (R., Joan) (Entered: 11/16/2015) |
| 11/17/2015 | | 456 | Hearing Continued on 174 Status Motion For Sanctions for Violation of the Automatic Stay *Against ECI, LLC* Filed by Campisi Construction, Inc. Represented by DIMITRI L. KARAPELOU (Counsel). Hearing scheduled 12/2/2015 at 11:30 AM at nix3 − Courtroom #3. (L., Linda) (Entered: 11/19/2015) |
| 11/17/2015 | | 457 | Hearing Continued on 449 Status Hearing Continued on 129 Debtor's Second Amended *Objection to Claim No. 9* Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc. related document(s)78, 119). Hearing scheduled 12/2/2015 at 11:30 AM at nix3 − Courtroom #3. (L., Linda) (Entered: 11/19/2015) |
| 11/17/2015 | | 458 | Hearing Continued on 80 Status Objection to Claim Number 7,8,11 filed by Debtor Campisi Construction, Inc.. Hearing scheduled 12/2/2015 at 11:30 AM at nix3 − Courtroom #3. (G., Jeanette) (Entered: 11/19/2015) |
| 11/17/2015 | | 459 | Status Hearing adjourned to 12/2/2015 at 11:30 AM at nix3 − Courtroom #3. (G., Jeanette) (Entered: 11/19/2015) |
| 11/18/2015 | | 455 | BNC Certificate of Mailing − Hearing Set. Number of Notices Mailed: (related document(s) (Related Doc # 454)). No. of Notices: 2. Notice Date 11/18/2015. (Admin.) (Entered: 11/19/2015) |
| 11/23/2015 | | 460 | Meeting of Creditors Continued. Reason for continuance: Case continued for further examination pending review of documentation by accountant for trustee. Parties advised to check with trustee prior to scheduled time to confirm... 341(a) meeting to be held on 12/2/2015 at 10:00 AM at 833 − Chestnut Street. (DERSHAW, TERRY) (Entered: 11/23/2015) |
| 12/02/2015 | | 461 | Hearing Continued on 129 Debtor's Second Amended *Objection to Claim No. 9* Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc. (related document(s)78, 119). 449 Status Hearing Continued on 129 Debtor's Second Amended *Objection to Claim No. 9* Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc. (related document(s)78, 119). . Hearing scheduled 1/6/2016 at 09:30 AM at nix3 − Courtroom #3. (D., Virginia) (Entered: 12/02/2015) |

| | | | |
|---|---|---|---|
| 12/02/2015 | | 462 | Status Hearing Continued on 452 Status Hearing Continued . Hearing scheduled 1/6/2016 at 09:30 AM at nix3 − Courtroom #3. (D., Virginia) (Entered: 12/02/2015) |
| 12/02/2015 | | 463 | Hearing Continued on 174 Motion For Sanctions for Violation of the Automatic Stay *Against ECI, LLC* Filed by Campisi Construction, Inc. Represented by DIMITRI L. KARAPELOU (Counsel). Hearing scheduled 1/6/2016 at 09:30 AM at nix3 − Courtroom #3. (D., Virginia) (Entered: 12/02/2015) |
| 12/02/2015 | | 464 | Hearing Continued on 361 Motion to Annul Automatic Stay *for Lukoil Receivables*. Fee Amount $176.00, Filed by ECI, LLC Represented by THOMAS P. MULDOON Jr.(Counsel). Hearing scheduled 1/6/2016 at 09:30 AM at nix3 − Courtroom #3. (D., Virginia) (Entered: 12/03/2015) |
| 12/02/2015 | | 465 | Status Hearing Continued on 450 . Hearing scheduled 1/6/2016 at 09:30 AM at nix3 − Courtroom #3. (D., Virginia) (Entered: 12/03/2015) |
| 12/03/2015 | | | Pending Meeting of Creditors Concluded on: 12/2/2015. (DERSHAW, TERRY) (Entered: 12/03/2015) |
| 12/09/2015 | | 466 | Notice of change from No−Asset to Asset Case and Request to Set Bar Date to File Claims Filed by TERRY P. DERSHAW. Proofs of Claims due by 3/12/2016. (DERSHAW, TERRY) (Entered: 12/09/2015) |
| 12/12/2015 | | 467 | BNC Certificate of Mailing − Notice of Need to file Proof of Claim due to Recovery of Assets. Number of Notices Mailed: (related document(s) (Related Doc # 466)). No. of Notices: 77. Notice Date 12/12/2015. (Admin.) (Entered: 12/13/2015) |
| 01/06/2016 | | 468 | Hearing Continued on 129 Debtor's Second Amended *Objection to Claim No. 9* Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc. (related document(s)78, 119). Hearing scheduled 2/4/2016 at 11:30 AM at nix3 − Courtroom #3. (D., Virginia) (Entered: 01/06/2016) |
| 01/06/2016 | | 469 | Hearing Continued on 174 Motion For Sanctions for Violation of the Automatic Stay *Against ECI, LLC* Filed by Campisi Construction, Inc. Represented by DIMITRI L. KARAPELOU (Counsel). . Hearing scheduled 2/4/2016 at 11:30 AM at nix3 − Courtroom #3. (D., Virginia) (Entered: 01/06/2016) |
| 01/06/2016 | | 470 | Status Hearing Continued on 459 . Hearing scheduled 2/4/2016 at 11:30 AM at nix3 − Courtroom #3. (D., Virginia) (Entered: 01/06/2016) |
| 01/06/2016 | | 471 | Hearing Continued on 80 Objection to Claim Number 7,8,11 by Claimant ECI, LLC. Filed by Campisi Construction, Inc.. Hearing scheduled 2/4/2016 at 11:30 AM at nix3 − Courtroom #3. (D., Virginia) (Entered: 01/06/2016) |
| 01/06/2016 | | 472 | Hearing Continued on 361 Motion to Annul Automatic Stay *for Lukoil Receivables*, Filed by ECI, LLC Represented by THOMAS P. MULDOON Jr.(Counsel). Hearing scheduled 2/4/2016 at 11:30 AM at nix3 − Courtroom #3. (D., Virginia) (Entered: 01/06/2016) |
| 01/12/2016 | | 473 | Motion to Approve Settlement between the Trustee and ECI, LLC and Cougar Development Group, LLC Filed by TERRY P. DERSHAW Represented by EDWARD J. DIDONATO (Counsel). (Attachments: # 1 |

| | | | |
|---|---|---|---|
| | | | Exhibit A # 2 Proposed Order # 3 Service List) (DIDONATO, EDWARD) (Entered: 01/12/2016) |
| 01/12/2016 | | 474 | Notice of (related document(s): 473 Motion to Approve Settlement between the Trustee and ECI, LLC and Cougar Development Group, LLC) Filed by TERRY P. DERSHAW. Hearing scheduled 2/3/2016 at 09:30 AM at nix3 − Courtroom #3. (DIDONATO, EDWARD) (Entered: 01/12/2016) |
| 01/26/2016 | | 475 | Response to Motion to Approve filed by Trustee TERRY P. DERSHAW Filed by George Campisi (related document(s)473). (Attachments: # 1 Proposed Order) (D., Virginia) (Entered: 01/26/2016) |
| 01/26/2016 | | 476 | Response to Motion to Approve filed by Trustee TERRY P. DERSHAW Filed by Campisi Construction, Inc. (related document(s)473). (Attachments: # 1 Exhibit) (D., Virginia) (Entered: 01/26/2016) |
| 02/02/2016 | | 477 | Notice of Appearance and Request for Notice by GERI H. GALLAGHER Filed by GERI H. GALLAGHER on behalf of George Campisi. (GALLAGHER, GERI) (Entered: 02/02/2016) |
| 02/03/2016 | | 478 | Hearing Continued on 473 Motion to Approve Settlement between the Trustee and ECI, LLC and Cougar Development Group, LLC Filed by TERRY P. DERSHAW Represented by EDWARD J. DIDONATO (Counsel). Hearing scheduled 2/24/2016 at 11:30 AM at nix3 − Courtroom #3. (D., Virginia) *This entry has been modified; See corrective entry of 2/4/2016 (R., Joan). (Entered: 02/04/2016) |
| 02/04/2016 | | 479 | Hearing Continued on 129 Debtor's Second Amended *Objection to Claim No. 9* Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc. (related document(s)78, 119). Hearing scheduled 2/24/2016 at 11:30 AM at nix3 − Courtroom #3. (D., Virginia) (Entered: 02/04/2016) |
| 02/04/2016 | | | Corrective Entry re: Hearing continued on Motion to Approve Settlement between the Trustee and ECI, LLC and Cougar Development Group, LLC − Changed time of hearing from incorrect 9:30 a.m. to correct time of **11:30 a.m.** (related document(s)473). (R., Joan) (Entered: 02/04/2016) |
| 02/04/2016 | | 480 | Hearing Continued on 80 Objection to Claim Number 7,8,11 by Claimant ECI, LLC. Filed by Campisi Construction, Inc.. Hearing scheduled 2/24/2016 at 11:30 AM at nix3 − Courtroom #3. (D., Virginia) (Entered: 02/05/2016) |
| 02/04/2016 | | 481 | Status Hearing Continued on 459 . Hearing scheduled 2/24/2016 at 11:30 AM at nix3 − Courtroom #3. (D., Virginia) (Entered: 02/05/2016) |
| 02/04/2016 | | 482 | Hearing and Argument Scheduled on 361 Motion to Annul Automatic Stay *for Lukoil Receivables.* , Filed by ECI, LLC Represented by THOMAS P. MULDOON Jr.(Counsel). Hearing scheduled 2/24/2016 at 11:30 AM at nix3 − Courtroom #3. (D., Virginia) ***This entry has been modified ; see corrective entry of 2/5/2016 (R., Joan). (Entered: 02/05/2016) |
| 02/04/2016 | | 483 | Hearing Continued on 174 Motion For Sanctions for Violation of the Automatic Stay *Against ECI, LLC* Filed by Campisi Construction, Inc. Represented by DIMITRI L. KARAPELOU (Counsel). Hearing scheduled 2/24/2016 at 11:30 AM at nix3 − Courtroom #3. (D., Virginia |

| | | | |
|---|---|---|---|
| | | | (Entered: 02/05/2016) |
| 02/05/2016 | | | Corrective Entry re: Hearing and Argument Scheduled on Motion to Annul Automatic Stay for Lukoil Receivables. − Corrected entry from incorrect "Status" to correct "Hearing and Argument" (related document(s) 482 ). (R., Joan) (Entered: 02/05/2016) |
| 02/11/2016 | | 484 | Notice of Appearance and Request for Notice by MATTHEW R. NAHRGANG Filed by MATTHEW R. NAHRGANG on behalf of Campisi Construction, Inc.. (NAHRGANG, MATTHEW) (Entered: 02/11/2016) |
| 02/12/2016 | | 485 | Motion for Relief from Stay *of Lukoil North America LLC for Order for Relief from Automatic Stay in Order to Effect Set−Off*. Fee Amount $176.00, Filed by Lukoil North America, LLC Represented by BRIAN WILLIAM BISIGNANI (Counsel). Objections due by 2/26/2016. (Attachments: # 1 Exhibit Exhibit A−E # 2 Exhibit Certificate of Non−Concurrence # 3 Proposed Order) (BISIGNANI, BRIAN) (Entered: 02/12/2016) |
| 02/12/2016 | | | Receipt of Motion for Relief From Stay(14−12458−jkf) [motion,mrlfsty] ( 176.00) Filing Fee. Receipt number 17115323. Fee Amount $ 176.00. (re: Doc# 485) (U.S. Treasury) (Entered: 02/12/2016) |
| 02/12/2016 | | 486 | Notice of (related document(s): 485 Motion for Relief from Stay *of Lukoil North America LLC for Order for Relief from Automatic Stay in Order to Effect Set−Off*. Fee Amount $176.00,) *Motion, Response Deadline and Hearing Date* Filed by Lukoil North America, LLC. Hearing scheduled 3/16/2016 at 09:30 AM at Philadelpia Office. (BISIGNANI, BRIAN) (Entered: 02/12/2016) |
| 02/12/2016 | | 487 | Certificate of Service *for Notice of Motion, Response Deadline and Hearing Date and Motion of Lukoil North America LLC for Order for Relief from the Automatic Stay in Order to Effect Set−Off* Filed by BRIAN WILLIAM BISIGNANI on behalf of Lukoil North America, LLC (related document(s)485). (Attachments: # 1 Exhibit Exhibits A−B) (BISIGNANI, BRIAN) (Entered: 02/12/2016) |
| 02/19/2016 | | 488 | Motion for Relief from Stay *to Pursue Appeal*. Fee Amount $176.00, Filed by Campisi Construction, Inc. Represented by MATTHEW R. NAHRGANG (Counsel). Objections due by 3/7/2016. (Attachments: # 1 Exhibit A − Montco docket # 2 Exhibit B − Super Ct docket # 3 Proposed Order # 4 cert of serv) (NAHRGANG, MATTHEW) (Entered: 02/19/2016) |
| 02/19/2016 | | | Receipt of Motion for Relief From Stay(14−12458−jkf) [motion,mrlfsty] ( 176.00) Filing Fee. Receipt number 17136629. Fee Amount $ 176.00. (re: Doc# 488) (U.S. Treasury) (Entered: 02/19/2016) |
| 02/19/2016 | | 489 | Notice of (related document(s): 488 Motion for Relief from Stay *to Pursue Appeal*. Fee Amount $176.00,) Filed by Campisi Construction, Inc.. Hearing scheduled 3/16/2016 at 09:30 AM at nix3 − Courtroom #3. (NAHRGANG, MATTHEW) (Entered: 02/19/2016) |
| 02/19/2016 | | 490 | Exhibit *to cert of service, matrix* Filed by MATTHEW R. NAHRGANG on behalf of Campisi Construction, Inc. (related document(s)488). (NAHRGANG, MATTHEW) (Entered: 02/19/2016) |

| | | | |
|---|---|---|---|
| 02/22/2016 | | 491 | Objection to Motion for Relief From Stay filed by Debtor Campisi Construction, Inc. Filed by United States Trustee (related document(s)488). (Attachments: # 1 Service List) (CONWAY, GEORGE) (Entered: 02/22/2016) |
| 02/24/2016 | | 492 | Hearing Continued on 129 Debtor's Second Amended *Objection to Claim No. 9* Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc. (related document(s)78, 119). Hearing scheduled 3/16/2016 at 11:30 AM at nix3 − Courtroom #3. (D., Virginia) (Entered: 02/24/2016) |
| 02/24/2016 | | 493 | Hearing Continued on 174 Motion For Sanctions for Violation of the Automatic Stay *Against ECI, LLC* Filed by Campisi Construction, Inc. Represented by DIMITRI L. KARAPELOU (Counsel). Hearing scheduled 3/16/2016 at 11:30 AM at nix3 − Courtroom #3. (D., Virginia) (Entered: 02/24/2016) |
| 02/24/2016 | | 494 | Hearing Continued on 80 Objection to Claim Number 7,8,11 by Claimant ECI, LLC. Filed by Campisi Construction, Inc.. Hearing scheduled 3/16/2016 at 11:30 AM at nix3 − Courtroom #3. (D., Virginia) (Entered: 02/24/2016) |
| 02/24/2016 | | 495 | Status Hearing Continued on 459 . Hearing scheduled 3/16/2016 at 11:30 AM at nix3 − Courtroom #3. (D., Virginia) (Entered: 02/24/2016) |
| 02/24/2016 | | 496 | Hearing Continued on 361 Motion to Annul Automatic Stay *for Lukoil Receivables*. Fee Amount $176.00, Filed by ECI, LLC Represented by THOMAS P. MULDOON Jr.(Counsel).. Hearing scheduled 3/16/2016 at 11:30 AM at nix3 − Courtroom #3. (D., Virginia) (Entered: 02/24/2016) |
| 02/24/2016 | | 497 | Hearing Continued on 473 Motion to Approve Settlement between the Trustee and ECI, LLC and Cougar Development Group, LLC Filed by TERRY P. DERSHAW Represented by EDWARD J. DIDONATO (Counsel). Hearing scheduled 3/16/2016 at 11:30 AM at nix3 − Courtroom #3. (D., Virginia) (Entered: 02/24/2016) |
| 02/24/2016 | | 498 | Response to Motion for Relief From Stay filed by Creditor Lukoil North America, LLC Filed by TERRY P. DERSHAW (related document(s)485). (Attachments: # 1 Service List) (DIDONATO, EDWARD) (Entered: 02/24/2016) |
| 02/26/2016 | | 499 | Response to Motion for Relief From Stay filed by Creditor Lukoil North America, LLC Filed by ECI, LLC (related document(s)485). (MULDOON, THOMAS) (Entered: 02/26/2016) |
| 02/26/2016 | | 500 | Proposed Order Re: Filed by THOMAS P. MULDOON Jr. on behalf of ECI, LLC (related document(s)499). (MULDOON, THOMAS) (Entered: 02/26/2016) |
| 02/26/2016 | | 501 | Certificate of Service Filed by THOMAS P. MULDOON Jr. on behalf of ECI, LLC (related document(s)499). (MULDOON, THOMAS) (Entered: 02/26/2016) |
| 03/03/2016 | | 502 | Joinder to Objection to Motion for Relief From Stay filed by Debtor Campisi Construction, Inc. Filed by TERRY P. DERSHAW (related document(s)488). (Attachments: # 1 Service List) (DIDONATO, EDWARD) Modified on 3/4/2016 (D., Virginia). (Entered: 03/03/2016) |

| | | | |
|---|---|---|---|
| 03/04/2016 | | | Corrective Entry re: added "Joinder" to the objection to motion for relief from stay (related document(s)502). (D., Virginia) (Entered: 03/04/2016) |
| 03/14/2016 | | 503 | Notice of Appearance and Request for Notice by MATTHEW R. NAHRGANG Filed by MATTHEW R. NAHRGANG on behalf of Anthony G Campisi, Campisi Construction, Inc.. (NAHRGANG, MATTHEW) (Entered: 03/14/2016) |
| 03/14/2016 | | 504 | Joinder to *Debtor's Motion for Relief to Pursue Appeal* Filed by MATTHEW R. NAHRGANG on behalf of Anthony G Campisi (related document(s)488). (NAHRGANG, MATTHEW) (Entered: 03/14/2016) |
| 03/15/2016 | | 505 | Notice of Appearance and Request for Notice by JOHN C. KILGANNON Filed by JOHN C. KILGANNON on behalf of Cornerstone Consulting Engineers & Architectural, Inc.. (KILGANNON, JOHN) (Entered: 03/15/2016) |
| 03/16/2016 | | 506 | Hearing Continued on 361 Motion to Annul Automatic Stay *for Lukoil Receivables*. Fee Amount $176.00, Filed by ECI, LLC Represented by THOMAS P. MULDOON Jr.(Counsel). Hearing scheduled 4/27/2016 at 11:30 AM at nix3 − Courtroom #3. (D., Virginia) (Entered: 03/16/2016) |
| 03/16/2016 | | 507 | Hearing Continued on 485 Motion for Relief from Stay *of Lukoil North America LLC for Order for Relief from Automatic Stay in Order to Effect Set−Off*. Fee Amount $176.00, Filed by Lukoil North America, LLC Represented by BRIAN WILLIAM BISIGNANI (Counsel). Hearing scheduled 4/27/2016 at 11:30 AM at nix3 − Courtroom #3. (D., Virginia) (Entered: 03/16/2016) |
| 03/16/2016 | | 508 | Status Hearing Held on (related document(s), 459 ). Satisfied (D., Virginia) (Entered: 03/17/2016) |
| 03/16/2016 | | 509 | Hearing Held on 80 Objection to Claim Number 7,8,11 by Claimant ECI, LLC. Filed by Campisi Construction, Inc. Resolved. Stipulation settlement. (D., Virginia) (Entered: 03/17/2016) |
| 03/16/2016 | | 510 | Hearing Held on 473 Motion to Approve Settlement between the Trustee and ECI, LLC and Cougar Development Group, LLC Filed by TERRY P. DERSHAW Represented by EDWARD J. DIDONATO (Counsel). Satisfied. Order entered. (D., Virginia) (Entered: 03/17/2016) |
| 03/16/2016 | | 511 | Order entered Granting Motion of the Trustee for Approval of Settlement (Related Doc # 473). (D., Virginia) (Entered: 03/17/2016) |
| 03/16/2016 | | 512 | Hearing Held on 174 Motion For Sanctions for Violation of the Automatic Stay *Against ECI, LLC* Filed by Campisi Construction, Inc. Represented by DIMITRI L. KARAPELOU (Counsel). ' Resolved by settlement stipulation. (D., Virginia) (Entered: 03/17/2016) |
| 03/16/2016 | | 513 | Hearing Held on 129 Debtor's Second Amended *Objection to Claim No. 9* Filed by DIMITRI L. KARAPELOU on behalf of Campisi Construction, Inc. (related document(s)78, 119). Resolved. Stipulation of settlement. (D., Virginia) (Entered: 03/17/2016) |
| 03/16/2016 | | 514 | Status Hearing Held on 3/16/2016. (D., Virginia) (Entered: 03/17/2016) |
| 03/16/2016 | | 515 | Hearing Held on 488 Motion for Relief from Stay *to Pursue Appeal*. Fee Amount $176.00, Filed by Campisi Construction, Inc. Represented by |

| | | | |
|---|---|---|---|
| | | | MATTHEW R. NAHRGANG (Counsel). Revised order to be submitted. (D., Virginia) (Entered: 03/17/2016) |
| 03/17/2016 | | | Disposition of Adversary 2:14−ap−616 (related document(s)1). (D., Virginia) (Entered: 03/17/2016) |
| 03/17/2016 | | | Adversary Case 2:14−ap−616 Terminated for Statistical Purposes. (D., Virginia) (Entered: 03/17/2016) |
| 03/19/2016 | | 516 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 511)). No. of Notices: 1. Notice Date 03/19/2016. (Admin.) (Entered: 03/20/2016) |
| 03/21/2016 | | 517 | Order entered that the automatic stay of Section 362 of the United States Bankruptcy Code created by virtue of the above captioned proceeding is not applicable to Anthony Campisi, individually, and does not impair, prevent nor prohibit Anthony Campisi, for and on behalf of himself only, from pursuing an appeal of the Montgomery County March 7, 2014 Order denying a Petition to Open or Strike Judgement. Further, such extends and applies to any appeal of a Superior Court Order entered in 947 EDA 2014, and if the appeal is ultimately successful, any remand to the Court of Common Pleas, but as and only to, Anthony Campisi, individually . (D., Virginia) (Entered: 03/21/2016) |
| 03/23/2016 | | 518 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 517)). No. of Notices: 1. Notice Date 03/23/2016. (Admin.) (Entered: 03/24/2016) |
| 04/05/2016 | | 519 | Motion to Abandon . Fee Amount $176.00 Filed by TERRY P. DERSHAW Represented by EDWARD J. DIDONATO (Counsel). (Attachments: # 1 Exhibit A # 2 Proposed Order # 3 Service List) (DIDONATO, EDWARD) (Entered: 04/05/2016) |
| 04/05/2016 | | | Receipt of Motion to Abandon(14−12458−jkf) [motion,mabn] ( 176.00) Filing Fee. Receipt number 17283456. Fee Amount $ 176.00. (re: Doc# 519) (U.S. Treasury) (Entered: 04/05/2016) |
| 04/05/2016 | | 520 | Notice of (related document(s): 519 Motion to Abandon . Fee Amount $176.00) Filed by TERRY P. DERSHAW. Hearing scheduled 5/4/2016 at 09:30 AM at nix3 − Courtroom #3. (DIDONATO, EDWARD) (Entered: 04/05/2016) |
| 04/21/2016 | | 521 | Application for Compensation for Breznicky Associates PC, Accountant, Period: to, Fee: $12,206.25, Expenses: $. Filed by A. WESLEY BRIDGES Represented by Self(Counsel). (BRIDGES, A.) (Entered: 04/21/2016) |
| 04/27/2016 | | 522 | Hearing Continued on 485 Motion for Relief from Stay *of Lukoil North America LLC for Order for Relief from Automatic Stay in Order to Effect Set−Off*. Fee Amount $176.00, Filed by Lukoil North America, LLC Represented by BRIAN WILLIAM BISIGNANI (Counsel). Hearing scheduled 6/1/2016 at 11:30 AM at nix3 − Courtroom #3. (D., Virginia) (Entered: 04/28/2016) |
| 04/27/2016 | | 523 | Hearing Continued on 361 Motion to Annul Automatic Stay *for Lukoil Receivables*. Fee Amount $176.00, Filed by ECI, LLC Represented by THOMAS P. MULDOON Jr.(Counsel). Hearing scheduled 6/1/2016 at 11:30 AM at nix3 − Courtroom #3. (D., Virginia) (Entered: 04/28/2016) |

| | | | |
|---|---|---|---|
| 05/04/2016 | | 524 | Hearing Continued on 519 Motion to Abandon . Fee Amount $176.00 Filed by TERRY P. DERSHAW Represented by EDWARD J. DIDONATO (Counsel). Hearing scheduled 6/1/2016 at 11:30 AM at nix3 − Courtroom #3. (D., Virginia) (Entered: 05/04/2016) |
| 06/01/2016 | | 525 | Certificate of No Response to *Motion of Trustee to Abandon Debtor's Assets* Filed by EDWARD J. DIDONATO on behalf of TERRY P. DERSHAW (related document(s)519). (DIDONATO, EDWARD) (Entered: 06/01/2016) |
| 06/01/2016 | | 526 | Hearing Not Held on 361 Motion to Annul Automatic Stay *for Lukoil Receivables*. Fee Amount $176.00, Filed by ECI, LLC Represented by THOMAS P. MULDOON Jr.(Counsel). Motion settled. Stipulation to be filed. (D., Virginia) Modified on 6/3/2016 (R., Joan). (Entered: 06/02/2016) |
| 06/01/2016 | | 527 | Hearing Not Held on 519 Motion to Abandon . Fee Amount $176.00 Filed by TERRY P. DERSHAW Represented by EDWARD J. DIDONATO (Counsel). Certification of no objection to be filed. Order to be entered. (D., Virginia) Modified on 6/3/2016 (R., Joan). (Entered: 06/02/2016) |
| 06/01/2016 | | 528 | Hearing Not Held on 485 Motion for Relief from Stay *of Lukoil North America LLC for Order for Relief from Automatic Stay in Order to Effect Set−Off*. Fee Amount $176.00, Filed by Lukoil North America, LLC Represented by BRIAN WILLIAM BISIGNANI (Counsel). Motion settled. Stipulation to be filed. (D., Virginia) Modified on 6/3/2016 (R., Joan). (Entered: 06/02/2016) |
| 06/03/2016 | | 529 | Order entered Granting Motion To Abandon Certain Property (Related Doc # 519). (D., Virginia) (Entered: 06/03/2016) |
| 06/05/2016 | | 530 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 529)). No. of Notices: 1. Notice Date 06/05/2016. (Admin.) (Entered: 06/06/2016) |
| 06/29/2016 | | 531 | Motion to Approve Compromise under Rule 9019 *between the Trustee and American Express* Filed by TERRY P. DERSHAW Represented by EDWARD J. DIDONATO (Counsel). (Attachments: # 1 Proposed Order # 2 Service List) (DIDONATO, EDWARD) (Entered: 06/29/2016) |
| 06/29/2016 | | 532 | Notice of (related document(s): 531 Motion to Approve Compromise under Rule 9019 *between the Trustee and American Express*) Filed by TERRY P. DERSHAW. Hearing scheduled 8/3/2016 at 09:30 AM at nix3 − Courtroom #3. (DIDONATO, EDWARD) (Entered: 06/29/2016) |
| 07/14/2016 | | 533 | Certificate of No Response to *Motion to Approve Settlement between the Trustee and American Express* Filed by EDWARD J. DIDONATO on behalf of TERRY P. DERSHAW (related document(s)531). (DIDONATO, EDWARD) (Entered: 07/14/2016) |
| 08/03/2016 | | 534 | Order entered Granting Motion to Approve Compromise under Rule 9019 (Related Doc # 531) (D., Virginia) (Entered: 08/03/2016) |
| 08/03/2016 | | 535 | Hearing Held on 531−Motion to approve compromise under Rule 9019. Certification of no answer filed. Order entered. (D., Virginia) (Entered: 08/03/2016) |
| 08/05/2016 | | 536 | |

| | | | |
|---|---|---|---|
| | | | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 534)). No. of Notices: 1. Notice Date 08/05/2016. (Admin.) (Entered: 08/06/2016) |
| 08/30/2016 | | 537 | Withdrawal of Appearance and entry of appearance of Robert J. Birch, Esquire Filed by ROBERT J. BIRCH on behalf of ECI, LLC. (BIRCH, ROBERT) (Entered: 08/30/2016) |
| 09/09/2016 | | 538 | Motion *to Approve the Disposition of Abandoned Equipment Free and Clear of All Liens, Claims and Encumbrances* Filed by ECI, LLC Represented by ROBERT J. BIRCH (Counsel). (BIRCH, ROBERT) (Entered: 09/09/2016) |
| 09/09/2016 | | 539 | Notice of (related document(s): 538 Motion *to Approve the Disposition of Abandoned Equipment Free and Clear of All Liens, Claims and Encumbrances*) Filed by Campisi Construction, Inc.. Hearing scheduled 10/12/2016 at 09:30 AM at nix3 − Courtroom #3. (BIRCH, ROBERT) (Entered: 09/09/2016) |
| 09/27/2016 | | 540 | Reply to Generic Motion filed by Creditor ECI, LLC *to Approve Disposition of Abandoned Equipment* Filed by TERRY P. DERSHAW (related document(s)538). (Attachments: # 1 Service List) (DIDONATO, EDWARD) (Entered: 09/27/2016) |
| 09/27/2016 | | 541 | Reply to Reply filed by Trustee TERRY P. DERSHAW Filed by ECI, LLC (related document(s)540). (BIRCH, ROBERT) (Entered: 09/27/2016) |
| 09/29/2016 | | 542 | Certificate of No Response to *Application for Compensation* Filed by A. WESLEY BRIDGES on behalf of Breznicky Associates PC (related document(s)521). (BRIDGES, A.) (Entered: 09/29/2016) |
| 10/04/2016 | | 543 | Order Granting Application For Compensation (Related Doc # 521) Granting for Breznicky Associates PC, fees awarded: $12206.25, expenses awarded: $0.00 (D., Virginia) (Entered: 10/04/2016) |
| 10/06/2016 | | 544 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 543)). No. of Notices: 2. Notice Date 10/06/2016. (Admin.) (Entered: 10/07/2016) |
| 10/11/2016 | | 545 | Response to Generic Motion filed by Creditor ECI, LLC Filed by Anthony G Campisi (related document(s)538). (Attachments: # 1 Exhibit A − Sample Motor Carrier for Illustration # 2 Exhibit B− Movant state court pleading # 3 Proposed Order) (NAHRGANG, MATTHEW) (Entered: 10/11/2016) |
| 10/12/2016 | | 546 | Hearing Held on 538 Motion *to Approve the Disposition of Abandoned Equipment Free and Clear of All Liens, Claims and Encumbrances* Filed by ECI, LLC Represented by ROBERT J. BIRCH (Counsel). Motion denied. (D., Virginia) (Entered: 10/12/2016) |
| 10/24/2016 | | 547 | Motion to Deposit Funds into Court Registry *In the Nature of an Interpleader to Deposit The Amount $101,039.72 With The Court* Filed by Lukoil North America, LLC Represented by BRIAN WILLIAM BISIGNANI (Counsel). (Attachments: # 1 Proposed Order) (BISIGNANI, BRIAN) (Entered: 10/24/2016) |
| 10/24/2016 | | 548 | |

| | | | |
|---|---|---|---|
| | | | Notice of (related document(s): <u>547</u> Motion to Deposit Funds into Court Registry *In the Nature of an Interpleader to Deposit The Amount $101,039.72 With The Court) , Response Deadline and Hearing Date* Filed by Lukoil North America, LLC. Hearing scheduled 12/7/2016 at 09:30 AM at Nix #3 (BISIGNANI, BRIAN) Modified on 10/25/2016 (D., Virginia). (Entered: 10/24/2016) |
| 10/24/2016 | | <u>549</u> | Certificate of Service *for Motion of Lukoil North America LLC in the Nature of an Interpleader to Deposit the Amount of $101,039.71 With The Court* Filed by BRIAN WILLIAM BISIGNANI on behalf of Lukoil North America, LLC (related document(s)<u>547</u>). (Attachments: # <u>1</u> Exhibit A # <u>2</u> Exhibit B) (BISIGNANI, BRIAN) (Entered: 10/24/2016) |
| 10/24/2016 | | 550 | Hearing Set <u>547</u> Motion to Deposit Funds into Court Registry *In the Nature of an Interpleader to Deposit The Amount $101,039.72 With The Court* Filed by Lukoil North America, LLC Represented by BRIAN WILLIAM BISIGNANI (Counsel). Hearing scheduled 12/7/2016 at 09:30 AM at nix3 − Courtroom #3. (D., Virginia) (Entered: 10/25/2016) |
| 10/25/2016 | | | Corrective Entry re: corrected the time to read: 9:30 AM and the location to read Nix #3(related document(s)<u>548</u>). (D., Virginia) (Entered: 10/25/2016) |
| 11/03/2016 | | <u>551</u> | Transcript regarding Hearing Held on 3/16/16 Motion for Relief from Stay to Pursue Appeal. Transcribed by Washington Rapid 59 pages. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, call the Clerk's Office] (related document(s) 515 ). Notice of Intent to Request Redaction Deadline Due By 11/10/2016. Redaction Request Due By 11/24/2016. Redacted Transcript Submission Due By 12/4/2016. Transcript access will be restricted through 2/1/2017. (D., Tasha) (Entered: 11/03/2016) |
| 11/07/2016 | | <u>552</u> | AMENDED Transcript regarding Hearing Held on 3/16/16 Motion for Relief from Stay of Lukoil North America LLC for Order for Relief from Automatic Stay in Order to Effect Set−Off. Transcribed by Washington Rapid 84 pages. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, call the Clerk's Office] (related document(s) 507 ). Notice of Intent to Request Redaction Deadline Due By 11/14/2016. Redaction Request Due By 11/28/2016. Redacted Transcript Submission Due By 12/8/2016. Transcript access will be restricted through 2/5/2017. (D., Tasha) (Entered: 11/07/2016) |
| 11/20/2016 | | <u>553</u> | Response to Motion to Deposit Funds into Court Registry filed by Creditor Lukoil North America, LLC Filed by ECI, LLC (related document(s)<u>547</u>). (Attachments: # <u>1</u> Proposed Order) (BIRCH, ROBERT) (Entered: 11/20/2016) |
| 11/22/2016 | | <u>554</u> | Limited Objection to Motion to Deposit Funds into Court Registry filed by Creditor Lukoil North America, LLC Filed by TERRY P. DERSHAW (related document(s)<u>547</u>). (Attachments: # <u>1</u> Service List) (DIDONATO, EDWARD) (Entered: 11/22/2016) |
| 12/07/2016 | | 555 | Hearing Held on <u>547</u> Motion to Deposit Funds into Court Registry *In the Nature of an Interpleader to Deposit The Amount $101,039.72 With The Court* Filed by Lukoil North America, LLC Represented by BRIAN WILLIAM BISIGNANI (Counsel). Order entered. (D., Virginia) (Entered: 12/07/2016) |

| | | | |
|---|---|---|---|
| 12/07/2016 | | 556 | Order entered Granting Motion of Lukoil North America LLC in the nature of an interpleader to deposit the amount of $101,039.71 with the Court Related Doc # 547). Lukoil North America LLC shall turnover $101,039.71 to the trustee . Upon payment of the $101,039.71, Lukoil North America LLC shall have no further liability to any party relative to the monies deposited. (D., Virginia) (Entered: 12/07/2016) |
| 12/09/2016 | | 557 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 556)). No. of Notices: 1. Notice Date 12/09/2016. (Admin.) (Entered: 12/10/2016) |
| 03/27/2017 | | 558 | Motion to Approve Motion to approve and enforce settlement agreement between Chapter 7 Trustee, ECI, LLC and Cornerstone Consulting Engineers & Architectural, Inc. Filed by Cornerstone Consulting Engineers & Architectural, Inc. Represented by JOHN C. KILGANNON (Counsel). (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H # 9 Exhibit I # 10 Exhibit J # 11 Exhibit K # 12 Exhibit L # 13 Exhibit M # 14 Exhibit N # 15 Proposed Order # 16 Service List) (KILGANNON, JOHN) (Entered: 03/27/2017) |
| 03/27/2017 | | 559 | Notice of (related document(s): 558 Motion to Approve Motion to approve and enforce settlement agreement between Chapter 7 Trustee, ECI, LLC and Cornerstone Consulting Engineers & Architectural, Inc.) Filed by Cornerstone Consulting Engineers & Architectural, Inc.. Hearing scheduled 4/26/2017 at 10:30 AM at nix3 − Courtroom #3. (KILGANNON, JOHN) (Entered: 03/27/2017) |
| 04/11/2017 | | 560 | Response to Motion to Approve filed by Creditor Cornerstone Consulting Engineers & Architectural, Inc. Filed by Anthony G Campisi (related document(s)558). (NAHRGANG, MATTHEW) (Entered: 04/11/2017) |
| 04/14/2017 | | 561 | Objection to Motion to Approve filed by Creditor Cornerstone Consulting Engineers & Architectural, Inc. Filed by ECI, LLC (related document(s)558). (Attachments: # 1 Exhibit Ex A # 2 Exhibit Ex B # 3 Exhibit Ex C # 4 Exhibit Ex D # 5 Exhibit Ex E # 6 Exhibit Ex F # 7 Exhibit Ex G # 8 Exhibit Ex H) (MULDOON, THOMAS) (Entered: 04/14/2017) |
| 04/25/2017 | | 562 | Praecipe to Withdraw *Response to Cornerstone Motion* Filed by MATTHEW R. NAHRGANG on behalf of Anthony G Campisi (related document(s)560). (NAHRGANG, MATTHEW) (Entered: 04/25/2017) |
| 04/26/2017 | | 563 | Hearing Held on 558 Motion to Approve Motion to approve and enforce settlement agreement between Chapter 7 Trustee, ECI, LLC and Cornerstone Consulting Engineers & Architectural, Inc. (related document(s),558). Answer filed. Revised Order to be submitted. See Adversary 14−616. (J., Randi) (Entered: 04/27/2017) |
| 05/09/2017 | | | Adversary Case 2:14−ap−616 Terminated for Statistical Purposes. (D., Virginia) (Entered: 05/09/2017) |
| 07/28/2017 | | 564 | Expedited Motion For Contempt Filed by ECI, LLC Represented by THOMAS P. MULDOON Jr.(Counsel). (Attachments: # 1 Proposed Order Scheduling Order # 2 Proposed Order Proposed Final Order # 3 Exhibit Exhibit A # 4 Exhibit Exhibit B # 5 Exhibit Exhibit C # 6 Exhibit Exhibit D # 7 Exhibit Exhibit E # 8 Exhibit Exhibit F # 9 Exhibit Exhibit G # 10 Exhibit Exhibit H # 11 Service List Service list of Counsel and creditors) (MULDOON, THOMAS) (Entered: 07/28/2017) |

| | | | |
|---|---|---|---|
| 07/31/2017 | | <u>565</u> | Order Scheduling Hearing re:<u>564</u> Expedited Motion For Contempt Filed by ECI, LLC Represented by THOMAS P. MULDOON Jr.(Counsel). (Attachments: # 1 Proposed Order Scheduling Order # 2 Order Proposed Final Order # 3 Exhibit Exhibit A # 4 Exhibit Exhibit B # 5 Exhibit C # 6 Exhibit Exhibit D # 7 Exhibit Exhibit E # 8 Exhibit Exhibit F # 9 Exhibit Exhibit G # 10 Exhibit Exhibit H # 11 Service List Service list of Counsel and creditors) filed by Creditor ECI, LLC. Hearing scheduled 8/2/2017 at 10:30 AM at nix3 − Courtroom #3. ** ECI shall serve this order and a copy of the Motion, if not previously served, upon the Chapter 7 trustee, T.S. Environmental Contractors, Inc., Adam Sager, Esq., Matthew Nahrgang, Esq., US. Trustee via electronic mail, facsimile or overnight mail on or before 5:00pm on July 31, 2017, and by fax, email or regular mail upon the twenty (20) largest creditors. (W., Yvette) (Entered: 07/31/2017) |
| 08/01/2017 | | <u>566</u> | Response to Motion for Contempt filed by Creditor ECI, LLC Filed by Anthony G Campisi (related document(s)<u>564</u>). (Attachments: # <u>1</u> Proposed Order # <u>2</u> Exhibit A − Cornerstone Motion # <u>3</u> Exhibit B − Cornerstone Proposed Order) (NAHRGANG, MATTHEW) (Entered: 08/01/2017) |
| 08/02/2017 | | 567 | Hearing Held on <u>564</u> Expedited Motion For Contempt Filed by ECI, LLC Represented by THOMAS P. MULDOON Jr.(Counsel). Motion denied. (D., Virginia) (Entered: 08/02/2017) |
| 08/05/2017 | | <u>568</u> | Motion to Modify Automatic Stay . Fee Amount $181.00, Filed by Cougar Development Group, LLC Represented by DOUGLAS R. LALLY (Counsel). Objections due by 8/28/2017. (Attachments: # <u>1</u> Proposed Order # <u>2</u> Service List) (LALLY, DOUGLAS) (Entered: 08/05/2017) |
| 08/05/2017 | | | Receipt of Motion to Modify Automatic Stay(14−12458−jkf) [motion,mmodsty] ( 181.00) Filing Fee. Receipt number 19089142. Fee Amount $ 181.00. (re: Doc# <u>568</u>) (U.S. Treasury) (Entered: 08/05/2017) |
| 08/05/2017 | | <u>569</u> | Notice of (related document(s): <u>568</u> Motion to Modify Automatic Stay . Fee Amount $181.00,) Filed by Cougar Development Group, LLC. Hearing scheduled 8/30/2017 at 09:30 AM at nix3 − Courtroom #3. (LALLY, DOUGLAS) (Entered: 08/05/2017) |
| 08/05/2017 | | <u>570</u> | Motion to Modify Automatic Stay . Fee Amount $181.00, Filed by ECI, LLC Represented by DOUGLAS R. LALLY (Counsel). Objections due by 8/28/2017. (Attachments: # <u>1</u> Proposed Order # <u>2</u> Service List) (LALLY, DOUGLAS) . (Entered: 08/05/2017) |
| 08/05/2017 | | | Receipt of Motion to Modify Automatic Stay(14−12458−jkf) [motion,mmodsty] ( 181.00) Filing Fee. Receipt number 19089147. Fee Amount $ 181.00. (re: Doc# <u>570</u>) (U.S. Treasury) (Entered: 08/05/2017) |
| 08/05/2017 | | <u>571</u> | Notice of (related document(s): <u>570</u> Motion to Modify Automatic Stay . Fee Amount $181.00,) Filed by ECI, LLC. (LALLY, DOUGLAS) (Entered: 08/05/2017) |
| 08/07/2017 | | <u>572</u> | Notice of (related document(s): <u>570</u> Motion to Modify Automatic Stay . Fee Amount $181.00,) Filed by ECI, LLC. Hearing scheduled 8/30/2017 at 09:30 AM at nix3 − Courtroom #3. (LALLY, DOUGLAS) (Entered: 08/07/2017) |
| 08/28/2017 | | <u>573</u> | |

| | | | |
|---|---|---|---|
| | | | Response to Motion to Modify Automatic Stay filed by Creditor ECI, LLC Filed by Anthony G Campisi (related document(s)570). (Attachments: # 1 Exhibit 1 # 2 Proposed Order) (SCHROEDER, WILLIAM) (Entered: 08/28/2017) |
| 08/29/2017 | | 574 | Certificate of Service *of Anthiny G. Campisi's Reply to Motion of ECI, LLC.* Filed by WILLIAM D. SCHROEDER JR on behalf of Anthony G Campisi (related document(s)573). (SCHROEDER, WILLIAM) (Entered: 08/29/2017) |
| 08/29/2017 | | 575 | Response to Motion to Modify Automatic Stay filed by Creditor Cougar Development Group, LLC Filed by Anthony G Campisi (related document(s)568). (Attachments: # 1 Proposed Order # 2 Service List) (SCHROEDER, WILLIAM) (Entered: 08/29/2017) |
| 08/30/2017 | | 576 | Hearing Continued on 570 Motion to Modify Automatic Stay . Fee Amount $181.00, Filed by ECI, LLC Represented by DOUGLAS R. LALLY (Counsel). Revised Order to be submitted. Hearing scheduled 9/27/2017 at 09:30 AM at nix3 − Courtroom #3. (D., Virginia) (Entered: 08/30/2017) |
| 08/30/2017 | | 577 | Hearing Continued on 568 Motion to Modify Automatic Stay . Fee Amount $181.00, Filed by Cougar Development Group, LLC Represented by DOUGLAS R. LALLY (Counsel). Hearing scheduled 9/27/2017 at 09:30 AM at nix3 − Courtroom #3. (D., Virginia) (Entered: 08/30/2017) |
| 08/31/2017 | | 578 | Proposed Order Re: *Partial Order for ECI, LLC Regarding Lukoil North America, LLC* Filed by DOUGLAS R. LALLY on behalf of ECI, LLC (related document(s)570). (LALLY, DOUGLAS) (Entered: 08/31/2017) |
| 09/12/2017 | | 579 | Order(partial) entered Granting Motion to Modify Automatic Stay . Fee Amount $181.00, Filed by ECI, LLC(Related Doc 570). (D., Virginia) Modified on 9/14/2017 (R., Joan). (Entered: 09/12/2017) |
| 09/13/2017 | | 580 | Motion to Vacate (related documents Motion for Contempt) *Order Entered in Adversary Action on May 1, 2017* Filed by Anthony G Campisi Represented by WILLIAM D. SCHROEDER JR(Counsel) (related document(s)564). (Attachments: # 1 Memorandum of Law # 2 Proposed Order # 3 Exhibit Exhibit # 1 # 4 Exhibit Exhibit # 2) (SCHROEDER, WILLIAM) (Entered: 09/13/2017) |
| 09/13/2017 | | 581 | Memorandum in Support of *Motions to Modify Automatic Stay* Filed by DOUGLAS R. LALLY on behalf of Cougar Development Group, LLC, ECI, LLC (related document(s)568, 570). (Attachments: # 1 Proposed Order for Cougar Development Group, LLC and ECI, LLC # 2 Service List) (LALLY, DOUGLAS) (Entered: 09/13/2017) |
| 09/13/2017 | | 583 | Memorandum of Law in Support of Motion of Anthony G. Campisi to Vacate Order entered on May 1, 2017 (Docket Entry #50) of Filed by WILLIAM D. SCHROEDER JR on behalf of Anthony G Campisi (related document(s)573). (K., Marie) (Entered: 09/18/2017) |
| 09/14/2017 | | 582 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 579)). No. of Notices: 1. Notice Date 09/14/2017. (Admin.) (Entered: 09/15/2017) |
| 09/20/2017 | | 584 | Response to Motion to Vacate filed by Interested Party Anthony G Campisi Filed by ECI, LLC (related document(s)580). (Attachments: # 1 |

| | | | |
|---|---|---|---|
| | | | Proposed Order # 2 Service List) (MULDOON, THOMAS) (Entered: 09/20/2017) |
| 09/21/2017 | | 585 | Response to Motion to Vacate filed by Interested Party Anthony G Campisi *reserving rights of Cornerstone Consulting Engineers & Architectural, Inc.* Filed by Cornerstone Consulting Engineers & Architectural, Inc. (related document(s)580). (KILGANNON, JOHN) (Entered: 09/21/2017) |
| 09/21/2017 | | 592 | Response to Motion to Vacate filed by Interested Party Anthony G. Campisi filed by ECI, LLC in re: Filed by JOHN C. KILGANNON on behalf of Cornerstone Consulting Engineers & Architectural, Inc. filed by Cornerstone Consulting Enginneres & Architectural, Inc. (D., Virginia)***placed on docket in error (Entered: 10/12/2017) |
| 09/22/2017 | | 586 | Supplemental Reply to Motion to Vacate filed by Interested Party Anthony G Campisi *This is a response to ECI and Cornerstone replies* Filed by Anthony G Campisi (related document(s)580). (Attachments: # 1 Affidavit of Anthony G. Campisi) (SCHROEDER, WILLIAM) (Entered: 09/22/2017) |
| 09/26/2017 | | 587 | Praecipe to Withdraw *Docket Entry #580, Motion of Anthony Campisi to Vacate Order* Filed by WILLIAM D. SCHROEDER JR on behalf of Anthony G Campisi (related document(s)580). (SCHROEDER, WILLIAM) (Entered: 09/26/2017) |
| 09/27/2017 | | 588 | Hearing Held on 568 Motion to Modify Automatic Stay . Fee Amount $181.00, Filed by Cougar Development Group, LLC Represented by DOUGLAS R. LALLY (Counsel). (related document(s),568). Motion adjourned−TBD. Revised order to be submitted. (S., Antoinette) (Entered: 09/28/2017) |
| 09/27/2017 | | 589 | Hearing Held on 570 Motion to Modify Automatic Stay . Fee Amount $181.00, Filed by ECI, LLC Represented by DOUGLAS R. LALLY (Counsel). Motion adjourned−TDB. Revised Order to be submitted. (S., Antoinette) (Entered: 09/28/2017) |
| 10/06/2017 | | 590 | Proposed Order Re: *Order to Re−open Adversary Action #14−00616* Filed by WILLIAM D. SCHROEDER JR on behalf of Anthony G Campisi (related document(s)573). (Attachments: # 1 Service List) (SCHROEDER, WILLIAM) (Entered: 10/06/2017) |
| 10/11/2017 | | | Adversary Case Number 14−616 Reopened.. (D., Virginia) (Entered: 10/12/2017) |
| 10/11/2017 | | 591 | Copy of that the adversary action 14−616 associated with this bankruptcy is re−opened .Original located at 14−616 (D., Virginia) (Entered: 10/12/2017) |
| 10/14/2017 | | 593 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 591)). No. of Notices: 2. Notice Date 10/14/2017. (Admin.) (Entered: 10/15/2017) |
| 10/19/2017 | | 594 | Supplemental Reply to Motion to Modify Automatic Stay filed by Creditor Cougar Development Group, LLC Filed by Cougar Development Group, LLC, ECI, LLC (related document(s)568). (Attachments: # 1 Proposed Order # 2 Service List) (MULDOON, THOMAS) (Entered: 10/19/2017) |

| | | | |
|---|---|---|---|
| 10/20/2017 | | 595 | Amended Certificate of Service Filed by THOMAS P. MULDOON Jr. on behalf of ECI, LLC (related document(s)581). (MULDOON, THOMAS) (Entered: 10/20/2017) |
| 10/30/2017 | | 596 | Notice of Appearance and Request for Notice by ROBERT H. HOLBER Filed by ROBERT H. HOLBER on behalf of Robert H Holber. (HOLBER, ROBERT) (Entered: 10/30/2017) |
| 11/16/2017 | | 597 | Status Hearing Set regarding Motion to Modify Automatic Stay Filed by Cougar Development Group, LLC (Bankruptcy 14−12458−JKF)Motion to Modify Automatic Stay Filed by ECI, LLC (Bankruptcy 14−12458−JKF) Motion to Vacate Filed by Anthony G. Campisi (Adversary 14−0616−JKF). Status Hearing scheduled 12/5/2017 at 02:00 PM at nix3 − Courtroom #3. (R., Joan) (Entered: 11/16/2017) |
| 11/18/2017 | | 598 | BNC Certificate of Mailing − Hearing Set. Number of Notices Mailed: (related document(s) (Related Doc # 597)). No. of Notices: 14. Notice Date 11/18/2017. (Admin.) (Entered: 11/19/2017) |
| 12/05/2017 | | 599 | Status Hearing Continued on 568 Motion to Modify Automatic Stay . Filed by Cougar Development Group, LLC Represented by DOUGLAS R. LALLY (Counsel). Filed by Creditor Cougar Development Group, LLC. Hearing scheduled 12/13/2017 at 09:30 AM at nix3 − Courtroom #3. (J., Christina) (Entered: 12/11/2017) |
| 12/05/2017 | | 600 | Hearing Continued on 570 Motion to Modify Automatic Stay . Filed by ECI, LLC Represented by DOUGLAS R. LALLY (Counsel). Hearing scheduled 12/13/2017 at 09:30 AM at nix3 − Courtroom #3. (J., Christina) (Entered: 12/11/2017) |
| 12/13/2017 | | 601 | Status Hearing Held on 570 Motion to Modify Automatic Stay Filed by ECI, LLC Represented by DOUGLAS R. LALLY (Counsel). Revised Order to be submitted. (J., Christina) (Entered: 12/15/2017) |
| 12/13/2017 | | 602 | Status Hearing Held on 568. Motion to Modify Automatic Stay . Filed by Cougar Development Group, LLC Represented by DOUGLAS R. LALLY (Counsel). Revised Order to be submitted. (J., Christina) (Entered: 12/15/2017) |
| 01/09/2018 | | 603 | Transcript regarding Hearing Held 8/2/17 Expedited Motion For Contempt Filed by ECI, LLC Represented by THOMAS P. MULDOON Jr.(Counsel). Transcribed by BHI Business services 20 pages. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, call the Clerk's Office] (related document(s) 567 ). Notice of Intent to Request Redaction Deadline Due By 1/16/2018. Redaction Request Due By 1/30/2018. Redacted Transcript Submission Due By 2/9/2018. Transcript access will be restricted through 4/9/2018. (D., Tasha) (Entered: 01/09/2018) |
| 01/29/2018 | | 604 | STATUS Hearing Set REGARDING REVISED ORDER AS TO 568 Motion to Modify Automatic Stay . Filed by Cougar Development Group, LLC AND 570 Motion to Modify Automatic Stay Filed by ECI, LLC . Hearing scheduled 2/1/2018 at 11:00 AM at nix3 − Courtroom #3. (R., Joan) (Entered: 01/29/2018) |
| 01/31/2018 | | 605 | BNC Certificate of Mailing − Hearing Set. Number of Notices Mailed: (related document(s) (Related Doc # 604)). No. of Notices: 15. Notice Date 01/31/2018. (Admin.) (Entered: 02/01/2018) |

| | | | |
|---|---|---|---|
| 02/01/2018 | | 606 | STATUS HEARING Continued on <u>568</u> Motion to Modify Automatic Stay . Fee Amount $181.00, Filed by Cougar Development Group, LLC Represented by DOUGLAS R. LALLY (Counsel). Hearing scheduled 2/21/2018 at 11:30 AM at nix3 − Courtroom #3. (D., Virginia) (Entered: 02/01/2018) |
| 02/21/2018 | | 609 | Status Hearing Held Re: Revised Orders to be filed as to Motion to Modify Automatic Stay Filed by Cougar Development Group LLC and ECI LLC. − Revised order . (R., Joan) (Entered: 04/03/2018) |
| 03/27/2018 | | <u>607</u> | Supplemental Reply to Reply filed by Interested Party Anthony G Campisi Filed by ECI (related document(s)<u>586</u>). (Attachments: # <u>1</u> Service List) (MULDOON, THOMAS) (Entered: 03/27/2018) |
| 04/02/2018 | | <u>608</u> | Order entered Granting Motion to Compel Compliance with the Approved Settlement Agreement with relief from the automatic stay Modify Automatic Stay (Related Doc # <u>570</u>). (D., Virginia) Additional attachment(s) added on 4/4/2018 (D., Virginia). (Entered: 04/02/2018) |
| 04/04/2018 | | <u>610</u> | Order entered Granting Motion to Compel Compliance with the Approved Settlement Agreement with relief from the Automatic Stay filed by Cougar Development Group , LLC re: <u>568</u>). (D., Virginia) (Entered: 04/04/2018) |
| 04/04/2018 | | <u>611</u> | Court's Certificate of Mailing. Number of notices: 1 copy mailed to Campisi Construction, Inc.(related document(s)<u>608</u>). (D., Virginia) (Entered: 04/04/2018) |
| 04/04/2018 | | <u>612</u> | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # <u>608</u>)). No. of Notices: 1. Notice Date 04/04/2018. (Admin.) (Entered: 04/05/2018) |
| 04/06/2018 | | <u>613</u> | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # <u>610</u>)). No. of Notices: 1. Notice Date 04/06/2018. (Admin.) (Entered: 04/07/2018) |
| 04/12/2018 | | <u>614</u> | Transcript regarding Hearing Held on 2/1/08 STATUS Hearing. Transcribed by PalmersReporting Service 26 pages. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, call the Clerk's Office] (related document(s) 606 ). Notice of Intent to Request Redaction Deadline Due By 4/19/2018. Redaction Request Due By 5/3/2018. Redacted Transcript Submission Due By 5/13/2018. Transcript access will be restricted through 7/11/2018. (D., Tasha) (Entered: 04/12/2018) |
| 06/01/2018 | | <u>615</u> | Application *For Proposed Order Clarifying (I) Order Enforcing And Approving Settlement Agreement Dated April 28, 2017 [Adv. Doc. No. 50]; And (II) Order Vacating Order Dated April 28, 2017 [Adv. Doc. No. 79]* Filed by Cornerstone Consulting Engineers & Architectural, Inc. Represented by JOHN C. KILGANNON (Counsel). (Attachments: # <u>1</u> Exhibit A # <u>2</u> Service List # <u>3</u> Exhibit B) (KILGANNON, JOHN) (Entered: 06/01/2018) |
| 07/11/2018 | | <u>616</u> | Application for Compensation for Fox Rothschild LLP, Trustee's Attorney, Period: 7/6/2015 to 6/25/2018, Fee: $96,690.50, Expenses: $1,052.81. Filed by Fox Rothschild LLP Represented by Self(Counsel). (Attachments: # <u>1</u> Exhibit A # <u>2</u> Proposed Order # <u>3</u> Notice) (DIDONATO, EDWARD) (Entered: 07/11/2018) |

| | | | |
|---|---|---|---|
| 07/11/2018 | | 617 | Application for Compensation for Bederson LLP, Accountant, Period: 7/8/2015 to 5/7/2018, Fee: $16,900.25, Expenses: $208.51. Filed by Bederson LLP Represented by Self(Counsel). (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Proposed Order # 6 Affidavit # 7 Notice) (DIDONATO, EDWARD) (Entered: 07/11/2018) |
| 07/11/2018 | | 618 | Certificate of Service *of Fee Applications of Trustee's Professionals* Filed by EDWARD J. DIDONATO on behalf of FOX ROTHSCHILD LLP (related document(s)616, 617). (DIDONATO, EDWARD) (Entered: 07/11/2018) |
| 07/19/2018 | | 619 | Objection to Application for Compensation Filed by United States Trustee (related document(s)616). (Attachments: # 1 Service List) (CONWAY, GEORGE) (Entered: 07/19/2018) |
| 07/27/2018 | | 620 | Proposed Order Re: *Final fee Application of Fox Rothchild* Filed by GEORGE M. CONWAY on behalf of United States Trustee (related document(s)619). (CONWAY, GEORGE) (Entered: 07/27/2018) |
| 07/30/2018 | | 621 | Hearing Set 616 Application for Compensation for Fox Rothschild LLP, Trustee's Attorney, Period: 7/6/2015 to 6/25/2018, Fee: $96,690.50, Expenses: $1,052.81. Filed by Fox Rothschild LLP Represented by Self(Counsel). Hearing scheduled 8/29/2018 at 01:00 PM at nix3 − Courtroom #3. (L., Linda) (Entered: 07/30/2018) |
| 07/30/2018 | | 622 | Certificate of No Response to *First and Final Fee Application of Bederson LLP as Accountant to Trustee* Filed by EDWARD J. DIDONATO on behalf of Bederson LLP (related document(s)617). (DIDONATO, EDWARD) (Entered: 07/30/2018) |
| 07/30/2018 | | 623 | Certificate of No Response to *and PROPOSED ORDER re: Application of Fox Rothschild LLP for Allowance of Compensation and Reimbursement of Expenses* Filed by EDWARD J. DIDONATO on behalf of FOX ROTHSCHILD LLP (related document(s)616, 619). (DIDONATO, EDWARD) (Entered: 07/30/2018) |
| 08/01/2018 | | 624 | Order Granting Application For Compensation (Related Doc # 617) Granting for Bederson LLP, fees awarded: $16900.25, expenses awarded: $208.51 (L., Linda) (Entered: 08/01/2018) |
| 08/01/2018 | | 625 | BNC Certificate of Mailing − Hearing Set. Number of Notices Mailed: (related document(s) (Related Doc # 621)). No. of Notices: 85. Notice Date 08/01/2018. (Admin.) (Entered: 08/02/2018) |
| 08/03/2018 | | 626 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 624)). No. of Notices: 85. Notice Date 08/03/2018. (Admin.) (Entered: 08/04/2018) |
| 08/29/2018 | | 627 | Hearing not Held on 616 Application for Compensation for Fox Rothschild LLP, Trustee's Attorney, Period: 7/6/2015 to 6/25/2018, Fee: $96,690.50, Expenses: $1,052.81. E−order entered. and Consent to Proposed UST Order.(D., Virginia) (Entered: 08/30/2018) |
| 08/31/2018 | | 628 | Order entered that the Objection of the United States Trustee is hereby sustained. The right of the United States Trustee and other interested parties to object to any compensation award is hereby reserved until such time as this Court approves the chapter 7 Trustee's Final Report. Any compensation awarded by the Court prior to the approval of the Chapter 7 |

| | | | |
|---|---|---|---|
| | | | trustee's Final Report will be considered "interim" and subject to further review ad adjustment Re:Objection filed by U.S. Trustee (related document(s)619). (D., Virginia) (Entered: 08/31/2018) |
| 09/02/2018 | | 629 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 628)). No. of Notices: 1. Notice Date 09/02/2018. (Admin.) (Entered: 09/03/2018) |
| 09/20/2018 | | 630 | Order Granting Application For Compensation (Related Doc # 616) Granting for Fox Rothschild LLP, fees awarded: $96690.50, expenses awarded: $1052.81 for the period July 6, 2015 through June 25, 2018. (D., Virginia) (Entered: 09/20/2018) |
| 09/22/2018 | | 631 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 630)). No. of Notices: 1. Notice Date 09/22/2018. (Admin.) (Entered: 09/23/2018) |
| 09/24/2018 | | 632 | Certification of costs issued in the amount of $$350.00 For adversary. Court costs due by 10/9/2018. (D., Virginia) (Entered: 09/24/2018) |
| 09/26/2018 | | | Disposition of Adversary 2:14−ap−616 (related document(s)1). (D., Virginia) (Entered: 09/26/2018) |
| 09/26/2018 | | | Adversary Case 2:14−ap−616 Terminated for Statistical Purposes. (D., Virginia) (Entered: 09/26/2018) |
| 09/26/2018 | | 633 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 632)). No. of Notices: 1. Notice Date 09/26/2018. (Admin.) (Entered: 09/27/2018) |
| 01/29/2019 | | 634 | Chapter 7 Trustee's Final Report filed on behalf of Trustee, Terry P. Dershaw. The United States Trustee has reviewed the Chapter 7 Trustees Final Report and has no Objections. Filed by United States Trustee. (Attachments: # 1 Proposed Order)(BLASI, KATHLEEN) (Entered: 01/29/2019) |
| 01/29/2019 | | 635 | Application for Compensation *and Expenses* for TERRY P. DERSHAW, Trustee Chapter 7, Period: 6/25/2015 to 1/29/2019, Fee: $14,201.99, Expenses: $13.39. Filed by TERRY P. DERSHAW Represented by Self(Counsel). (Attachments: # 1 Proposed Order) (DERSHAW, TERRY) (Entered: 01/29/2019) |
| 01/29/2019 | | 636 | Final Audit *NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECTION (NFR)* Filed by TERRY P. DERSHAW on behalf of TERRY P. DERSHAW. Hearing scheduled 3/6/2019 at 12:30 PM at nix3 − Courtroom #3. (DERSHAW, TERRY) (Entered: 01/29/2019) |
| 02/01/2019 | | 637 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 636)). No. of Notices: 86. Notice Date 02/01/2019. (Admin.) (Entered: 02/02/2019) |
| 02/11/2019 | | 638 | Certificate of No Response to *Trustee's Final Accounting* Filed by EDWARD J. DIDONATO on behalf of TERRY P. DERSHAW (related document(s)634). (DIDONATO, EDWARD) (Entered: 02/11/2019) |
| 02/26/2019 | | 639 | Praecipe *for Entry of Money Judgment Based upon a Court Approving Proof of Claim #8.* Filed by DOUGLAS R. LALLY on behalf of ECI, |

| | | | |
|---|---|---|---|
| | | | LLC. (LALLY, DOUGLAS) (Entered: 02/26/2019) |
| 02/26/2019 | | 640 | Praecipe *for Entry of Money Judgment Based Upon a Court Order Approving Proof of Claim #11.* Filed by DOUGLAS R. LALLY on behalf of ECI, LLC. (LALLY, DOUGLAS) (Entered: 02/26/2019) |
| 02/26/2019 | | 641 | Praecipe *for Entry of Money Judgment Based Upon A Court Order Approving Proof of Claim #21.* Filed by DOUGLAS R. LALLY on behalf of Alex McConnell. (LALLY, DOUGLAS) (Entered: 02/26/2019) |
| 02/27/2019 | | 642 | Praecipe *for Entry of Money Judgment Based Upon a Court Order Approving Proof of Claim #9.* Filed by DOUGLAS R. LALLY on behalf of Cougar Development Group, LLC. (LALLY, DOUGLAS) (Entered: 02/27/2019) |
| 03/06/2019 | | 644 | Final Audit Held. Certification of no objection filed. E−order entered. (D., Virginia) (Entered: 03/07/2019) |
| 03/07/2019 | | 643 | Order of Distribution. (D., Virginia) (Entered: 03/07/2019) |
| 03/07/2019 | | 645 | Order Approving Final Report & Account. (D., Virginia) (Entered: 03/07/2019) |
| 03/08/2019 | | 646 | Order Granting Application For Compensation (Related Doc # 635) Granting for TERRY P. DERSHAW, fees awarded: $14201.99, expenses awarded: $13.39 . (D., Virginia) (Entered: 03/08/2019) |
| 03/09/2019 | | 647 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 643)). No. of Notices: 1. Notice Date 03/09/2019. (Admin.) (Entered: 03/10/2019) |
| 03/09/2019 | | 648 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 645)). No. of Notices: 1. Notice Date 03/09/2019. (Admin.) (Entered: 03/10/2019) |
| 03/10/2019 | | 649 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 646)). No. of Notices: 1. Notice Date 03/10/2019. (Admin.) (Entered: 03/11/2019) |
| 04/29/2019 | | 650 | Adversary case 19−00095. Complaint by DOUGLAS R. LALLY on behalf of ECI, LLC against Campisi Construction, Inc.. Fee Amount $350 . (Attachments: # 1 Proposed Order # 2 Exhibit A # 3 Exhibit B # 4 Exhibit C # 5 Exhibit D # 6 Exhibit E # 7 Exhibit F # 8 Exhibit G) (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))) (LALLY, DOUGLAS) (Entered: 04/29/2019) |
| 04/29/2019 | | 651 | Adversary case 19−00096. Complaint by DOUGLAS R. LALLY on behalf of Cougar Development Group, LLC against Campisi Construction, Inc.. Fee Amount $350 . (Attachments: # 1 Proposed Order # 2 Exhibit A # 3 Exhibit B # 4 Exhibit C # 5 Exhibit D # 6 Exhibit E) (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))) (LALLY, DOUGLAS) (Entered: 04/29/2019) |
| 06/07/2019 | | 652 | The United States Trustee has reviewed the Chapter 7 Trustees Final Account, Certification the Estate has been Fully Administered and Application of Trustee to be Discharged. The United States Trustee does not object to the relief requested. Filed on the behalf of Trustee, Terry P. Dershaw. Filed by United States Trustee. (Attachments: # 1 Proposed |

| | | | |
|---|---|---|---|
| | | | Order Approving Trustee's Final Account, Discharging Trustee, and Closing Estate)(ATTIX, LAUREN) (Entered: 06/07/2019) |
| 06/07/2019 | | 653 | Order entered Approving Final Account, Discharging Trustee and Closing Estate . (D., Virginia) (Entered: 06/07/2019) |
| 06/09/2019 | | 654 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 653)). No. of Notices: 1. Notice Date 06/09/2019. (Admin.) (Entered: 06/10/2019) |
| 12/24/2019 | | | Disposition of Adversary 2:19−ap−95 (related document(s)1). (D., Virginia) (Entered: 12/24/2019) |
| 12/24/2019 | | | Disposition of Adversary 2:19−ap−96 . (D., Virginia) (Entered: 12/24/2019) |
| 01/10/2020 | | | Adversary Case 2:19−ap−96 Terminated for Statistical Purposes. (D., Virginia) (Entered: 01/10/2020) |
| 01/10/2020 | | | Adversary Case 2:19−ap−95 Terminated for Statistical Purposes. (D., Virginia) (Entered: 01/10/2020) |
| 04/01/2020 | | | Bankruptcy Case Terminated for Statistical Purposes. (K., Marie) (Entered: 04/01/2020) |
| 10/04/2023 | | 655 | COPY of Order from The Court of Common Pleas of Montgomery County, Pennsylvania−Civil Division re: Ordered and Decreed that this matter shallbe transferred to the United States Bankruptcy Court for the Eastern District of Pennsylvania. This Court respectfully requests the United States Bankruptcy Court for the Eastern District of Pennsylvania to determine whether Campisi Construction shall receive credit for the monies received by ECI pursuant to the Bankruptcy Court settlement agreement towards the judgment at issue before this Court. (J., Randi) **This entry was Modified on 10/12/2023 to add the word "Order" in front of entry** (K., Marie). (Entered: 10/11/2023) |
| 10/13/2023 | | 656 | Notice that This matter is reassigned to the calendar of the Honorable Chief Judge Magdeline D. Coleman from the calendar of the Honorable Jean K. FitzSimon, Retired. (related document(s) 655). (K., Marie) (Entered: 10/13/2023) |
| 10/13/2023 | | | Judge Magdeline D. Coleman added to case. Involvement of Judge Jean K. FitzSimon Terminated. (K., Marie) (Entered: 10/13/2023) |
| 10/15/2023 | | 657 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 656)). No. of Notices: 1. Notice Date 10/15/2023. (Admin.) (Entered: 10/16/2023) |
| 10/19/2023 | | | Bankruptcy Case Reopened for Statistical Purposes. (S., Antoinette) (Entered: 10/19/2023) |
| 10/19/2023 | | 658 | Order: It is hereby ORDERED that the Clerk's office is directed to reopen the above−captioned case solely for the purpose of docketing the Order and shall thereafter re−close the case and to the extent the Debtor or another party in interest seeks to reopen the bankruptcy case for resolution of the Credit Dispute, such moving party shall file the appropriate motion under the applicable Bankruptcy Code sections and Bankruptcy Rules. (S., Antoinette) (Entered: 10/19/2023) |

| | | | |
|---|---|---|---|
| 10/19/2023 | | | Bankruptcy Case Terminated for Statistical Purposes. (S., Antoinette) (Entered: 10/19/2023) |
| 10/21/2023 | | 659 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 658)). No. of Notices: 1. Notice Date 10/21/2023. (Admin.) (Entered: 10/22/2023) |
| 04/30/2024 | | 660 | Motion to Reopen Chapter 7 Case . Fee Amount $260.00 Filed by ECI, LLC Represented by MICHAEL I. ASSAD (Counsel). (Attachments: # 1 Proposed Order) (ASSAD, MICHAEL) (Entered: 04/30/2024) |
| 04/30/2024 | | | Receipt of Motion to Reopen Case( 14−12458−mdc) [motion,mreop] ( 260.00) Filing Fee. Receipt number A25692793. Fee Amount $ 260.00. (re: Doc# 660) (U.S. Treasury) (Entered: 04/30/2024) |
| 05/01/2024 | | 661 | Notice Reassigning Case to Judge Ashely M. Chan. Involvement of Judge Magdeline D. Coleman Terminated. (W., Belinda) (Entered: 05/01/2024) |
| 05/01/2024 | | 662 | Notice of (related document(s): 660 Motion to Reopen Chapter 7 Case . Fee Amount $260.00) Filed by ECI, LLC. Hearing scheduled 6/5/2024 at 12:30 PM at Courtroom #4. (ASSAD, MICHAEL) (Entered: 05/01/2024) |
| 05/01/2024 | | 663 | Certificate of Service *of Motion to Reopen Case* Filed by MICHAEL I. ASSAD on behalf of ECI, LLC (related document(s)660, 662). (ASSAD, MICHAEL) (Entered: 05/01/2024) |
| 05/15/2024 | | 664 | Answer to Creditors ECI/Cougar Motion to Reopen Case Filed by Anthony G Campisi (related document(s)660). (Attachments: # 1 Brief & History # 2 Proposed Order # 3 Exhibit A−F Part I # 4 Exhibit A−F Part II # 5 Exhibit G Part I # 6 Exhibit G Part II # 7 Exhibit G Part III # 8 Exhibit H) (S., Antoinette) (Entered: 05/15/2024) |
| 06/05/2024 | | 665 | Hearing Held on 660 Motion to Reopen Case Filed by ECI, LLC. Order entered granting motion. (B., Pamela) (Entered: 06/05/2024) |
| 06/06/2024 | | 666 | Proposed Order Re: *Motion to Reopen Case* Filed by MICHAEL I. ASSAD on behalf of ECI, LLC (related document(s)660). (ASSAD, MICHAEL) (Entered: 06/06/2024) |
| 06/06/2024 | | 667 | Motion to Limit Notice Filed by ECI, LLC Represented by MICHAEL I. ASSAD (Counsel). (Attachments: # 1 Proposed Order) (ASSAD, MICHAEL) (Entered: 06/06/2024) |
| 06/07/2024 | | 668 | Motion for Remand Filed by ECI, LLC Represented by MICHAEL I. ASSAD (Counsel). (Attachments: # 1 Proposed Order) (ASSAD, MICHAEL) (Entered: 06/07/2024) |
| 06/07/2024 | | 669 | Notice of (related document(s): 668 Motion for Remand ) Filed by ECI, LLC. Hearing scheduled 7/10/2024 at 12:30 PM at Courtroom #4. (ASSAD, MICHAEL) (Entered: 06/07/2024) |
| 06/07/2024 | | 670 | Certificate of Service *of Motion to Remand* Filed by MICHAEL I. ASSAD on behalf of ECI, LLC (related document(s)668, 669). (ASSAD, MICHAEL) (Entered: 06/07/2024) |
| 06/07/2024 | | 671 | Order Granting Motion To Reopen Case. (Related Doc # 660) (S., Antoinette) (Entered: 06/07/2024) |

| | | | |
|---|---|---|---|
| 06/09/2024 | | 672 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 671)). No. of Notices: 1. Notice Date 06/09/2024. (Admin.) (Entered: 06/10/2024) |
| 06/13/2024 | | 673 | Answer to ECI, LLC Motion to Remand Filed by Anthony G Campisi (related document(s)668). (Attachments: # 1 Proposed Order # 2 Copies of documents # 3 Exhibits A thru G) (S., Antoinette) (Entered: 06/13/2024) |
| 07/01/2024 | | 674 | Order Granting Motion To Limit Notice. (Related Doc # 667) (S., Antoinette) (Entered: 07/01/2024) |
| 07/03/2024 | | 675 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 674)). No. of Notices: 1. Notice Date 07/03/2024. (Admin.) (Entered: 07/04/2024) |
| 07/10/2024 | | 676 | ENTRY OF APPEARANCE AND REQUEST FOR NOTICES, pursuant to Federal Bankruptcy Rules 2002 and 9010, KACIE CARTWRIGHT hereby appears in this matter on behalf of the United States trustee for Region 3, and demands that all notices, motions, etc., given or required to be given in this case, and that all papers, etc., served in this case, be given to and served upon me at the address listed on this case party list. Filed by KACIE CARTWRIGHT on behalf of United States Trustee. (CARTWRIGHT, KACIE) (Entered: 07/10/2024) |
| 07/10/2024 | | 677 | Hearing Continued on 668 Motion for Remand Filed by ECI, LLC. Hearing scheduled 08/14/2024 at 12:30 PM at Courtroom #4. (B., Pamela) (Entered: 07/11/2024) |
| 07/18/2024 | | 678 | Order: It is Ordered that the United States Trustee reinstate and re−appoint Terry Dershaw as Chapter 7 Trustee, within 30 days of the date of this order, which the Court finds necessary pursuant to Federal Rule of Bankruptcy Procedure 5010 in order to protect the interests of creditors and the Debtor's bankruptcy estate in resolving the dispute over the interpretation of the settlement agreement. (S., Antoinette) (Entered: 07/18/2024) |
| 07/20/2024 | | 679 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 678)). No. of Notices: 1. Notice Date 07/20/2024. (Admin.) (Entered: 07/21/2024) |
| 07/25/2024 | | 680 | Notice of Appointment of Trustee . LYNN E. FELDMAN added to the case.. (MILLER, NANCY) (Entered: 07/25/2024) |
| 07/25/2024 | | 681 | Trustee's Rejection of Appointment . TERRY P. DERSHAW removed from the case. Filed by TERRY P. DERSHAW. (DERSHAW, TERRY) (Entered: 07/25/2024) |
| 07/25/2024 | | 682 | Amended Order: It is hereby ORDERED that the United States Trustee shall appoint a Chapter 7 Trustee, within 30 days of the date of this order, which the Court finds necessary pursuant to Federal Rule of Bankruptcy Procedure 5010 in order to protect the interests of creditors and the Debtor's bankruptcy estate in resolving the dispute over the interpretation of the settlement agreement. (related document(s)678). (S., Antoinette) (Entered: 07/25/2024) |
| 07/27/2024 | | 683 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 682)). No. of Notices: 1. Notice Date 07/27/2024. |

| | | | |
|---|---|---|---|
| | | | (Admin.) (Entered: 07/28/2024) |
| 08/09/2024 | | 684 | Withdrawal of Appearance of Michael I. Assad and entry of appearance of Michael A. Cibik Filed by MICHAEL A. CIBIK on behalf of ECI, LLC. (CIBIK, MICHAEL) (Entered: 08/09/2024) |
| 08/14/2024 | | 685 | Hearing Continued on 668 Motion for Remand Filed by ECI, LLC. Hearing scheduled 10/02/2024 at 12:30 PM at Courtroom #4. M. Assad to make initial calculation in 2 weeks and any response due 2 weeks after. (B., Pamela) (Entered: 08/19/2024) |
| 08/27/2024 | | 686 | Withdrawal of Appearance of Michael A. Cibik and entry of appearance of Michael A. Pellegrino Filed by MICHAEL A. PELLEGRINO on behalf of ECI, LLC. (PELLEGRINO, MICHAEL) (Entered: 08/27/2024) |
| 08/28/2024 | | 687 | Response to Motion for Remand filed by Creditor ECI, LLC Filed by ECI, LLC (related document(s)668). (Attachments: # 1 Certification In Support Of Amount Due On Movant's Judgment/Proof of Claim #7 In Support of Its Motion To Remand # 2 Certificate of Service) (PELLEGRINO, MICHAEL) (Entered: 08/28/2024) |
| 09/16/2024 | | 688 | Motion For Sanctions Filed by Anthony G Campisi Represented by Self(Counsel). (Attachments: # 1 Exhibits # 2 Certificate of Service) (S., Antoinette) (Entered: 09/17/2024) |
| 09/16/2024 | | 689 | Response to Movant's Certification of Amount Due on Proof of Claim #7 and Motion for Remand filed by Creditor ECI, LLC Filed by Anthony G Campisi (related document(s)668). (Attachments: # 1 Exhibits Part 1 # 2 Exhibits Part 2 # 3 Certificate of Service) (S., Antoinette) (Entered: 09/17/2024) |
| 10/01/2024 | | 690 | Reply to Motion for Remand filed by Creditor ECI, LLC, Motion for Sanctions filed by Interested Party Anthony G Campisi Filed by ECI, LLC (related document(s)688, 668). (PELLEGRINO, MICHAEL) (Entered: 10/01/2024) |
| 10/02/2024 | | 691 | Notice of Inaccurate Filing. In Re: 688 Motion For Sanctions Filed by Anthony G Campisi Represented by Self(Counsel). (Attachments: # 1 Exhibits # 2 Certificate of Service) (S., Antoinette) (related document(s)688). Corrected Document due by 10/16/2024. (S., Antoinette) (Entered: 10/02/2024) |
| 10/02/2024 | | 692 | Hearing Held on 668 Motion for Remand Filed by ECI, LLC. Order to be entered. (B., Pamela) (Entered: 10/03/2024) |
| 10/04/2024 | | 693 | BNC Certificate of Mailing − Notice of Inaccurate Filing. Number of Notices Mailed: (related document(s) (Related Doc # 691)). No. of Notices: 1. Notice Date 10/04/2024. (Admin.) (Entered: 10/05/2024) |
| 10/07/2024 | | 694 | Order: It is hereby ORDERED that the Debtor, Campisi Construction, Inc., must not receive credit towards the State Action Judgment for the $143,123.83 received by ECI from the Chapter 7 trustee under the Settlement. This matter is REMANDED to the Montgomery County Court of Common Pleas. (Related Doc # 668) (S., Antoinette) (Entered: 10/07/2024) |
| 10/09/2024 | | 695 | Notice of (related document(s): 688 Motion For Sanctions) Filed by Anthony G Campisi . Hearing scheduled 11/6/2024 at 12:30 PM at |

| | | | |
|---|---|---|---|
| | | | Courtroom #4. (S., Antoinette) (Entered: 10/09/2024) |
| 10/09/2024 | | 696 | Proposed Order Re: Motion for Sanctions Filed by Anthony G Campisi (related document(s)688). (S., Antoinette) (Entered: 10/09/2024) |
| 10/09/2024 | | 697 | Certificate of Service Filed by Anthony G Campisi (related document(s)688). (S., Antoinette) (Entered: 10/09/2024) |
| 10/09/2024 | | 698 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 694)). No. of Notices: 2. Notice Date 10/09/2024. (Admin.) (Entered: 10/10/2024) |
| 10/11/2024 | | 699 | BNC Certificate of Mailing. − Notice of Motion. Number of Notices Mailed: (related document(s) (Related Doc # 695)). No. of Notices: 13. Notice Date 10/11/2024. (Admin.) (Entered: 10/12/2024) |
| 10/15/2024 | | 700 | Motion for Reconsideration (related documents Order on Motion For Remand) Filed by Anthony G Campisi Represented by Self(Counsel) (related document(s)694) . (Attachments: # 1 Proposed Order # 2 Exhibit A # 3 Certificate of Service) (S., Antoinette) (Entered: 10/15/2024) |
| 10/15/2024 | | 701 | Notice of (related document(s): 700 Motion to Reconsider (related documents Order on Motion For Remand)) Filed by Anthony G Campisi . Hearing scheduled 11/20/2024 at 12:30 PM at Courtroom #4. (S., Antoinette) (Entered: 10/15/2024) |
| 10/17/2024 | | 702 | BNC Certificate of Mailing. − Notice of Motion. Number of Notices Mailed: (related document(s) (Related Doc # 701)). No. of Notices: 13. Notice Date 10/17/2024. (Admin.) (Entered: 10/18/2024) |
| 11/06/2024 | | 703 | Hearing Held on 688 Motion for Sanctions Filed by Anthony G Campisi. Order entered. (B., Pamela) (Entered: 11/07/2024) |
| 11/07/2024 | | 704 | Order Denying Motion For Sanctions. (Related Doc # 688) (S., Antoinette) (Entered: 11/07/2024) |
| 11/09/2024 | | 705 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 704)). No. of Notices: 2. Notice Date 11/09/2024. (Admin.) (Entered: 11/10/2024) |
| 11/11/2024 | | 706 | Response to Motion to Reconsider filed by Interested Party Anthony G Campisi Filed by ECI, LLC (related document(s)700). (PELLEGRINO, MICHAEL) (Entered: 11/11/2024) |
| 11/13/2024 | | 707 | Motion to Reconsideration (related documents Order on Motion For Sanctions) Filed by Anthony G Campisi Represented by Self(Counsel) (related document(s)704) . (Attachments: # 1 Exhibits # 2 Proposed Order # 3 Certificate of Service) (S., Antoinette) (Entered: 11/13/2024) |
| 11/13/2024 | | 708 | Notice of (related document(s): 707 Motion to Reconsider (related documents Order on Motion For Sanctions)) Filed by Anthony G Campisi . Hearing scheduled 12/18/2024 at 12:30 PM at Courtroom #4. (S., Antoinette) (Entered: 11/13/2024) |
| 11/15/2024 | | 709 | BNC Certificate of Mailing. − Notice of Motion. Number of Notices Mailed: (related document(s) (Related Doc # 708)). No. of Notices: 13. Notice Date 11/15/2024. (Admin.) (Entered: 11/16/2024) |

| | | | |
|---|---|---|---|
| 11/20/2024 | | 710 | Hearing Held on 700 Motion to Reconsider Filed by Anthony G Campisi. Order entered denying motion. (B., Pamela) (Entered: 11/21/2024) |
| 11/21/2024 | | 711 | Hearing RESCHEDULED re: 707 Motion to Reconsideration (related documents Order on Motion For Sanctions) Filed by Anthony G Campisi Represented by Self(Counsel) (related document(s)704) . (Attachments: # 1 Exhibits # 2 Proposed Order # 3 Certificate of Service) (S., Antoinette) filed by Interested Party Anthony G Campisi. Hearing scheduled 1/29/2025 at 12:30 PM at Courtroom #4. (B., Pamela) (Entered: 11/21/2024) |
| 11/21/2024 | | 712 | Order: It is hereby Ordered that the Reconsideration Motion is DENIED. (Related Doc # 700) (S., Antoinette) (Entered: 11/21/2024) |
| 11/23/2024 | | 713 | BNC Certificate of Mailing − Hearing Set. Number of Notices Mailed: (related document(s) (Related Doc # 711)). No. of Notices: 13. Notice Date 11/23/2024. (Admin.) (Entered: 11/24/2024) |
| 11/23/2024 | | 714 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 712)). No. of Notices: 2. Notice Date 11/23/2024. (Admin.) (Entered: 11/24/2024) |
| 11/27/2024 | | 715 | Opposition Response to Motion to Reconsider filed by Interested Party Anthony G Campisi *re order denying sanctions* Filed by ECI, LLC (related document(s)707). (PELLEGRINO, MICHAEL) (Entered: 11/27/2024) |
| 12/05/2024 | | 716 | Notice of Appeal to District Court Court. Receipt Number 20000945, Fee Amount $298.00 Filed by Anthony G Campisi (related document(s)712). Appellant Designation due by 12/19/2024. Transmission of record on appeal to District Court Due Date: 1/2/2025. (Attachments: # 1 Order being Appealed # 2 Exhibit "A")(S., Antoinette) (Entered: 12/05/2024) |
| 12/05/2024 | | 717 | Courts Certificate of Service Re: Notice of Appeal to District Court. The following Party(s) have been notified: Case Judge − via email Case Trustee − via CM/ECF Debtor − via Regular mail through the BNC Debtors Counsel − via CM/ECF Office of the U.S. Trustee − via CM/ECF U.S. District Court − via email Campisi Construction, Inc. Debtor; Robert J. Birch, Esquire, Counsel for Debtor; Matthew R. Nahrgang, Esquire, Counsel for Debtor; Terry P. Dershaw, Esquire, Trustee; Edward J. DiDonato, Esquire, Counsel for Trustee; Lynn E. Feldman, Esquire, Trustee; Kacie Cartwright, Esquire, Counsel for U.S. Trustee; George M. Conway, II, Esquire, Counsel for U.S. Trustee; Patrick Daniel McDonell, Esquire, Counsel for Official Committee of Unsecured Creditors; Michael I. Assad, Esquire, Counsel for ECI, LLC; Michael A. Pellegrino, Esquire, Counsel for ECI, LLC − via Email/CMECF Anthony G. Campisi; David J. Spause − via Regular mail through the BNC (related document(s)716). (S., Antoinette) (Entered: 12/05/2024) |
| 12/05/2024 | | 718 | Transmission of Notice of Appeal to District Court. (related document(s)716). (S., Antoinette) (Entered: 12/05/2024) |
| 12/05/2024 | | 719 | Notice of Docketing Record on Appeal to District Court. Civil Action Case No. 24−cv−6496 assigned to Judge Gerald A. McHugh. (related document(s)716). (S., Antoinette) (Entered: 12/05/2024) |
| 12/07/2024 | | 720 | BNC Certificate of Mailing −Court's Certificate of Mailing or Service. Number of Notices Mailed: (related document(s) (Related Doc # 717)). No. of Notices: 0. Notice Date 12/07/2024. (Admin.) (Entered: |

| | | | |
|---|---|---|---|
| | | | 12/08/2024) |
| 12/07/2024 | | 721 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 717)). No. of Notices: 2. Notice Date 12/07/2024. (Admin.) (Entered: 12/08/2024) |
| 12/18/2024 | | 722 | **docketed in error***Hearing Held on 707 Motion to Reconsider Filed by Anthony G Campisi. Order to be entered denying motion. (B., Pamela) Modified on 12/19/2024 (B., Pamela). (Entered: 12/19/2024) |
| 12/18/2024 | | 723 | Hearing already Continued on 707 Motion to Reconsider Filed by Anthony G Campisi. Hearing scheduled 01/29/2025 at 12:30 PM at Courtroom #4. (B., Pamela) (Entered: 12/19/2024) |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | Chapter 7 |
| | : | |
| CAMPISI CONSTRUCTION, INC. | : | |
| | : | Bankruptcy No. 14-12458-AMC |
| DEBTOR | : | |
| | : | |

**ORDER**

AND NOW, this 21st day of November 2024, upon consideration of the "Motion for

Reconsideration" ("Reconsideration Motion") filed by Anthony G. Campisi ("Mr. Campisi"),

and the response filed by ECI, LLC ("ECI") in opposition ("Response"), the Court hereby finds

as follows:

1. On July 15, 2011, ECI filed a complaint in the Montgomery County Court of Common

   Pleas ("State Court") against Campisi Construction Inc. ("Debtor" collectively with Mr.

   Campisi, the "Campisi Parties") and Mr. Campisi for breach of contract and debt

   collection ("State Action"). Case No. 14-12458 ECF 655 State Court Order ¶ 2.

2. The parties participated in arbitration proceedings in the State Action, which resulted in

   an arbitration award in favor of ECI and against the Campisi Parties in the amount of

   $174,047.35, inclusive of interest ("Arbitration Award"). *Id.* at ¶ 3.

3. On August 13, 2013, the State Court confirmed the Arbitration Award and issued a

   judgment against the Campisi Parties, jointly and severally, in the amount of $174,047.35

   as of May 31, 2013 plus $52.71/day in interest through the date of the entry of judgment

   ("State Action Judgment"). *Id.* at ¶ 5.

1

4.  On March 31, 2014, Debtor filed a voluntary petition for relief under Chapter 11 of the
    Bankruptcy Code. Case No. 14-12458 ECF 1. On May 27, 2014, ECI filed proof of claim
    #7 ("POC 7") based upon the State Action Judgment.

5.  On June 24, 2015, the Court entered an order converting the Debtor's case to a case under
    Chapter 7 of the Bankruptcy Code. Case No. 14-12458 ECF 398. The next day, Terry P.
    Dershaw ("Mr. Dershaw") was appointed Chapter 7 trustee for the bankruptcy estate of
    the Debtor. *Id.* at ECF 399.

6.  On January 12, 2016, Mr. Dershaw filed a motion to approve settlement ("Motion to
    Approve") between the Chapter 7 trustee, ECI, and another creditor, Cougar
    Development Group, LLC. *Id.* at ECF 473. Pursuant to the settlement agreement
    ("Settlement"), ECI and Mr. Dershaw, on behalf of the bankruptcy estate, agreed that
    ECI would, *inter alia*, share certain proceeds which ECI had levied prepetition in
    connection with collecting on the State Action Judgment with the bankruptcy estate in
    exchange for Mr. Dershaw ceasing certain litigation and withdrawing any and all
    objections to ECI's claims in the bankruptcy. *See id.* at Ex. A Settlement ¶ 8. Pursuant to
    ¶ 8(m) of the Settlement, "[a]ny and all monies or funds recovered, received by or paid in
    to the Estate shall not reduce or otherwise be credited to any of ECI's or Cougar's claims
    and shall not reduce the amount due and owing in those claims." *Id.*

7.  On March 16, 2016, the Court entered an order granting the Motion to Approve. Case
    No. 14-12458 ECF 511. On January 29, 2019, the Chapter 7 trustee filed his final report
    and account ("Final Account") reflecting, *inter alia*, that the Chapter 7 trustee had
    received $219,039.71 into the estate, consisting of $101,039.71 from "Lukoil Funds";
    $110,000 from "Cornerstone Funds"; and $8,000 from settlement of a preference action

against American Express. *Id.* at ECF 634. *See also id.* at ECF 473 Ex. A Settlement ¶ 8. The Final Account shows that the estate paid $143,123.83 to ECI on account of POC 7 in the "allowed" amount of $143,123.83 for Claim 7. *Id.* at ECF 634. On June 7, 2019, the Court entered an order approving the Chapter 7 trustee's final account, discharging the trustee, and closing the case. *Id.* at ECF 653.

8. On October 4, 2023, an order from the State Court dated the same day was entered on the bankruptcy case docket ("State Court Order"). *Id.* at ECF 655. The State Court Order explained that "[t]he parties agree that ECI received a monetary award pursuant to the Bankruptcy Court [Settlement]; the amount of the award being $143,123.83"; that subsequent to the approval of the Settlement in the bankruptcy, ECI filed a motion to compel in State Court requesting Debtor and Mr. Campisi satisfy the State Action Judgment; and that in response, the Campisi Parties filed a motion for credit asking the State Court to reduce the amount of the State Action Judgment by the amount paid to ECI pursuant to the Settlement. *Id.* at 655 State Court Order ¶¶ 11, 14, 15. As such, the State Court Order directed that "this matter shall be transferred to the United States Bankruptcy Court for the Eastern District of Pennsylvania to determine whether the $143,123.83 paid to [ECI] pursuant to a Bankruptcy Court [Settlement] shall be credited to [Debtor] against the [State Action Judgment] owed in the instant matter." *Id.* at 1.

9. On October 13, 2023, the Court entered a notice reassigning the case to the calendar of then-Chief Judge Coleman, as the former presiding bankruptcy judge, Judge Fitzsimon, had since retired. Case No. 14-12458 ECF 656.

10. On April 30, 2024, ECI filed a motion to reopen the Debtor's Chapter 7 case in light of the State Court Order. *Id.* at ECF 660.

3

11. Subsequently, on May 1, 2024, the Court entered a notice reassigning the case to the undersigned in preparation for then-Chief Judge Coleman's upcoming retirement. *Id.* at ECF 661.

12. On June 7, 2024, the Court entered an order reopening the case. *Id.* at ECF 671. The same day, ECI filed a "motion for remand" ("Remand Motion") arguing that "[b]ecause the Settlement Agreement's terms are straightforward, the Court must determine that Campisi Construction must not receive credit toward the [State Action Judgment] for money it paid to ECI under the [Settlement]." *Id.* at ECF 668 Mot. for Remand ¶ 13.

13. On June 13, 2024, Mr. Campisi filed his pro se response to the Remand Motion, essentially taking issue with ECI's underlying State Action Judgment and other issues unrelated to the State Court's directive. *Id.* at ECF 673 Resp. ¶ 3.

14. On July 18, 2024, the Court entered an order directing the United States Trustee to reinstate and re-appoint Mr. Dershaw as the Chapter 7 trustee to assist with resolving the dispute over the Settlement since he was the party who entered into the Settlement with ECI on behalf of the bankruptcy estate. *Id.* at ECF 678. Unfortunately, Mr. Dershaw subsequently filed a notice with the Court rejecting the appointment. *Id.* at ECF 681.

15. On August 14, 2024, the Court held a hearing on the Remand Motion where it explained that in order to determine how the amount ECI received pursuant to the Settlement should be credited, it appeared that the Court needed to understand the source or sources of funds that ECI had received, as the Settlement directed different treatment of different sources of funding.[1] As such, the Court directed each party to submit calculations

---

[1] For example, the Settlement provided that with respect to certain funds referred to in the Settlement as "Cornerstone Funds," ECI would receive 75% of the funds, and all funds collected "for interest, cost, expenses or attorney's fees" were to be kept by ECI and not credited to the State Action Judgment, with the Chapter 7 trustee receiving 25% for the estate. Case No. 14-12458 ECF 473 Ex. A Settlement ¶ 8(b)(i). Similarly, the Settlement

breaking down how much of the amount ECI received stemmed from each applicable
source of funding referenced in the Settlement.

16. On August 28, 2024, ECI filed its supplemental memorandum, which the Court was
confused to find largely restated ECI's previous argument and did not include any
calculations or accounting of the sources from which ECI received funds from the
Settlement. *See* Case No. 14-12458 ECF 687. Mr. Campisi filed a pro se response on
September 16, 2024, which also did not include or reference any calculations or
accounting of the funds ECI received. *Id.* at ECF 689. ECI filed a reply on October 1,
2024, largely restating its prior arguments. *Id.* at ECF 690.

17. On October 2, 2024, the Court held the continued hearing on the Remand Motion. *Id.* at
ECF 692. It became apparent through the Court's colloquy with counsel for ECI that he
had not understood the Court's directive at the last hearing, nor the Court's reason for
continuing to ask about the sources of funding. Fortunately, ECI's principal supplied very
helpful background which cleared up the Court's confusion regarding the Settlement.
ECI's principal explained that after the Settlement had been approved, ECI released the
levies it had secured prepetition against certain property[2] to the Chapter 7 trustee, Mr.
Dershaw. Mr. Dershaw then calculated and distributed $143,123.83 from those funds to

---

provided with respect to funds referred to in the Settlement as "Lukoil Funds" that ECI would get 60% of any
recovery and the Chapter 7 trustee would receive 40% of the recovery for the estate. *Id.* at ¶ 8(d). Additionally,
funds recovered by ECI "as a result of a Levy or Garnishment Violation" were to be "credited towards the secured
judgment amount once costs, expenses and reasonable attorney's fees are deducted for the collection and
adjudication of said funds," and after the satisfaction of the State Action Judgment, the remainder would go to the
estate in an amount not to exceed the amount recovered from Lukoil. *Id.* at ¶ 8(g). Finally, recovery from any other
known or unknown actions would be shared equally between ECI and the estate up to the amount of ECI's State
Action Judgment. *Id.* at ¶ 8(k).

[2] Namely in "Cornerstone Funds" and "Lukoil Funds." *See* Case No. 14-12458 ECF 473 Ex. A Settlement ¶ 8(b)(i),
(d).

ECI's counsel based on how the source of funds was to be treated pursuant to the Settlement.

18. Accordingly, on October 7, 2024, the Court entered an order ("Remand Order") finding that the $143,123.83 at issue in this dispute first was released, along with all the other proceeds upon which ECI had placed a prepetition levy, directly to the Chapter 7 trustee into the bankruptcy estate; the Chapter 7 trustee then paid ECI the $143,123.83 from estate funds, which sum it appears had been calculated by the trustee based on the terms of the Settlement; and that ¶ 8(m) of the Settlement provides that "[a]ny and all monies or funds recovered, received by or paid in to the Estate shall not reduce or otherwise be credited to any of ECI's…claims and shall not reduce the amount due and owing in those claims." *Id.* at 694. Based on the foregoing, the Remand Order declared that "the $143,123.83 the Chapter 7 trustee paid ECI was paid from the estate and as such, per the plain language of the Settlement, is not to be credited towards the State Action Judgment." *Id.*

19. On October 15, 2024, Mr. Campisi filed the Reconsideration Motion arguing that the Remand Order conflicts with the Chapter 7 trustee's Final Account. *Id.* at ECF 700. On November 11, 2024, ECI filed the Response. *Id.* at ECF 706.

20. The Reconsideration Motion does not identify which legal authority permits the Court to reconsider and vacate the Remand Order. However,

> [a] motion to reconsider is generally considered under Fed. R. Civ. P. 59(e) or Fed. R. Civ. P. 60(b) (made applicable by Fed. R. Bankr. P. 9023 and 9024 respectively). When a reconsideration motion is filed within fourteen (14) days of the judgment, it may be treated as a motion to alter or amend a judgment under

> Fed. R. Civ. P. 59(e).[3] Otherwise, a reconsideration motion may be treated as
> being one seeking relief pursuant to Fed. R. Civ. P. 60(b).

*Chaney v. Grigg (In re Grigg),* Bankr. No. 11–71206–JAD, Adv. No. 12–7008–JAD,
2013 WL 5310207, at *1 (Bankr. W.D. Pa. 2013).

Because the Reconsideration Motion was filed within fourteen (14) days of the Remand
Order, the Court will first consider whether relief is warranted under Fed. R. Civ. P. 59(e)
("Rule 59"). Under Rule 59(e), the moving party must demonstrate an intervening change
in controlling law, the availability of new evidence that was not available prior to entry of
judgment, or the need to correct a clear error of law or fact or prevent manifest injustice
in order to satisfy its burden. *United States Tr. v. Harms (In re Harms),* 612 B.R. 288,
294 (Bankr. W.D. Pa. 2020). The movant bears a high burden to demonstrate that
grounds exist justifying this extraordinary remedy. *In re Sellers*, 555 B.R. 479, 481-82
(Bankr. E.D. Pa. 2016).

21. First, the Reconsideration Motion does not identify any intervening change in controlling
    law which would impact the outcome of this matter. Second, the Reconsideration Motion
    does not offer any explanation regarding why the Chapter 7 trustee's Final Account,
    which was publicly filed in January 2019, would not have been available prior to the
    multiple hearings that the Court held on the Remand Motion in 2024.

22. To demonstrate a clear error of law or fact the movant must show that the court
    overlooked a factual or legal issue which may have altered the previous disposition,
    "such as when dispositive factual matters or controlling decisions of law were brought to
    the court's attention, but not considered." *Einhorn v. Kaleck Bros., Inc.*, 713 F. Supp. 2d

---

[3] Federal Rule of Bankruptcy Procedure 9023 provides that Federal Rule of Civil Procedure 59 applies in cases
under the Bankruptcy Code and that "[a] motion for a new trial or to alter or amend a judgment shall be filed…no
later than 14 days after entry of judgment."

7

417, 426 (D. N.J. 2010). The Reconsideration Motion does not satisfy this standard, particularly given that the Final Account confirms the Court's conclusion that the levied funds from Lukoil and Cornerstone were released directly to the Chapter 7 trustee into the estate who then distributed the appropriate amount to ECI. *See* Case No. 14-19066 ECF 151 Mot. for Recon. Ex. A, Ex. 1 to Final Account, Ex. 3 to Final Account. The Final Account shows that the Court was correct in its determination that the distribution from the Chapter 7 trustee would not be credited toward the State Action Judgment based on ¶ 8(m) of the Settlement providing that "[a]ny and all monies or funds recovered, received by or paid in to the Estate shall not reduce or otherwise be credited to any of ECI's…claims and shall not reduce the amount due and owing in those claims." The $143,123.83 was in fact paid to ECI from the Debtor's bankruptcy estate, making clear that ¶ 8(m) of the Settlement applied to that payment. The Final Account provides no basis whatsoever for the Court to conclude otherwise.[4]

23. Finally, the Third Circuit Court of Appeals has noted there tends to be "substantial, if not complete, overlap" between the concepts of a "clear error of law or fact" and "manifest injustice." *In re Energy Future Holdings Corp.*, 904 F.3d 298, 311 (3d Cir. 2018). Courts may only grant reconsideration based on manifest injustice if the error is "apparent to the point of being indisputable" or if the record presented is "so patently unfair and tainted that the error is manifestly clear to all who view it." *Kahle v. Roemmele (In re Roemmele)*, 466 B.R. 706, 712 (Bankr. E.D. Pa. 2012). A movant's mere dissatisfaction with the outcome does not constitute manifest injustice. *Degussa v. Materia, Inc.*, 305 F.

---

[4] Mr. Campisi appears to place significance on the Final Account's description of the $143,123.83 payment to ECI as ECI's "allowed" claim, but this simply refers to the amount of ECI's claim that could be paid through the bankruptcy based on the liquid value of the assets in the estate. It has no implication for the enforceability of the Settlement or the applicability of the terms of the Settlement.

Supp. 3d 563, 575 (D. Del. 2018). As discussed, the Final Account only confirms the Court's conclusion in the Remand Order, as such, Mr. Campisi has not demonstrated any manifest injustice in that order.

24. Having concluded that Rule 59(e) does not justify relief, the Court now considers whether Rule 60(b) would warrant granting the relief requested.[5]

25. Rule 60(b) provides that:

on motion and just terms, the court may relieve a party…from a final judgment, order, or proceeding for

      (1) mistake, inadvertence, surprise, or excusable neglect;
      (2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);
      (3) fraud…misrepresentation, or misconduct by an opposing party;
      (4) the judgment is void;
      (5) the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or
      (6) any other reason that justifies relief.

26. "The remedy provided by Rule 60(b) is extraordinary and special circumstances must justify granting relief under it." *In re Express Car & Truck Rental, Inc.,* 455 B.R. 434, 439 (Bankr. E.D. Pa. 2011). "Rule 60(b) is not read liberally to give a disappointed party an opportunity to relitigate his or her case [or]…present facts that were otherwise available at the time of judgment." *Id.*

27. To the extent that Mr. Campisi is attempting to argue that Rule 60(b)(1) justifies relief, the Court disagrees. Relief is generally only warranted under Rule 60(b)(1) where a party made an excusable litigation mistake or the judge made a substantive mistake of law or fact in the order. *Estate of Sisk v. Manzanares,* 270 F. Supp. 2d 1265, 1282 (D. Kan.

---

[5] Federal Rule of Bankruptcy Procedure 9024 provides that Federal Rule of Civil Procedure 60 applies in cases under the Bankruptcy Code.

2003). Here, as discussed in connection with Rule 59(e), the Final Account only further confirms what the Court concluded in the Remand Order, and as such, the Reconsideration Motion shows no mistake, precluding relief under Rule 60(b)(1).

28. With respect to Rule 60(b)(2), the term "newly discovered evidence" refers to "evidence of facts in existence at the time of trial of which the aggrieved party was excusably ignorant." *Bohus v. Beloff,* 950 F.2d 919, 930 (3d Cir. 1991). This provision only entitles an aggrieved party to relief when the newly discovered evidence is "(1) material and not merely cumulative, (2) could not have been discovered prior to trial through the exercise of reasonable diligence, and (3) would probably have changed the outcome…" *Singleton v. Beadle,* 839 Fed. Appx. 671, 674 (3d Cir. 2021); *Bohus,* 950 F.2d at 930.

29. Here, Mr. Campisi offers no explanation regarding why the Final Account, which had been filed publicly on the docket in 2019, could not have been discovered through reasonable diligence in time for the multiple hearings conducted on this matter in 2024. Additionally, the Final Account would not have changed the outcome because it demonstrates that the Cornerstone and Lukoil levied funds were released directly into the bankruptcy estate and then paid by the Chapter 7 trustee to ECI. Accordingly, ¶ 8(m) of the Settlement providing that "[a]ny and all monies or funds recovered, received by or paid in to the Estate shall not reduce or otherwise be credited to any of ECI's…claims and shall not reduce the amount due and owing in those claims," was applicable to the funds as the Court concluded in the Remand Order. Therefore, Rule 60(b)(2) cannot justify relief.

30. The only other potentially applicable basis for reconsidering the Remand Order might be Rule 60(b)(6). To be entitled to relief under Rule 60(b)(6), a litigant must demonstrate

"extraordinary circumstances," where without such relief, an extreme and unexpected hardship would occur. *In re Nortell Networks,* 664 Fed. Appx. 157, 159 (3d Cir. 2016); *In re Express Car & Truck Rental, Inc.,* 455 B.R. 434, 441 (Bankr. E.D. Pa. 2011). This rule "is not read liberally to give a disappointed party an opportunity to relitigate his or her case, revisit issues the court has already considered in its judgment, advance new arguments, or present facts that were otherwise available at the time of judgment." *In re Express Car & Truck Rental Inc.*, 455 B.R. at 439.

31. Rule 60(b)(6) does not help Mr. Campisi because he cannot demonstrate extraordinary circumstances where the Final Account supports the Court's conclusion in the Remand Order that the Settlement precludes the amount received by ECI from the bankruptcy estate being credited to the State Action Judgment.

32. Based on the foregoing, it is hereby ORDERED that the Reconsideration Motion is DENIED.

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge

cc: Anthony G. Campisi

11

Official Form 417A (12/23)

Designation due: 12/19/2024
Transmission to DC: 01/02/2025



FEE PAID

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):
   Anthony G Campisi

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   - ☐ Plaintiff
   - ☐ Defendant
   - ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   - ☐ Debtor
   - ☐ Creditor
   - ☐ Trustee
   - ☒ Other (describe) Co-debtor

## Part 2: Identify the subject of this appeal

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken:
   Reconcideration    #14-12458 doc 712

2. State the date on which the judgment—or the appealable order or decree—was entered:
   11/21

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: ECI LLC     Attorney: Michael A. Pellegrino
   One Penn Center
   1617 JFK Boulevard suite 1888
   Phlia Pa 19103
   267-892-1654

2. Party: _____     Attorney: _____

---

Official Form 417A     Notice of Appeal and Statement of Election     page 1

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

_____                     Date: _____12/4/2024_____
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):

_____Anthony G Campisi_____
_____2106 Bustard RD_____
_____Lansdale Pa 19446_____
        267-642-3109

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[Note to inmate filers: If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

ORDER BEING APPEALED

NOTE:

In no way were any avenues especially Rule 60 were attempted in The Motion
for Reconsideration

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

IN RE                                              :          **Chapter 7**
                                                   :
CAMPISI CONSTRUCTION, INC.                         :
                                                   :          **Bankruptcy No. 14-12458-AMC**
              DEBTOR                                :
_____                :

### ORDER

AND NOW, this 21st day of November 2024, upon consideration of the "Motion for

Reconsideration" ("Reconsideration Motion") filed by Anthony G. Campisi ("Mr. Campisi"),

and the response filed by ECI, LLC ("ECI") in opposition ("Response"), the Court hereby finds

as follows:

1. On July 15, 2011, ECI filed a complaint in the Montgomery County Court of Common

   Pleas ("State Court") against Campisi Construction Inc. ("Debtor" collectively with Mr.

   Campisi, the "Campisi Parties") and Mr. Campisi for breach of contract and debt

   collection ("State Action"). Case No. 14-12458 ECF 655 State Court Order ¶ 2.

2. The parties participated in arbitration proceedings in the State Action, which resulted in

   an arbitration award in favor of ECI and against the Campisi Parties in the amount of

   $174,047.35, inclusive of interest ("Arbitration Award"). *Id.* at ¶ 3.

3. On August 13, 2013, the State Court confirmed the Arbitration Award and issued a

   judgment against the Campisi Parties, jointly and severally, in the amount of $174,047.35

   as of May 31, 2013 plus $52.71/day in interest through the date of the entry of judgment

   ("State Action Judgment"). *Id.* at ¶ 5.

1

85

4.  On March 31, 2014, Debtor filed a voluntary petition for relief under Chapter 11 of the
    Bankruptcy Code. Case No. 14-12458 ECF 1. On May 27, 2014, ECI filed proof of claim
    #7 ("POC 7") based upon the State Action Judgment.

5.  On June 24, 2015, the Court entered an order converting the Debtor's case to a case under
    Chapter 7 of the Bankruptcy Code. Case No. 14-12458 ECF 398. The next day, Terry P.
    Dershaw ("Mr. Dershaw") was appointed Chapter 7 trustee for the bankruptcy estate of
    the Debtor. *Id.* at ECF 399.

6.  On January 12, 2016, Mr. Dershaw filed a motion to approve settlement ("Motion to
    Approve") between the Chapter 7 trustee, ECI, and another creditor, Cougar
    Development Group, LLC. *Id.* at ECF 473. Pursuant to the settlement agreement
    ("Settlement"), ECI and Mr. Dershaw, on behalf of the bankruptcy estate, agreed that
    ECI would, *inter alia*, share certain proceeds which ECI had levied prepetition in
    connection with collecting on the State Action Judgment with the bankruptcy estate in
    exchange for Mr. Dershaw ceasing certain litigation and withdrawing any and all
    objections to ECI's claims in the bankruptcy. *See id.* at Ex. A Settlement ¶ 8. Pursuant to
    ¶ 8(m) of the Settlement, "[a]ny and all monies or funds recovered, received by or paid in
    to the Estate shall not reduce or otherwise be credited to any of ECI's or Cougar's claims
    and shall not reduce the amount due and owing in those claims." *Id.*

7.  On March 16, 2016, the Court entered an order granting the Motion to Approve. Case
    No. 14-12458 ECF 511. On January 29, 2019, the Chapter 7 trustee filed his final report
    and account ("Final Account") reflecting, *inter alia*, that the Chapter 7 trustee had
    received $219,039.71 into the estate, consisting of $101,039.71 from "Lukoil Funds";
    $110,000 from "Cornerstone Funds"; and $8,000 from settlement of a preference action

2

against American Express. *Id.* at ECF 634. *See also id.* at ECF 473 Ex. A Settlement ¶ 8.

The Final Account shows that the estate paid $143,123.83 to ECI on account of POC 7 in

the "allowed" amount of $143,123.83 for Claim 7. *Id.* at ECF 634. On June 7, 2019, the

Court entered an order approving the Chapter 7 trustee's final account, discharging the

trustee, and closing the case. *Id.* at ECF 653.

8. On October 4, 2023, an order from the State Court dated the same day was entered on the

bankruptcy case docket ("State Court Order"). *Id.* at ECF 655. The State Court Order

explained that "[t]he parties agree that ECI received a monetary award pursuant to the

Bankruptcy Court [Settlement]; the amount of the award being $143,123.83"; that

subsequent to the approval of the Settlement in the bankruptcy, ECI filed a motion to

compel in State Court requesting Debtor and Mr. Campisi satisfy the State Action

Judgment; and that in response, the Campisi Parties filed a motion for credit asking the

State Court to reduce the amount of the State Action Judgment by the amount paid to ECI

pursuant to the Settlement. *Id.* at 655 State Court Order ¶¶ 11, 14, 15. As such, the State

Court Order directed that "this matter shall be transferred to the United States Bankruptcy

Court for the Eastern District of Pennsylvania to determine whether the $143,123.83 paid

to [ECI] pursuant to a Bankruptcy Court [Settlement] shall be credited to [Debtor] against

the [State Action Judgment] owed in the instant matter." *Id.* at 1.

9. On October 13, 2023, the Court entered a notice reassigning the case to the calendar of

then-Chief Judge Coleman, as the former presiding bankruptcy judge, Judge Fitzsimon,

had since retired. Case No. 14-12458 ECF 656.

10. On April 30, 2024, ECI filed a motion to reopen the Debtor's Chapter 7 case in light of

the State Court Order. *Id.* at ECF 660.

11. Subsequently, on May 1, 2024, the Court entered a notice reassigning the case to the undersigned in preparation for then-Chief Judge Coleman's upcoming retirement. *Id.* at ECF 661.

12. On June 7, 2024, the Court entered an order reopening the case. *Id.* at ECF 671. The same day, ECI filed a "motion for remand" ("Remand Motion") arguing that "[b]ecause the Settlement Agreement's terms are straightforward, the Court must determine that Campisi Construction must not receive credit toward the [State Action Judgment] for money it paid to ECI under the [Settlement]." *Id.* at ECF 668 Mot. for Remand ¶ 13.

13. On June 13, 2024, Mr. Campisi filed his pro se response to the Remand Motion, essentially taking issue with ECI's underlying State Action Judgment and other issues unrelated to the State Court's directive. *Id.* at ECF 673 Resp. ¶ 3.

14. On July 18, 2024, the Court entered an order directing the United States Trustee to reinstate and re-appoint Mr. Dershaw as the Chapter 7 trustee to assist with resolving the dispute over the Settlement since he was the party who entered into the Settlement with ECI on behalf of the bankruptcy estate. *Id.* at ECF 678. Unfortunately, Mr. Dershaw subsequently filed a notice with the Court rejecting the appointment. *Id.* at ECF 681.

15. On August 14, 2024, the Court held a hearing on the Remand Motion where it explained that in order to determine how the amount ECI received pursuant to the Settlement should be credited, it appeared that the Court needed to understand the source or sources of funds that ECI had received, as the Settlement directed different treatment of different sources of funding.[1] As such, the Court directed each party to submit calculations

---

[1] For example, the Settlement provided that with respect to certain funds referred to in the Settlement as "Cornerstone Funds," ECI would receive 75% of the funds, and all funds collected "for interest, cost, expenses or attorney's fees" were to be kept by ECI and not credited to the State Action Judgment, with the Chapter 7 trustee receiving 25% for the estate. Case No. 14-12458 ECF 473 Ex. A Settlement ¶ 8(b)(i). Similarly, the Settlement

4

breaking down how much of the amount ECI received stemmed from each applicable source of funding referenced in the Settlement.

16. On August 28, 2024, ECI filed its supplemental memorandum, which the Court was confused to find largely restated ECI's previous argument and did not include any calculations or accounting of the sources from which ECI received funds from the Settlement. *See* Case No. 14-12458 ECF 687. Mr. Campisi filed a pro se response on September 16, 2024, which also did not include or reference any calculations or accounting of the funds ECI received. *Id.* at ECF 689. ECI filed a reply on October 1, 2024, largely restating its prior arguments. *Id.* at ECF 690.

17. On October 2, 2024, the Court held the continued hearing on the Remand Motion. *Id.* at ECF 692. It became apparent through the Court's colloquy with counsel for ECI that he had not understood the Court's directive at the last hearing, nor the Court's reason for continuing to ask about the sources of funding. Fortunately, ECI's principal supplied very helpful background which cleared up the Court's confusion regarding the Settlement. ECI's principal explained that after the Settlement had been approved, ECI released the levies it had secured prepetition against certain property[2] to the Chapter 7 trustee, Mr. Dershaw. Mr. Dershaw then calculated and distributed $143,123.83 from those funds to

---

provided with respect to funds referred to in the Settlement as "Lukoil Funds" that ECI would get 60% of any recovery and the Chapter 7 trustee would receive 40% of the recovery for the estate. *Id.* at ¶ 8(d). Additionally, funds recovered by ECI "as a result of a Levy or Garnishment Violation" were to be "credited towards the secured judgment amount once costs, expenses and reasonable attorney's fees are deducted for the collection and adjudication of said funds," and after the satisfaction of the State Action Judgment, the remainder would go to the estate in an amount not to exceed the amount recovered from Lukoil. *Id.* at ¶ 8(g). Finally, recovery from any other known or unknown actions would be shared equally between ECI and the estate up to the amount of ECI's State Action Judgment. *Id.* at ¶ 8(k).

[2] Namely in "Cornerstone Funds" and "Lukoil Funds." *See* Case No. 14-12458 ECF 473 Ex. A Settlement ¶ 8(b)(i), (d).

5

ECI's counsel based on how the source of funds was to be treated pursuant to the Settlement.

18. Accordingly, on October 7, 2024, the Court entered an order ("Remand Order") finding that the $143,123.83 at issue in this dispute first was released, along with all the other proceeds upon which ECI had placed a prepetition levy, directly to the Chapter 7 trustee into the bankruptcy estate; the Chapter 7 trustee then paid ECI the $143,123.83 from estate funds, which sum it appears had been calculated by the trustee based on the terms of the Settlement; and that ¶ 8(m) of the Settlement provides that "[a]ny and all monies or funds recovered, received by or paid in to the Estate shall not reduce or otherwise be credited to any of ECI's…claims and shall not reduce the amount due and owing in those claims." *Id.* at 694. Based on the foregoing, the Remand Order declared that "the $143,123.83 the Chapter 7 trustee paid ECI was paid from the estate and as such, per the plain language of the Settlement, is not to be credited towards the State Action Judgment." *Id.*

19. On October 15, 2024, Mr. Campisi filed the Reconsideration Motion arguing that the Remand Order conflicts with the Chapter 7 trustee's Final Account. *Id.* at ECF 700. On November 11, 2024, ECI filed the Response. *Id.* at ECF 706.

20. The Reconsideration Motion does not identify which legal authority permits the Court to reconsider and vacate the Remand Order. However,

> [a] motion to reconsider is generally considered under Fed. R. Civ. P. 59(e) or Fed. R. Civ. P. 60(b) (made applicable by Fed. R. Bankr. P. 9023 and 9024 respectively). When a reconsideration motion is filed within fourteen (14) days of the judgment, it may be treated as a motion to alter or amend a judgment under

6

Fed. R. Civ. P. 59(e).[3] Otherwise, a reconsideration motion may be treated as being one seeking relief pursuant to Fed. R. Civ. P. 60(b).

*Chaney v. Grigg (In re Grigg),* Bankr. No. 11–71206–JAD, Adv. No. 12–7008–JAD, 2013 WL 5310207, at *1 (Bankr. W.D. Pa. 2013).

Because the Reconsideration Motion was filed within fourteen (14) days of the Remand Order, the Court will first consider whether relief is warranted under Fed. R. Civ. P. 59(e) ("Rule 59"). Under Rule 59(e), the moving party must demonstrate an intervening change in controlling law, the availability of new evidence that was not available prior to entry of judgment, or the need to correct a clear error of law or fact or prevent manifest injustice in order to satisfy its burden. *United States Tr. v. Harms (In re Harms),* 612 B.R. 288, 294 (Bankr. W.D. Pa. 2020). The movant bears a high burden to demonstrate that grounds exist justifying this extraordinary remedy. *In re Sellers*, 555 B.R. 479, 481-82 (Bankr. E.D. Pa. 2016).

21. First, the Reconsideration Motion does not identify any intervening change in controlling law which would impact the outcome of this matter. Second, the Reconsideration Motion does not offer any explanation regarding why the Chapter 7 trustee's Final Account, which was publicly filed in January 2019, would not have been available prior to the multiple hearings that the Court held on the Remand Motion in 2024.

22. To demonstrate a clear error of law or fact the movant must show that the court overlooked a factual or legal issue which may have altered the previous disposition, "such as when dispositive factual matters or controlling decisions of law were brought to the court's attention, but not considered." *Einhorn v. Kaleck Bros., Inc.*, 713 F. Supp. 2d

---

[3] Federal Rule of Bankruptcy Procedure 9023 provides that Federal Rule of Civil Procedure 59 applies in cases under the Bankruptcy Code and that "[a] motion for a new trial or to alter or amend a judgment shall be filed…no later than 14 days after entry of judgment."

7

91

Case 1:24-cv-00496-MN   Document   Page 8 of 11
Case 24-24-35 amo 06 4967716-MEFFiled 01/24/24 Filed 02/05/24 09:46:10 Main
Order Doc in Appeal Page Page 26 of 11

417, 426 (D. N.J. 2010). The Reconsideration Motion does not satisfy this standard, particularly given that the Final Account confirms the Court's conclusion that the levied funds from Lukoil and Cornerstone were released directly to the Chapter 7 trustee into the estate who then distributed the appropriate amount to ECI. *See* Case No. 14-19066 ECF 151 Mot. for Recon. Ex. A, Ex. 1 to Final Account, Ex. 3 to Final Account. The Final Account shows that the Court was correct in its determination that the distribution from the Chapter 7 trustee would not be credited toward the State Action Judgment based on ¶ 8(m) of the Settlement providing that "[a]ny and all monies or funds recovered, received by or paid in to the Estate shall not reduce or otherwise be credited to any of ECI's…claims and shall not reduce the amount due and owing in those claims." The $143,123.83 was in fact paid to ECI from the Debtor's bankruptcy estate, making clear that ¶ 8(m) of the Settlement applied to that payment. The Final Account provides no basis whatsoever for the Court to conclude otherwise.[4]

23. Finally, the Third Circuit Court of Appeals has noted there tends to be "substantial, if not complete, overlap" between the concepts of a "clear error of law or fact" and "manifest injustice." *In re Energy Future Holdings Corp.*, 904 F.3d 298, 311 (3d Cir. 2018). Courts may only grant reconsideration based on manifest injustice if the error is "apparent to the point of being indisputable" or if the record presented is "so patently unfair and tainted that the error is manifestly clear to all who view it." *Kahle v. Roemmele (In re Roemmele)*, 466 B.R. 706, 712 (Bankr. E.D. Pa. 2012). A movant's mere dissatisfaction with the outcome does not constitute manifest injustice. *Degussa v. Materia, Inc.*, 305 F.

---

[4] Mr. Campisi appears to place significance on the Final Account's description of the $143,123.83 payment to ECI as ECI's "allowed" claim, but this simply refers to the amount of ECI's claim that could be paid through the bankruptcy based on the liquid value of the assets in the estate. It has no implication for the enforceability of the Settlement or the applicability of the terms of the Settlement.

8

Document          Page 9 of 11
Case 1:24-cv-00496-JMB   Doc #1-2 Filed 05/12/24   Page 9 of 11 Main
Order being Appealed   Page 2 of 26

Supp. 3d 563, 575 (D. Del. 2018). As discussed, the Final Account only confirms the

Court's conclusion in the Remand Order, as such, Mr. Campisi has not demonstrated any

manifest injustice in that order.

24. Having concluded that Rule 59(e) does not justify relief, the Court now considers

whether Rule 60(b) would warrant granting the relief requested.[5]

25. Rule 60(b) provides that:

on motion and just terms, the court may relieve a party…from a final judgment, order, or

proceeding for

> (1) mistake, inadvertence, surprise, or excusable neglect;
> (2) newly discovered evidence that, with reasonable diligence, could not have
>     been discovered in time to move for a new trial under Rule 59(b);
> (3) fraud…misrepresentation, or misconduct by an opposing party;
> (4) the judgment is void;
> (5) the judgment has been satisfied, released, or discharged; it is based on an
>     earlier judgment that has been reversed or vacated; or applying it
>     prospectively is no longer equitable; or
> (6) any other reason that justifies relief.

26. "The remedy provided by Rule 60(b) is extraordinary and special circumstances must

justify granting relief under it." *In re Express Car & Truck Rental, Inc.,* 455 B.R. 434,

439 (Bankr. E.D. Pa. 2011). "Rule 60(b) is not read liberally to give a disappointed party

an opportunity to relitigate his or her case [or]…present facts that were otherwise

available at the time of judgment." *Id.*

27. To the extent that Mr. Campisi is attempting to argue that Rule 60(b)(1) justifies relief,

the Court disagrees. Relief is generally only warranted under Rule 60(b)(1) where a party

made an excusable litigation mistake or the judge made a substantive mistake of law or

fact in the order. *Estate of Sisk v. Manzanares,* 270 F. Supp. 2d 1265, 1282 (D. Kan.

---

[5] Federal Rule of Bankruptcy Procedure 9024 provides that Federal Rule of Civil Procedure 60 applies in cases
under the Bankruptcy Code.

2003). Here, as discussed in connection with Rule 59(e), the Final Account only further

confirms what the Court concluded in the Remand Order, and as such, the

Reconsideration Motion shows no mistake, precluding relief under Rule 60(b)(1).

28. With respect to Rule 60(b)(2), the term "newly discovered evidence" refers to "evidence

of facts in existence at the time of trial of which the aggrieved party was excusably

ignorant." *Bohus v. Beloff*, 950 F.2d 919, 930 (3d Cir. 1991). This provision only entitles

an aggrieved party to relief when the newly discovered evidence is "(1) material and not

merely cumulative, (2) could not have been discovered prior to trial through the exercise

of reasonable diligence, and (3) would probably have changed the outcome…" *Singleton

v. Beadle,* 839 Fed. Appx. 671, 674 (3d Cir. 2021); *Bohus,* 950 F.2d at 930.

29. Here, Mr. Campisi offers no explanation regarding why the Final Account, which had

been filed publicly on the docket in 2019, could not have been discovered through

reasonable diligence in time for the multiple hearings conducted on this matter in 2024.

Additionally, the Final Account would not have changed the outcome because it

demonstrates that the Cornerstone and Lukoil levied funds were released directly into the

bankruptcy estate and then paid by the Chapter 7 trustee to ECI. Accordingly, ¶ 8(m) of

the Settlement providing that "[a]ny and all monies or funds recovered, received by or

paid in to the Estate shall not reduce or otherwise be credited to any of ECI's…claims

and shall not reduce the amount due and owing in those claims," was applicable to the

funds as the Court concluded in the Remand Order. Therefore, Rule 60(b)(2) cannot

justify relief.

30. The only other potentially applicable basis for reconsidering the Remand Order might be

Rule 60(b)(6). To be entitled to relief under Rule 60(b)(6), a litigant must demonstrate

"extraordinary circumstances," where without such relief, an extreme and unexpected hardship would occur. *In re Nortell Networks,* 664 Fed. Appx. 157, 159 (3d Cir. 2016); *In re Express Car & Truck Rental, Inc.,* 455 B.R. 434, 441 (Bankr. E.D. Pa. 2011). This rule "is not read liberally to give a disappointed party an opportunity to relitigate his or her case, revisit issues the court has already considered in its judgment, advance new arguments, or present facts that were otherwise available at the time of judgment." *In re Express Car & Truck Rental Inc.,* 455 B.R. at 439.

31. Rule 60(b)(6) does not help Mr. Campisi because he cannot demonstrate extraordinary circumstances where the Final Account supports the Court's conclusion in the Remand Order that the Settlement precludes the amount received by ECI from the bankruptcy estate being credited to the State Action Judgment.

32. Based on the foregoing, it is hereby ORDERED that the Reconsideration Motion is DENIED.

Honorable Ashely M. Chan
United States Bankruptcy Judge

cc: Anthony G. Campisi

11

95

# EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                            : CHAPTER 7
                                  :
CAMPISI CONSTRUCTION, INC.        :
                                  :
              DEBTOR              : BKY. NO. 14-12458JKF


### STIPULATION AND CONSENT ORDER OF SETTLEMENT BETWEEN THE CHAPTER 7 TRUSTEE, CREDITOR ECI, LLC AND CREDITOR COUGAR DEVELOPMENT GROUP, LLC


**AND NOW**, this ___12th___ day of January, 2016, it is hereby stipulated and agreed between the parties hereto, Terry Dershaw, Chapter 7 Trustee (Trustee) on behalf of debtor, Campisi Construction, Inc., (Debtor), ECI, LLC, (ECI or Creditor) through its sole member, David J. Spause and Cougar Development Group, LLC (Cougar) through its sole member, David J. Spause that they have reached a settlement in regard to ECI's Secured Proof of Claim, Claim #7, ECI's Unsecured Proof of Claim #8, ECI's Unsecured Proof of Claim #11 and Cougar's Unsecured Proof of Claim #9 against Debtor.  The aforementioned Proof of Claims are incorporated hereto and made part hereof as if fully set forth within this Stipulation.

1.     On March 31, 2014 (the "Petition Date"), Campisi Construction, Inc., the Debtor and debtor-in-possession (the "Debtor"), filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §101 et seq. (the "Bankruptcy Code").

1

2.    Said Chapter 11 was subsequently converted to Chapter 7 by the Honorable Jean K. FitzSimon.

3.    Terry Dershaw was appointed the Chapter 7 Trustee.

4.    ECI's Secured Proof of Claim, Claim #7, is a direct result of a final unappealed State Court confirmed arbitration award which was entered by the State Court as a final judgment against the Debtor ("State Court Judgment"), on August 20, 2013 in the amount of $174,047.35, plus $52.71 in daily post-judgment interest ("ECI Judgment"), in the Court of Common Pleas of Montgomery County, Pennsylvania ("State Court"), Docket No. 2011-12517. A copy of the Order confirming arbitration award and entering judgment has been attached as Exhibit "A" and incorporated by reference.

5.    Subsequently, on August 28, 2013, ECI, LLC ("ECI") obtained a final judgment on the Debtor in the State of New Jersey under Judgment Number is DJ 169407-13. A copy of the Judgment Index has been attached as Exhibit "B" and incorporated by reference.

6.    On September 12, 2013, ECI filed a Writ of Execution with the Burlington County Sheriff's Office to be served on Lukoil North America, LLC (Lukoil), levying a portion of Debtor's accounts receivables.

7.    On September 20, 2013, (the "Levy Date"), more than six months prior to the Petition Date, the Burlington County Sheriff's Office served the Writ of Execution upon Lukoil in an amount not to exceed $179,625.92 ("Lukoil Levy"), levying cash-equivalent assets not to exceed that amount, namely the monies due Debtor ("Lukoil Accounts Receivables"). This levy was confirmed by the Burlington County Sheriff's Department by way of a Levy Report attached as Exhibit "C."

2

8. The parties hereto, upon consultation with their respective counsel, hereby agree to the following terms and condition:

a. Creditor had levied the Cornerstone Funds in regard to a secured judgment it has obtained against Anthony G. Campisi more than 90 days prior to Petition Date.

b. Creditor, for purposes of compromise and settlement with respect to the Cornerstone Funds, is willing to have part of the Cornerstone Funds recovery paid to the Debtor's estate, as reimbursement for the Debtor's Capitalization of Anthony Campisi's interest in Cornerstone, as follows:

    i. The Trustee and the Creditor shall share in the Cornerstone funds as follows: Creditor shall receive 75% of the funds collected and the Debtor's estate shall receive 25% of the funds collected. Notwithstanding the aforementioned, any and all funds collected for interest, cost, expenses or attorney's fees are to be kept by ECI and are not to be credited towards or will otherwise reduce the amount due under the Secured Claim.

    ii. In consideration of the foregoing, the Trustee hereby agrees to withdraw Debtor's Motion for Sanctions for the violation of the Automatic Stay with respect to Creditor's attempt to the collection of the Cornerstone Funds through garnishment. Creditor denies any violation of the automatic stay provisions in pursuit of satisfaction of the judgment he has against either Debtor or Anthony Campisi.

    iii. The Trustee further agrees to terminate, discontinue and end without prejudice Adversary Action 2014-00616 JKF, filed by Debtor against Cornerstone and Creditor.

c. Creditor has also asserted entitlement to Lukoil funds through a perfected levy which was served upon Lukoil more than 90 days prior to the Petition Date.

3

ACTIVE 38349072v1 01/05/2016

100

d.  Trustee and Creditor agree that the Lukoil funds shall be shared between them with 60% of said recovery paid to Creditor and 40% paid to the Debtor's Estate, whether said funds are obtained through settlement, Court order, Court approved garnishment, or any other means.

e.  In consideration for this split of the Lukoil funds and in light of the fact that New Jersey law is clear that the Lukoil funds, since properly levied, are not part of the bankruptcy estate, as a settlement, the Trustee consents to the granting of the Motion of ECI, LLC, for Order For Relief From The Automatic Stay For Cause Under 11 U.S.C. §362(D)(1) and will join with Creditor in seeking the Court's approval of said Motion.

f.  Trustee shall assist Creditor in pursuit of said Lukoil levied funds.

g.  Any funds which Creditor is able to recover as a result of a Levy or Garnishment Violation will be credited towards the secured judgment amount once costs, expenses and reasonable attorney's fees are deducted for the collection and adjudication of said funds. Once the secured judgment plus, if applicable all accruing interest, is satisfied, any additional funds (Excess Funds) will be distributed 100% to the Estate as replacement funds for the Lukoil funds received by the Creditor, which amount shall not exceed the amount recovered from Lukoil.

h.  In consideration of all of the foregoing, the Trustee agrees to withdraw with prejudice any and all of Debtor's objections to and hereby stipulates to and agrees that the following Proof of Claims are consented to and this Court hereby approves the following claims of ECI:  Proof of Claim #7, Proof of Claim #8, Proof of Claim #11; and, Cougar's Proof of Claim #9.

4

i.  In consideration of all of the foregoing, the Trustee agrees to withdraw, with prejudice, any and all of Debtor's objections to Cougar's Proof of Claim #9 and hereby stipulates to and agrees that Proof of Claim #9 is consented to and this Court hereby approves Proof of Claim #9.

j.  In consideration for all the foregoing and further acknowledging the lack of legal basis for the action set forth below, the Trustee agrees to terminate, end and discontinue, with prejudice the following action filed by the Debtor in the Court of Common Pleas, Montgomery County, Pennsylvania, Docket #: 2013-30024.

k.  In the event it is determined that any other actions, known or unknown, arise against the Debtor or an entity determined to be an alter ego of Debtor, the Trustee and Creditor shall jointly pursue the same and any recovery shall be equally shared between Creditor, up to the amount of his secured judgment, and Trustee.

l.  Further, it is understood and agreed that this Settlement shall not have any adverse effect, be deemed a release or in any other way bar or prohibit Creditor or Cougar or any of their members or any other party hereto from pursing Anthony G. Campisi personally for any judgment, deficiency claims, existing claims, future claims, known or unknown, in a court of competent jurisdiction.

m.  Any and all monies or funds recovered, received by or paid in to the Estate shall not reduce or otherwise be credited to any of ECI's or Cougar's claims and shall not reduce the amount due and owing in those claims.

n.  The parties hereto intend this Stipulation and Consent Order and its findings to be binding in any and all future actions or suits in a court of competent jurisdiction.

5

9.     The Court shall retain jurisdiction to hear any matters or disputes arising from or relating to this Stipulation.

10.     The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its entry.

11.     Notwithstanding the possible applicability of any Federal Rule of Bankruptcy Procedure, the terms and conditions of this Stipulation shall be immediately effective and enforceable upon its entry.

_____
Thomas Muldoon
Counsel to ECI, LLC and
Cougar Development Group, LLC

_____  1/5/2016
Edward J. DiDonato
Counsel to Trustee

6

Case 14-12458-jkf    Doc 473-1    Filed 01/12/18 ...
Case 2:15-cv-06470-TM-16 ... 05/25/2... Entered 01/1... Page 335 ... 9 ...

Exhibit A    Page 8 of 11
Exhibit "A"    Page 93 of 26
Page 2 of 22

IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA

CIVIL ACTION - LAW

Bohmueller Law Offices, P.C.
By:    Barry O. Bohmueller
       Identification No. 79901
29 Mainland Road–Mainland Village
Harleysville, PA 19438
(215) 256-6440

Attorney for Petitioner
ECI, LLC

---

ECI, LLC

      Plaintiff

    v.

CAMPISI CONSTRUCTION, INC.

    and

ANTHONY G. CAMPISI

    Defendants

COURT OF COMMON PLEAS
MONTGOMERY COUNTY, PA

NO. 2011-12517

ARBITRATION AWARD

2011-12517-0013        FilingID:    9411441
8/14/2013 2:43:12 PM
Order
Receipt # Z1895438        Fee    $0.00
Mark Levy - MontCo Prothonotary

ORDER

AND NOW, this 13th day of Aug, 2013, upon consideration of the

**PETITION TO CONFIRM ARBITRATION AWARD AND ENTER JUDGMENT,** and

any Answer thereto, it is hereby **ORDERED, ADJUDGED and DECREED** that the Arbitration

Award entered on September 12, 2102, by the Arbitrator David M. DeClement, Esquire, is

hereby **CONFIRMED,** and the Prothonotary is hereby directed to **ENTER A MONEY**

**JUDGMENT** in favor of Petitioner ECI, LLC and against Respondents CAMPISI

CONSTRUCTION, INC. and ANTHONY G. CAMPISI (personally), jointly and severally,

in the amount of $174,047.35 as of May 31, 2013, plus $52.71 in interest for each day through

the date of entry of judgment.

BY THE COURT:

_Braxton_

         J.

cc: B. Bohmueller, Esq
Counsel for moving party is responsible
to serve counsel for all other parties and
all unrepresented parties with a copy of
this order and shall file a certificate of
service with the Prothonotary.

EXHIBIT
"A"

ENGAD 800-631-6989

JUDGMENT SEARCH

<u>Need Step-By-Step Help?</u>   <u>Judgment Public Search Demo Videos</u>   <u>Contact Us</u>

Home   NJCourts

## Judgment Search Result Details

Note: If you have pop-up blocker installed, you must disable it to view party details.

Search for a Judgment by selecting one of the following tabs below.

| Name | Judgment # | Docket # |
|------|-----------|----------|

Judgment Number: DJ 169407 13- ECI LLC VS CAMPISI CONSTRUCTION

| Filing Location: MERCER | Court: NON | Judgment Status: Open | Status Date: 08/28/2013 | Judgment Amount: $174047.35 |
|---|---|---|---|---|
| Court Costs: $0.00 | Interest: $0.00 | Attorney Fee: $0.00 | Other Amount: $0.00 | Processing Location: |
| Judgment Enter Date: 08/28/2013 | Time: 2:52PM | Judgment Filing Date: 08/13/2013 | | |

### Party/Debt Summary

Debt ID: 1   Debt Status: Open   Debt Amount: $174047.35   Attorney Fee: $0.00   Cost: $0.00   Interest: $0.00   Other Amount: $0.00   Debt Enter Date: 08/28/2013

| Name(Last, First MI) | Role | Alternate Names | Party Debt Status | Status Date |
|---|---|---|---|---|
| CAMPISI , ANTHONY G | DEBTOR | | Open | 08/28/2013 |
| CAMPISI CONSTRUCTION, INC | DEBTOR | | Open | 08/28/2013 |
| ECI LLC , | CREDITOR | | Open | 08/28/2013 |

### Document Summary

1.

| Document Type | Document File Date | Document Status |
|---|---|---|
| WRIT EXEC ISSUED | 09/12/2013 | |

| Party Name (Party Doc Role) |
|---|
| ECI LLC , (P) |
| CAMPISI CONSTRUCTION INC , (T) |
| CAMPISI ANTHONY G, (T) |

Print   Search Again   Back   \

Screen Id 123456   |   © Copyright NJ Judiciary 2012

BUILD:3.0.00.42



EXHIBIT
"B"

PENGAD 800-631-6989

Burlington County Sheriff's Office
49 Rancocas Road, Room 210
Mt. Holly, NJ 08060
Fax No. (609) 265-5767
Phone No. (609) 265-5841/5295

ECI, LLC

    vs.

CAMPISI CONSTRUCTION, INC. AND ANTHONY C. CAMPISI

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION
MERCER COUNTY

DOCKET NO. DJ-169407-13
SHERIFF NO. 13003209

**LEVY REPORT**

To: CAMPISI CONSTRUCTION, INC. AND ANTHONY C. CAMPISI, designated defendant:

The Writ of Execution was served on TATYANA ROVILKIN, RETAIL OPERATIONS COORDINATOR at 302 HARPER DRIVE SUITE 303 MOORESTOWN, NJ 08057 for LUKOIL NORTH AMERICA on the 20th of September 2013 at 11:28 AM LEVYING ON MONIES DUE.

Officer's Notes: Levied upon cash-equivalent assets that are due and owing by serving the above named person and mailing the notice to debtor.

Attempts made:

Jean E. Stanfield, Sheriff of Burlington County

Dated: 9/23/2013

S/O ARTHUR PULCINELLA

Attorney/person who ordered this levy is: BARRY O. BOHMUELLER, ESQUIRE
Attorney Case No:



EXHIBIT

"C"

Re:                                                    SUPERIOR COURT OF NEW JERSEY
                                                       LAW DIVISION, SPECIAL CIVIL PART
ECI, LLC                                               MERCER COUNTY

v.
                                                       Docket No. DJ-169407-13
CAMPISI CONSTRUCTION, INC. AND ANTHONY C.              Sheriff's No. 13003209
CAMPISI

# NOTICE TO DEBTOR

**To: CAMPISI CONSTRUCTION, INC. AND ANTHONY C. CAMPISI, designated defendant:**

An attempt has been made to levy upon your asset, in an amount not to exceed $ <u>179,625.92</u> at the instruction of: <u>BARRY O. BOHMUELLER, ESQUIRE</u> to satisfy in whole or in part the judgment against you in the above matter. If you are an individual rather than a business entity, some property may be exempt from execution by Federal and State law, including but not limited to clothing and a total of $1,000.00 of cash and personal property, except for goods purchased as part of the transaction which led to the judgment in this case. In addition, welfare, social security, S.S.I. benefits, V.A. benefits, unemployment benefits, workers ' compensation benefits, and child support you receive are exempt, even if the funds have been deposited in a bank account. If any funds belong a joint owner an objection to the levy can be filed to release the funds not owned by the debtor from the levy.

If the levy is against an account at a bank listed below, the bank has already been notified to place a hold on your account you may have at that bank. However, the funds will not be taken from your account until the court so orders. If you are entitled to an exemption as an individual, you may claim your exemption by notifying the clerk of the court and the person who ordered this levy of your reasons why your property is exempt. This claim must be in writing and if it is not mailed within 10 days of service of this notice, your property is subject to further proceedings for execution. The address for the Court is: <u>MERCER COUNTY 209 S. BROAD STREET PO BOX 8068 TRENTON, NJ 08650.</u> If this judgment has resulted from a default, you may have the right to have this default judgment vacated by making an appropriate motion to the court. Contact an attorney or the clerk of the court for information on making such a motion, or, for forms and instructions, go to:
www.judiciary.state.nj.us/prose/10543_motion_spccvl.pdf.

**A Writ of Execution has been served on the following:**
LUKOIL NORTH AMERICA
302 HARPER DRIVE SUITE 303
MOORESTOWN, NJ 08057

**The name and address of the person who ordered this levy is:**
BARRY O. BOHMUELLER, ESQUIRE
29 MAIN STREET
MAINLAND VILLAGE
HARLEYSVILLE, PA 19438

---

CERTIFICATION OF SERVICE
I mailed a copy of this notice to the defendant(s) and the person who requested the levy on <u>20th of September 2013</u>, the same day this levy was made or the execution was served on a bank. I certify that the foregoing statements made by me are true. I am aware that if the foregoing statements made by me are willfully false, I am subject to punishment.

Date: <u>9/20/2013</u>

S/O ARTHUR PULCINELLA of Burlington County

Revised 09/04/2012, CN 10821-English (Appendix VI)

*Form 256* (3/23)−doc 717 − 712

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                       )
    Campisi Construction, Inc.          )          Case No. 14−12458−amc
                                       )
                                       )
    Debtor(s).                          )          Chapter: 7
                                       )
                                       )

## Certificate of Service

The Clerk hereby certifies that a true and correct copy of the attached document Doc.# [712] Order on Motion To Reconsider as served on December 5, 2024 to the below parties by the method indicated:

| Party | Method of Service |
|---|---|
| Chief Judge Ashely M. Chan | Email |
| Office of the United States Trustee | CM/ECF |
| Case Trustee: LYNN E. FELDMAN | CM/ECF |
| U.S. District Court | Email |
| Debtor: Campisi Construction, Inc. | Regular mail through the BNC |
| Debtor's Attorney: MATTHEW R. NAHRGANG | CM/ECF |
| Other Parties: Campisi Construction, Inc. Debtor Robert J. Birch, Esquire, Counsel for Debtor Matthew R. Nahrgang, Exquire, Counsel for Debtor Terry P. Dershaw, Esquire, Trustee Edward J. DiDonato, Esquire, Counsel for Trustee Lynn E. Feldman, Esquire, Trustee Kac | Email or CM/ECF |
| Anthony G. Campisi David J. Spause | Regular mail or Bankruptcy Servicing Center (BNC) |

Date: December 5, 2024

For The Court

Timothy B. McGrath
Clerk of Court

108

Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
Counsel for U.S. Trustee

Patrick Daniel McDonell, Esquire
Law Offices of Thomas Wolpert, P.C.
527 Main Street
Royersford, PA 19468
Counsel for Official Committee of Unsecured Creditors

Michael I. Assad, Esquire
Cibik Law, P.C.
1500 Walnut St
Ste 900
Philadelphia, PA 19102
Counsel for ECI, LLC

Michael A. Pellegrino, Esquire
Pellegrino Law PLLC
1617 John F. Kennedy Blvd.
Ste 1888
Philadelphia, PA 19103
Counsel for ECI, LLC

David J. Spause
240 Farmview Drive
Harleysville, PA 19438

Creditor/Interested Party

LYNN E. FELDMAN
2310 Walbert Ave
Ste 103
Allentown, PA 18104
Trustee

**United States Trustee**
**Office of the United States Trustee**
**Robert NC Nix, Sr.**
**Federal Building**
**900 Market Street, Suite 320**
**Philadelphia, PA 19107**